1  RICHARD DeNATALE (California Bar No. 121416)
2  CELIA M. JACKSON (California Bar No. 124508)
   Heller Ehrman LLP
3  333 Bush Street
   San Francisco, CA 94104-2878
4  Telephone: (415) 772-6000
5  Facsimile: (415) 772-6268
   Email: richard.denatale@hellerehrman.com
6  Email: celia.jackson@hellerehrman.com

7  Attorneys for Plaintiffs
8  LENSCRAFTERS, INC. and EYEXAM OF
   CALIFORNIA, INC.

ORIGINAL FILED
MAY 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,

Defendants.

Case No.: C 07 2853 EMC

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent
3  corporations) or other entities (i) have a financial interest in the subject matter in
4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
5  subject matter or in a party that could be substantially affected by the outcome of this
6  proceeding:
7  The United States Shoe Corporation owns 100% of the stock of LensCrafters, Inc.
8  and EYEXAM of California, Inc.

11  DATED: May 31, 2007          HELLER EHRMAN LLP

                                 By  /s/ Richard DeNatale
                                 Richard DeNatale

                                 Attorneys for Plaintiffs
                                 LENSCRAFTERS, INC. and EYEXAM OF
                                 CALIFORNIA, INC.

---
1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS