# UNITED STATES DISTRICT COURT

Northern District of California

LensCrafters, Inc. and EYEXAM of California, Inc.

V.

Liberty Mutual Fire Insurance Co.; Executive Risk Specialty Ins. Co.; United States Fire Ins. Co.; Markel American Ins. Co.; and Westchester Fire Ins. Co.

**SUMMONS IN A CIVIL ACTION**

E-Filing

CASE NUMBER:

C 07 2853   EMC

TO: (Name and address of Defendant)
Markel American Insurance Company
c/o Jere Keprios
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard DeNatale, Esq.
Celia Jackson, Esq.
Heller Ehrman LLP
**333 Bush Street**
**San Francisco, CA 94104**
**Tel: (415) 772-6000**
**Fax: (415) 772-6268**

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 3 1 2007

CLERK

(By) DEPUTY CLERK

DATE

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkflow.com

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| RICHARD DENATALE, Bar #121416<br>HELLER EHRMAN LLP<br>333 BUSH STREET<br>SAN FRANCISCO, CA 94104<br>Telephone No: 415 772-6000  FAX No: 415 772-6268 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: LENSCRAFTERS, INC., ET AL. | | |
| Defendant: LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL. | | |

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072853 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint; Certification Of Interested Entities Or Persons; Notice Of Pendency Of Other Action Or Proceeding; Order Setting Initial Case Management Conference And Adr Deadlines ; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Notice Of Assingment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassingment To United States District Judge; Ecf Registration Information Handout .

3. a. Party served:  MARKEL AMERICAN INSURANCE COMPANY
   b. Person served:  MARGRET WILSON, PROCESS SPECIALIST, CT CORPORATION SYSTEMS, REGISTERED AGENT., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 01, 2007 (2) at: 3:05PM

7. **Person Who Served Papers:**        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BRIAN MUZILA            d. *The Fee for Service was:*
                              e. I am: Not a Registered California Process Server

**First Legal Support Services** SM
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
(213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jun. 04, 2007

   Judicial Council Form                PROOF OF SERVICE                (BRIAN MUZILA)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION                            3831216.ricde.69028