AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Celia M. Jackson, Esq., Heller Ehrman LLP
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Executive Risk Specialty Insurance Company__, acknowledge receipt of your request
       (DEFENDANT NAME)

that I waive service of summons in the action of __LensCrafters, Inc. et al., v. Liberty Mutual Fire Insurance Company, et al.,__
                                                   (CAPTION OF ACTION)

which is case number __C-07-2853-EMC__ in the United States District Court
                      (DOCKET NUMBER)

for the Northern District of California.

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __June 5, 2007,__
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__June 6, 2007__                    __/s/ signature__
(DATE)                               (SIGNATURE)

                    Printed/Typed Name: __Terrence R. McInnis, Esq.__

                    As __Attorney__    of __Executive Risk Specialty Insurance Company__

American LegalNet, Inc.
www.FormsWorkflow.com