1  IRENE K. YESOWITCH  State Bar #111575
   CHIP COX  State Bar #159681
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4  iyesowitch@longlevit.com
   ChipC@longlevit.com
5

6  Attorneys for Defendant
   MARKEL AMERICAN INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., | CASE No. CV-07-2853 SBA |
| 12 | **STIPULATION TO EXTEND TIME FOR MARKEL AMERICAN INSURANCE COMPANY TO RESPOND TO COMPLAINT** |
| 13                 Plaintiffs, | |
| 14       vs. | |
| 15  LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, | |
| 19                 Defendants. | |

20

21

22          Plaintiffs Lenscrafters, Inc. and Eyexam of California, Inc. and defendant Markel

23  American Insurance Company stipulate and agree that the time for Markel to respond to the

24  complaint for declaratory relief filed in this action shall be extended to July 10, 2007.  This

25  / / /

26  / / /

27  / / /

28  / / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                                        1                              (No. CV-04-01001 SBA)
STIPULATION TO EXTEND TIME FOR MARKEL INS. CO. TO ANSWER TO COMPLAINT

| | |
|---|---|
| 1 | extension of time will not alter the date of any event or deadline already fixed by the Court. |
| 2 | |
| 3 | Dated: June 18, 2007                    LONG & LEVIT LLP |
| 4 | |
| 5 | By _____Chip Cox_____ |
| 6 | CHIP COX |
|   | Attorneys for Defendant |
| 7 | MARKEL AMERICAN INSURANCE COMPANY |
| 8 | |
| 9 | Dated: June 20, 2007                   HELLER EHRMAN LLP |
| 10 | |
| 11 | By _____Celia Jackson_____ |
|    | CELIA M. JACKSON |
| 12 | Attorneys for Plaintiffs |
|    | LENSCRAFTERS, INC., EYEXAM OF |
| 13 | CALIFORNIA, INC. and EYEMED VISION CARE, LLC |
| 14 | |
| 15 | DOCS\S6560-012\534900.V1 |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                                          (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR MARKEL INS. CO. TO ANSWER TO COMPLAINT