SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
Ann J. Lee (Cal. State Bar No. 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:   mgoodman@ssd.com
Email:   arose@ssd.com
Email:   ajlee@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**STIPULATION TO EXTEND DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and Defendant UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire") hereby stipulate, by and through their respective counsel, to extend the last day for U.S. Fire to respond to the Complaint to July 10, 2007.

THE PARTIES SO STIPULATE.

Dated: June 21, 2007                SQUIRE, SANDERS & DEMPSEY L.L.P.


By: */s/ Amy E. Rose*
         Amy E. Rose

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

Dated: June 21, 2007                HELLER EHRMAN LLP


By: */s/ Celia M. Jackson*
         Celia M. Jackson

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On June 21, 2007, I served the following document described as:

**STIPULATION TO EXTEND DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

☒ VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

| | |
|---|---|
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Telephone: (949) 622-2700<br>Facsimile: (949) 622-2739 | Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Telephone: (408) 289-1972<br>Facsimile: (408) 295-6375 |

☒ VIA ELECTRONIC MAIL on interested parties in this action as set forth below:

| | |
|---|---|
| Robert D. Dennison, Esq.<br>Harris, Green & Dennison<br>5959 W. Century Blvd., Suite 1100<br>Los Angeles, CA 90045<br>Telephone: (310) 665-8656<br>Facsimile: (310) 665-8659<br>rdd@h-glaw.net | Chip Cox, Esq.<br>Long & Levitt<br>465 California Street<br>5th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 438-4413<br>Facsimile: (415) 397-6392<br>chipc@longlevit.com |

Executed on June 21, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Amy E. Rose*
Amy E. Rose

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**PROOF OF SERVICE - CASE NO. C-07-2853 SBA**