| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (Cal. State Bar No. 154692) |
| 2 | Amy E. Rose (Cal. State Bar No. 222167) |
| | Ann J. Lee (Cal. State Bar No. 236501) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111-3492 |
| 4 | Telephone:  +1.415.954.0200 |
| | Facsimile:   +1.415.393.9887 |
| 5 | Email:   mgoodman@ssd.com |
| | Email:   arose@ssd.com |
| 6 | Email:   ajlee@ssd.com |

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; EYEXAM OF CALIFORNIA, INC.; and EYEMED VISION CARE, LLC, | Case No.  CV-04-01001 SBA |
| | The Honorable Saundra B. Armstrong |
| Plaintiffs, | **E-FILING** |
| vs. | **NOTICE OF APPEARANCE** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY and EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED COUNTER- AND CROSS-CLAIMS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant United States Fire Insurance Company is represented in this action by the following counsel:

1  SQUIRE, SANDERS & DEMPSEY L.L.P.
2  Mark C. Goodman (State Bar No. 154692)
   mgoodman@ssd.com
3  Amy E. Rose (State Bar No. 222167)
   arose@ssd.com
4  Ann J. Lee (Cal. State Bar No. 236501)
   ajlee@ssd.com
5  One Maritime Plaza, Third Floor
   San Francisco, California 94111-3492
6  Telephone:    (415) 954-0200
   Facsimile:    (415) 393-9887

7

8  Dated:   June 25, 2007                    SQUIRE, SANDERS & DEMPSEY L.L.P.

9

10                                           By:            /S/
                                                    Mark C. Goodman
11

12                                           Attorneys for Defendant
                                             UNITED STATES FIRE INSURANCE
13                                           COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On June 25, 2007, I served the following document described as:

**NOTICE OF APPEARANCE**

☒ VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

☒ VIA FACSIMILE on interested parties in this action as set forth below:

| | |
|---|---|
| Robert D. Dennison, Esq.<br>Harris, Green & Dennison<br>5959 W. Century Blvd., Suite 1100<br>Los Angeles, CA 90045<br>Telephone:    (310) 665-8656<br>Facsimile:    (310) 665-8659 | Todd A. Roberts, Esq.<br>Ropers Majeski Kohn Bentley<br>1001 Marshall Street<br>Redwood City, CA 94063<br>Telephone:    (650) 364-8200<br>Facsimile:    (650) 780-1701 |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Telephone:    (949) 622-2700<br>Facsimile:    (949) 622-2739 | Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Telephone:    (408) 289-1972<br>Facsimile:    (408) 295-6375 |

Executed on June 25, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/
Agnes A. Gacayan

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

PROOF OF SERVICE - CASE NO. CV-04-01001 SBA