ROBERT D. DENNISON, ESQ., Bar No. 127498
GARY L. GREEN, ESQ., Bar No. 82218
HARRIS, GREEN & DENNISON
A Professional Corporation
5959 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Tel: (310) 665-8656 Fax: (310) 665-8659
robertdennison@h-glaw.net
garygreen@h-glaw.net

Attorneys for Defendant
WESTCHESTER FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | CASE NO. CV-07-2853 SBA <br><br> STIPULATION TO EXTEND TIME FOR WESTCHESTER FIRE INSURANCE COMPANY TO RESPOND TO COMPLAINT |

Plaintiffs Lenscrafters, Inc. and Eyexam of California, Inc. and defendant Westchester Fire Insurance Company, hereby stipulate, by and through their respective attorneys, and agree that the time for Westchester Fire Insurance Company to respond to the complaint for declaratory relief filed in this action shall be

///

1 | extended to July 12, 2007. This extension of time will not alter the date of any event or deadline already
2 | fixed by the Court.

Dated: 6/28/07

HELLER EHRMAN LLP

By: _____
CELIA M. JACKSON
Attorneys for Plaintiffs
LENSCRAFTERS, INC., EYEXAM OF
CALIFORNIA, INC. and EYEMED VISION
CARE, LLC

Dated: 6/28/07

HARRIS, GREEN & DENNISON

By: _____
ROBERT D. DENNISON
Attorneys for Defendant,
WESTCHESTER FIRE INSURANCE COMPANY

## PROOF OF SERVICE

I, TAMARA A. CARBONE, am employed in the aforesaid county, State of California: I am over the age of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard, Suite 1100, Los Angeles, California 90045.

On June 29, 2007, I served the following document described as:

STIPULATION TO EXTEND TIME FOR WESTCHESTER FIRE INSURANCE COMPANY TO RESPOND TO COMPLAINT

**VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on interested parties in this action set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel.: (415) 772-6000 Fax: (415) 772-6268<br>Email: richard.denatale@hellerehrman.com<br>celia.jackson@hellerehrman.com | Attorneys for Plaintiffs, Lenscrafters, Inc., Eyexam of California, Inc. |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel.: (949) 622-2700 Fax: (949) 622-2739<br>Email: | Attorneys for Defendant, |
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Tel.: (408) 289-1972 Fax: (408) 295-6375<br>Email: | Attorneys for Defendant, |

## PROOF OF SERVICE

| | |
|---|---|
| Mark Craig Goodman, Esq.<br>Amy Rose, Esq.<br>Squire, Sanders & Dempsey, L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Tel.: (415) 954-0289 Fax: (415) 393-9887<br>Email: mgoodman@ssd.com<br>arose@ssd.com | Attorneys for Defendants,<br>Executive Risk Specialty Insurance Company,<br>United States Fire Insurance Company |
| Chip Cox, Esq.<br>Attorney at Law<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Tel.: (415) 397-2222 Fax: (415) 397-6392<br>Email: chipc@longlevit.com | Attorney for Defendant,<br>Markel American Insurance Company |

Executed on June 29, 2007, at Los Angeles, California. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*

TAMARA A. CARBONE