2522.9953S

ALEXANDER F. STUART - 96141
email: afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant LIBERTY MUTUAL
FIRE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALITY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | No. C 07-2853 SBA <br> The Honorable Saundra B. Armstrong <br><br> **STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

**STIPULATION TO EXTEND DEFENDANT LIBERTY
MUTUAL FIRE INSURANCE COMPANY'S TIME TO
RESPOND TO THE COMPLAINT
C 07-2853 SBA**                                          1

Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to the Complaint to August 6, 2007.

DATED: June 29, 2007     WILLOUGHBY, STUART & BENING

By:     /s/Alexander F. Stuart
Alexander F. Stuart
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: June 29, 2007     HELLER EHRMAN LLP

By:     /s/Celia M. Jackson
Celia M. Jackson
Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

**PROOF OF SERVICE**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, Suite 400, San Jose, California 95113.

On June 29, 2007, I served the following document described as:

**STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

☒ Via the United States District Court Electronic Filing Service on interested parties in this action as set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: 415-772-6000<br>Facsimile: 415-772-6268 | Mark C. Goodman, Esq.<br>Amy E. Rose, Esq.<br>Ann J. Lee, Esq.<br>Squire, Sanders & Dempsey LLP<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: 415-954-0200<br>Facsimile: 415-393-9887<br>email: mgoodman@ssd.com<br>email: arose@ssd.com<br>email: ajlee@ssd.com |

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone: 949-622-2700
Facsimile: 949-622-2739

☒ Via Electronic Mail on interested parties in this action as set forth below:

| | |
|---|---|
| Robert D. Dennison, Esq.<br>Harris, Green & Dennison<br>5959 W. Century Blvd., Suite 12100<br>Los Angeles, CA 90045<br>Telephone: 310-665-8656<br>Facsimile: 310-665-8659<br>rdd@h-glaw.net | Chip Cox, Esq.<br>Long & Levitt<br>465 California St., 5th Floor<br>San Francisco, CA 94104<br>Telephone: 415-438-4413<br>Facsimile: 415-397-6392<br>chipc@longlevit.com |

Executed on June 29, 2007, at San Jose, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/Alexander F. Stuart
Alexander F. Stuart

**Proof of Service - Case No. C-007-2853 SBA**