1  RICHARD DeNATALE (California Bar No. 121416)
   CELIA M. JACKSON (California Bar No. 124508)
2  Heller Ehrman LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  Email:  richard.denatale@hellerehrman.com
   Email:  celia.jackson@hellerehrman.com
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC. and EYEXAM OF
8  CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC, | Case No.:   C 07-2853-EMC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants, | |

PROOF OF SERVICE, CASE NO. C 07-2853-EMC

**PROOF OF SERVICE**

I, Michael Ewers, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 333 Bush Street, San Francisco, California 94104-2878.

On July 3, 2007, I served the following document(s):

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES**

on the interested parties in this action by placing true and correct copies thereof, enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[ X ] BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] BY FACSIMILE TRANSMISSION: I transmitted such documents by facsimile as indicated on the attached service list.

[ ] BY HAND DELIVERY: I caused the document(s) to be delivered by hand as indicated on the attached service list.

[ ] BY OVERNIGHT DELIVERY**:** I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS service as indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on July 3, 2007, at San Francisco, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Michael Ewers*
**Michael Ewers**

PROOF OF SERVICE, CASE NO. C 07-2853-EMC

**SERVICE LIST**

| | |
|---|---|
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>*Anticipated Counsel for Liberty Mutual Fire Insurance Co.*<br>**Via U.S. Mail** | Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>*Anticipated Counsel for Executive Risk Specialty Insurance Co.*<br>**Via U.S. Mail** |
| Amy E. Rose, Esq.<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>*Anticipated Counsel for United States Fire Insurance Co.*<br>**Via U.S. Mail** | Robert D. Dennison, Esq.<br>Harris, Green & Dennison<br>5959 W. Century Blvd., Suite 1100<br>Los Angeles, CA 90045<br>*Anticipated Counsel for Westchester Fire Insurance Co.*<br>**Via U.S. Mail** |
| Irene Yesowitch, Esq.<br>Chip Cox, Esq.<br>Long & Levit LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>*Anticipated Counsel for Markel American Insurance Co.*<br>**Via U.S. Mail** | |