SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
Ann J. Lee (Cal. State Bar No. 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:   mgoodman@ssd.com
Email:   arose@ssd.com
Email:   ajlee@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**STIPULATION TO EXTEND DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

1  Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and
2  Defendant UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire") hereby stipulate, by
3  and through their respective counsel, to extend the last day for U.S. Fire to respond to the
4  Complaint to July 18, 2007.

THE PARTIES SO STIPULATE.

Dated: July 5, 2007                              SQUIRE, SANDERS & DEMPSEY L.L.P.


                                                 By: */s/ Amy E. Rose*
                                                         Amy E. Rose

                                                 Attorneys for Defendant
                                                 UNITED STATES FIRE INSURANCE
                                                 COMPANY


Dated: July 5, 2007                              HELLER EHRMAN LLP


                                                 By: */s/ Celia M. Jackson*
                                                         Celia M. Jackson

                                                 Attorneys for Plaintiffs
                                                 LENSCRAFTERS, INC. and EYEXAM OF
                                                 CALIFORNIA, INC.

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 5, 2007, I served the following document described as:

**STIPULATION TO EXTEND DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

☒ VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:   (415) 772-6268

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone:   (949) 622-2700
Facsimile:   (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375

Robert D. Dennison, Esq.
Harris, Green & Dennison
5959 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone:   (310) 665-8656
Facsimile:   (310) 665-8659
rdd@h-glaw.net

Chip Cox, Esq.
Long & Levitt
465 California Street
5th Floor
San Francisco, CA 94104
Telephone:   (415) 438-4413
Facsimile:   (415) 397-6392
chipc@longlevit.com

Executed on July 5, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

　　　　　　　　　　　　　　　　　　　　　*/s/ Amy E. Rose*
　　　　　　　　　　　　　　　　　　　　　　Amy E. Rose