1  IRENE K. YESOWITCH  State Bar #111575
   CHIP COX  State Bar #159681
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222  FAX: (415) 397-6392
4  iyesowitch@longlevit.com
   ChipC@longlevit.com
5

6  Attorneys for Defendant
   MARKEL AMERICAN INSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LENSCRAFTERS, INC.; and EYEXAM OF | CASE No. CV-07-2853 SBA
   | CALIFORNIA, INC.,                 |
12 |                                    | STIPULATION TO FURTHER EXTEND
   |                  Plaintiffs,       | TIME FOR MARKEL AMERICAN
13 |                                    | INSURANCE COMPANY TO RESPOND
   |          vs.                       | TO COMPLAINT
14 |                                    |
   | LIBERTY MUTUAL FIRE INSURANCE      |
15 | COMPANY; EXECUTIVE RISK            |
   | SPECIALTY INSURANCE COMPANY;       |
16 | UNITED STATES FIRE INSURANCE       |
   | COMPANY; MARKEL AMERICAN           |
17 | INSURANCE COMPANY; and             |
   | WESTCHESTER FIRE INSURANCE         |
18 | COMPANY,                           |
   |                                    |
19 |                  Defendants.       |

20

21

22         Plaintiffs Lenscrafters, Inc. and Eyexam of California, Inc. and defendant Markel

23  American Insurance Company stipulate and agree that the time for Markel to respond to the

24  complaint for declaratory relief filed in this action shall be extended to July 18, 2007.  This

25  ///

26  ///

27  ///

28  ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                                            1                        (No. CV-04-01001 SBA)
STIPULATION TO FURTHER EXTEND TIME FOR MARKEL TO RESPOND TO COMPLAINT

1  extension of time will not alter the date of any event or deadline already fixed by the Court.

2  Dated: July 6, 2007                          LONG & LEVIT LLP

4                                               By  /s/ Chip Cox
5                                                   CHIP COX
                                                    Attorneys for Defendant
6                                                   MARKEL AMERICAN INSURANCE
                                                    COMPANY

7
8  Dated: July 6, 2007                          HELLER EHRMAN LLP

10                                              By  /s/ Celia M. Jackson
                                                    CELIA M. JACKSON
11                                                  Attorneys for Plaintiffs
                                                    LENSCRAFTERS, INC., EYEXAM OF
12                                                  CALIFORNIA, INC. and EYEMED
                                                    VISION CARE, LLC

14  DOCS\S6560-012\534900.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                               (No. CV-04-01001 SBA)

STIPULATION TO FURTHER EXTEND TIME FOR MARKEL TO RESPOND TO COMPLAINT