| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (Cal. State Bar No. 154692) |
| 2 | Amy E. Rose (Cal. State Bar No. 222167) |
| | Ann J. Lee (Cal. State Bar No. 236501) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA 94111-3492 |
| 4 | Telephone: +1.415.954.0200 |
| | Facsimile: +1.415.393.9887 |
| 5 | Email: mgoodman@ssd.com |
| | Email: arose@ssd.com |
| 6 | Email: ajlee@ssd.com |

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.; | Case No. C-07-2853 SBA |
| | The Honorable Saundra B. Armstrong |
| Plaintiffs, | |
| vs. | **UNITED STATES FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, | Civil L.R. 3-16 |
| Defendants. | |

1   Pursuant to Civil L.R. 3-16, defendant United States Fire Insurance Company ("U.S.
2   Fire") certifies that the following listed persons, associations of persons, firms, partnerships,
3   corporations (including parent corporations) or other entities (i) have a financial interest in the
4   subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest
5   in that subject matter or in a party that could be substantially affected by the outcome of this
6   proceeding:

                Crum & Forster, Incorporated
                Crum & Forster Holding, Incorporated
                Crum & Forster Holdings Corporation
                Fairfax, Incorporated
                Fairfax Financial Holdings Limited

Dated: July 18, 2007                      SQUIRE, SANDERS & DEMPSEY L.L.P.

                                    By: */s/ Amy E. Rose*
                                                 Amy E. Rose

                                    Attorneys for Defendant
                                    UNITED STATES FIRE INSURANCE
                                    COMPANY

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 18, 2007, I served the following document described as:

**UNITED STATES FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

☒    VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone:    (949) 622-2700
Facsimile:    (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone:    (408) 289-1972
Facsimile:    (408) 295-6375

Robert D. Dennison, Esq.
Harris, Green & Dennison
5959 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone:    (310) 665-8656
Facsimile:    (310) 665-8659
rdd@h-glaw.net

Chip Cox, Esq.
Long & Levitt
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:    (415) 438-4413
Facsimile:    (415) 397-6392
chipc@longlevit.com

Executed on July 18, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Agnes Gacayan*
Agnes Gacayan