SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
Ann J. Lee (Cal. State Bar No. 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887
Email:   mgoodman@ssd.com
Email:   arose@ssd.com
Email:   ajlee@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>             Plaintiffs,<br><br>    vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>          Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**E-FILING**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION IN FAVOR OF PRIOR-PENDING NEW YORK STATE COURT ACTION**<br><br>Date:        September 11, 2007<br>Time:       1:00 p.m.<br>Courtroom:  3 |

1    Defendant United States Fire Insurance Company ("U.S. Fire"), by and through its

2  counsel, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence

3  201 of the following facts:

4    1.    Defendant U.S. Fire filed a parallel state court complaint on May 24, 2007 in the

5  Supreme Court of the State of New York, County of New York, *United States Fire Insurance*

6  *Company v. Luxottica U.S. Holdings Corp., et al.* (New York Supreme Court Case No.

7  07/07338), a copy of which is attached hereto as Exhibit 1.

8

9  Dated: July 18, 2007                    SQUIRE, SANDERS & DEMPSEY L.L.P.

10

11                                By: _/s/ Amy E. Rose_____
                                          Amy E. Rose
12
                                   Attorneys for Defendant
13                                 UNITED STATES FIRE INSURANCE
                                   COMPANY
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 18, 2007, I served the following document described as:

**UNITED STATES FIRE INSURANCE COMPANY'S REQUEST FOR JUDICIAL NOTICE**

☒    VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:    (415) 772-6000
Facsimile:    (415) 772-6268

Terrence R. McInnis, Esq.                    Alex F. Stuart, Esq.
Ross, Dixon & Bell, LLP                      Willoughby, Stuart & Bening
5 Park Plaza, Suite 1200                     Fairmont Plaza
Irvine, CA 92614                             50 West San Fernando, Suite 400
Telephone:    (949) 622-2700                 San Jose, CA 95113
Facsimile:    (949) 622-2739                 Telephone:    (408) 289-1972
                                             Facsimile:    (408) 295-6375

Robert D. Dennison, Esq.                     Chip Cox, Esq.
Harris, Green & Dennison                     Long & Levitt
5959 W. Century Blvd., Suite 1100            465 California Street, 5th Floor
Los Angeles, CA 90045                        San Francisco, CA 94104
Telephone:    (310) 665-8656                 Telephone:    (415) 438-4413
Facsimile:    (310) 665-8659                 Facsimile:    (415) 397-6392
rdd@h-glaw.net                              chipc@longlevit.com

Executed on July 18, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_/s/ Agnes Gacayan_
Agnes Gacayan