

**(866) 464-3202**

## Luxottica Group S.p.A. (NYSE: LUX [ADR])

Via Cantù, 2
20123 Milan, Italy (Map)
**Primary US Office:**
Subscribers Only

Phone: +39-02-863341
Fax: +39-02-8633-4092
http://www.luxottica.it

Hoover's coverage by Catherine Colbert

## Overview

When it comes to eyewear, Luxottica Group has it made in the shades. The world's largest eyewear firm, Luxottica designs and makes upscale eyeglass frames and sunglasses, offering thousands of house brands and designer frames (Chanel, Prada, Ray-Ban). Luxottica Retail, which comprises Cole National Corporation, is the holding company for the LensCrafters optical chain, Sunglass Hut, Watch Station, and Watch World, and the EyeMed Vision Care group. Luxottica makes its frames in Italy and China and sells them in about 120 countries. It's acquiring US sport sunglasses maker Oakley, as well as China's Modern Sight Optics. Founder Leonardo Del Vecchio owns about 70% of the firm.

   **Sample Overview & History**

## Key Numbers

| Key financials for Luxottica Group S.p.A. (NYSE: LUX [ADR]) | |
|---|---|
| **Company Type** | Public (NYSE: LUX [ADR]; Italian: LUX    ) |
| **Fiscal Year-End** | December |
| **2006 Sales (mil.)** | $6,171.1 |
| **1-Year Sales Growth** | 19.2% |
| **2006 Net Income (mil.)** | $559.9 |
| **1-Year Net Income Growth** | 38.1% |

Case 1:07-cv-02853-SAS    Document 28-3    Filed 07/08/2007    Page 2 of

| | |
|---|---|
| **2005 Employees** | 55,000 |

**Get more Key Numbers**

**TIP:** Want to stay abreast of the latest in IPO news? **Sign up for Hoover's IPO Update newsletter** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Key People

Key people and executives for Luxottica Group S.p.A. (NYSE: LUX [ADR])

| **Chairman** | Leonardo Del Vecchio |
|---|---|
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **Head of Group Operations and Director; CEO, Luxottica S.r.l** | Roberto Chemello |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |
| **CEO and Director** | Andrea Guerra |
| | Connect to this executive |
| | Hoover's can help you e-mail this executive |

**Did you know...** Hoover's **new** ConnectMail subscription add-on lets you send direct e-mail to millions of executives. **Click here to learn more.**

## Top Competitors

Top competitors of Luxottica Group S.p.A. (NYSE: LUX [ADR])

Essilor International

Marchon Eyewear

Oakley

**There are 14 competitors for Luxottica; see more.**

**TIP:** Analyze the **Competitive Landscape** to view a head-to-head comparison of a firm's profitability, operations, growth, and valuation versus that of its top three competitors.

## Industry Information

Primary and secondary industries for Luxottica Group S.p.A. (NYSE: LUX [ADR])

Consumer Products Manufacturers
   **Eyewear Manufacturers** (primary)
Consumer Services
   Optical Services
Health Care
   Health Care Services

**View More Industry Information**

**TIP:** See what companies are creating the biggest impact each week with Hoover's Hottest Companies newsletter. **Sign up now** and start receiving exclusive Hoover's content delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the competition.

## Industry Watch

Industry analysis videos for the industries of Luxottica Group S.p.A. (NYSE: LUX [ADR])

HSBC Securities Retail Analyst Mark Husson (3:37)
07/13/07 3:15ET - Husson discusses his outlook for food and drug retailers.

**View more industry interviews**

## Subsidiaries/Affiliates Covered By Hoover's

Copyright © 2007, Hoover's, Inc., All Rights Reserved | Legal Terms | About Hoover's | Affiliates | C

Case 1:07-cv-02853-SBN    Document 28-3    Filed 07/16/2007    Page 4 of

| Adver
| Map

Subsidiaries/affiliates of Luxottica Group S.p.A. (NYSE: LUX [ADR])

EyeMed Vision Care LLC

Luxottica Retail

    LensCrafters, Inc.

    Pearle Vision, Inc.

---

**TIP:** Use subsidiary and affiliate information to determine easy cross-sell and upsell opportunities within an organization or business line. Hoover's subscribers have full access to detailed **Family Tree** information.

## Rankings

See how Luxottica Group S.p.A. (NYSE: LUX [ADR]) ranks in standard industry listings such as Fortune 500, S&P 500, and Dow Jones

  S&P/MIB

---

**TIP:** Hoover's subscribers have **access to FORTUNE 500 and other rankings** that make targeted list building easy.