1 of 1 DOCUMENT

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

CALIFORNIA SECRETARY OF STATE

**Company Name:** EYEXAM OF CALIFORNIA, INC.

**Mailing Address:**
29 THE SHOPS AT MISSION VIEJO
MISSION VIEJO, CA 92691

**Type:** ARTICLES OF INCORPORATION (DOMESTIC)

**Status:** ACTIVE

**FTB Status:**
Suspension Code: NOT SUSPENDED (IN GOOD STANDING)

**Date of Incorporation/Qualification:** 1/14/1986

**Registered Agent:** C T CORPORATION SYSTEM

**Registered Office:**
818 WEST SEVENTH ST
LOS ANGELES, CA 90017

**Tax Basis:** STOCK

**Corporation Number:** 1295483

**Statement of Officers File Number:** 0711541

**Statement of Officers File Date:** 9/24/2003

**Officers, Directors:**
ELIOT GROSSMAN
PRESIDENT
29 THE SHOPS AT MISSION VIEJO
MISSION VIEJO, CA 92691

**History:**
File Date: 11/14/2003
Comments: NAME CHANGE FROM: EYEMED, INC.
Transaction: CERTIFICATE OF AMENDMENT
Amendment Number: A0604381
Other Corporation Number: 01295483

CALIFORNIA SECRETARY OF STATE

File Date: 10/22/2003
Transaction: FRANCHISE TAX BOARD REVIVOR


File Date: 11/1/2002
Transaction: FRANCHISE TAX BOARD SUSPENSION


File Date: 9/29/1999
Comments: NAME CHANGE FROM: EYEXAM2000 OF CALIFORNIA, INC.
Transaction: CERTIFICATE OF AMENDMENT
Amendment Number: A0532049
Other Corporation Number: 01295483


File Date: 8/5/1997
Comments: AMENDMENT - FILE REVIEWED BY SOS (NO CERT.AVAILABLE)
Transaction: CERTIFICATE OF AMENDMENT