ADRMOP, APPEAL, CLOSED, E-Filing, MEDTERM, PRVADR, REFDISC, REFSET-BZ, RELATE

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:04-cv-01001-SBA

Lenscrafters, Inc. et al v. Liberty Mutual Fire Insurance Company  
Assigned to: Hon. Saundra Brown Armstrong  
Referred to: Magistrate Judge Maria-Elena James  
Demand: $0  
Member case: (View Member Case)  
Case in other court: 05-17364  
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 03/11/2004  
Date Terminated: 11/07/2005  
Jury Demand: Both  
Nature of Suit: 110 Insurance  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2004 | 1 | COMPLAINT For Declaratory Relief & Breach of Contract; Demand for Jury Trial - [No Summons Issued] against Liberty Mutual Fire Insurance Company, [Filing Fee: $150.00, Receipt No. 3357751]. Filed by Plaintiffs Eyemed Vision Care, LLC, Eyexam of California, Inc. & Lenscrafters, Inc.. (tn, COURT STAFF) (Filed on 3/11/2004) Additional attachment(s) added on 3/29/2004 (tn, COURT STAFF). Additional attachment(s) added on 3/29/2004 (tn, COURT STAFF). (Entered: 03/12/2004) |
| 03/11/2004 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 7/6/2004. Initial Case Management Conference set for 10:00 a.m. on 7/13/2004. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 3/11/2004) (Entered: 03/12/2004) |
| 03/11/2004 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Filed on 3/11/2004) (Entered: 03/12/2004) |
| 05/28/2004 | 3 | Declination to Proceed Before a U.S. Magistrate Judge by Lenscrafters, Inc. *and Request for Reassignment to a US District Judge*. (Jackson, Celia) (Filed on 5/28/2004) (Entered: 05/28/2004) |
| 06/01/2004 | 4 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (drk, COURT STAFF) (Filed on 6/1/2004) (Entered: 06/01/2004) |
| 06/02/2004 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Saundra Brown Armstrong for all further proceedings. Judge Elizabeth D. Laporte no longer assigned to case. Signed by EXECUTIVE COMMITTEE on 6/2/04. (ha, COURT STAFF) (Filed on 6/2/04) (Entered: 06/02/2004) |
| 06/10/2004 | 6 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 7/29/2004 03:30 PM.via telephone. Signed by Judge Armstrong on 6/10/04. (lrc, ) (Filed on 6/10/2004) (Entered: 06/10/2004) |
|  |  |  |

| | | |
|---|---|---|
| 07/06/2004 | | Summons Issued as to Liberty Mutual Fire Insurance Company. (jlm, COURT STAFF) (Filed on 7/6/2004) (Entered: 07/08/2004) |
| 07/08/2004 | 7 | SUMMONS Returned Executed by Eyemed Vision Care, LLC, Eyexam of California, Inc., Lenscrafters, Inc.. Liberty Mutual Fire Insurance Company served on 7/7/2004, answer due 7/27/2004. (jlm, COURT STAFF) (Filed on 7/8/2004) Additional attachment(s) added on 7/9/2004 (jlm, COURT STAFF). (Entered: 07/09/2004) |
| 07/15/2004 | 8 | STIPULATION *and [Proposed] Order Continuing Case Management Conference* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 7/15/2004) (Entered: 07/15/2004) |
| 07/15/2004 | 9 | STIPULATION */Request for Leave to File First Amended Complaint and [Proposed] Order* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 7/15/2004) (Entered: 07/15/2004) |
| 07/20/2004 | 10 | ORDER, signed by Judge Saundra Brown Armstrong on 7/20/2004. Good cause appearing the Court ORDERED that the Case Management Conference currently scheduled for 7/29/2004 is VACATED. The parties shall appear for a Case Management Conference set for 10/13/2004 at 3:45 p.m. by telephone. (sbasec, COURT STAFF) (Filed on 7/20/2004) (Entered: 07/20/2004) |
| 07/20/2004 | | Set Deadlines/Hearings: re 10 Case Management Statement due by 9/28/2004. Telephonic Case Management Conference set for 10/13/2004 at 03:45 PM. (jlm, COURT STAFF) (Filed on 7/20/2004) (Entered: 07/21/2004) |
| 07/23/2004 | 11 | ORDER, signed by Judge Saundra Brown Armstrong on 7/23/2004 re 9 Stipulated Request For Leave To File First Amended Complaint. (sbasec, COURT STAFF) (Filed on 7/23/2004) (Entered: 07/23/2004) |
| 07/26/2004 | 12 | AMENDED COMPLAINT *for Declaratory Relief and Breach of Contract and Demand for Jury Trial* against all defendants. Filed by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 7/26/2004) (Entered: 07/26/2004) |
| 07/26/2004 | | Summons Issued as to Executive Risk Specialty Insurance Company. (jlm, COURT STAFF) (Filed on 7/26/2004) (Entered: 07/27/2004) |
| 08/11/2004 | 13 | STIPULATION *EXTENDING TIME FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT WITH PROPOSED ORDER* by Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/11/2004) Modified on 8/12/2004 (jlm, COURT STAFF). (Entered: 08/11/2004) |
| 08/24/2004 | 14 | ANSWER to Amended Complaint, CROSSCLAIM against Executive Risk Specialty Insurance Company by Liberty Mutual Fire Insurance Company. (Attachments: # 1)(Stuart, Alexander) (Filed on 8/24/2004) (Entered: 08/24/2004) |
| 09/27/2004 | 15 | STIPULATION *and [Proposed] Order Extending Time For Defendant* |

| | | |
|---|---|---|
| | | *Executive Risk Specialty Insurance Company To Respond To First Amended Complaint* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 9/27/2004) (Entered: 09/27/2004) |
| 09/28/2004 | 16 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 09/28/2004 | 17 | ORDER EXTENDING TIME FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT, signed by Judge SAUNDRA BROWN ARMSTRONG on 09/28/2004. Based on the parties' Stipulation, the Court grants their request for an extension of time for the aforementioned Defendant to answer or otherwise respond to the First Amended Complaint. The deadline is 10/01/2004. (sbasec, COURT STAFF) (Filed on 9/28/2004) (Entered: 09/28/2004) |
| 10/01/2004 | 18 | *Executive Risk Specialty Ins. Co.* ANSWER to Complaint with Jury Demand, CROSSCLAIM *of Executive Risk Speciality Ins. Co.* against Liberty Mutual Fire Insurance Company, COUNTERCLAIM against all plaintiffs by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 10/1/2004) (Entered: 10/01/2004) |
| 10/14/2004 | 19 | Minute Entry: Initial Case Management Conference held on 10/13/2004 before JUDGE ARMSTRONG (Date Filed: 10/14/2004). (Court Reporter NOT REPORTED.) (lrc, ) (Date Filed: 10/14/2004) (Entered: 10/14/2004) |
| 10/14/2004 | | Set Deadlines/Hearings: Further Case Management Conference set for 1/18/2005 01:00 PM. to follow the hearing on the motion. Summary Judgment and/or Summary Adjudication Motion Hearing set for 1/18/2005 01:00 PM. (lrc, ) (Filed on 10/14/2004) (Entered: 10/14/2004) |
| 10/19/2004 | 20 | STIPULATION and Proposed Order re *EXTENDING TIME FOR LIBERTY MUTUAL FIRE INSURANCE COMPANY TO RESPOND TO EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S CROSS-CLAIM* by Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 10/19/2004) Modified on 10/20/2004 (jlm, COURT STAFF). (Entered: 10/19/2004) |
| 10/20/2004 | 21 | STIPULATION *to Extend Time to File a Response to Executive Risk Specialty Insurance Company's Counterclaim* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 10/20/2004) (Entered: 10/20/2004) |
| 10/25/2004 | 22 | *Cross-Defendant Executive Risk Specialty Insurance Comany's* ANSWER to Crossclaim *of Liberty Mutual Fire Insurance Company* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 10/25/2004) (Entered: 10/25/2004) |
| 10/29/2004 | 23 | ANSWER TO CROSSCLAIM *AND DEMAND FOR JURY TRIAL* by Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 10/29/2004) (Entered: 10/29/2004) |
| | | |

| | | |
|---|---|---|
| 11/05/2004 | 24 | STIPULATION *for Further Extension of Time to File a Response to ERSIC's Counterclaim* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 11/5/2004) (Entered: 11/05/2004) |
| 11/10/2004 | 25 | ANSWER TO COUNTERCLAIM *of ERSIC* by Eyemed Vision Care, LLC, Eyexam of California, Inc., Lenscrafters, Inc.. (Jackson, Celia) (Filed on 11/10/2004) (Entered: 11/10/2004) |
| 11/22/2004 | 26 | STIPULATION AND PROPOSED ORDER *EXTENDING TIME TO FILE OPENING BRIEFS FOR MOTIONS FOR SUMMARY JUDGMENT / ADJUDICATION* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 11/22/2004) Modified on 11/23/2004 (jlm, COURT STAFF). (Entered: 11/22/2004) |
| 11/23/2004 | 27 | ORDER, signed by Judge SAUNDRA BROWN ARMSTRONG on 11/23/2004 on 26 Stipulation. Among other things, the Court GRANTED the parties' request 26 and ORDERED that the deadline to file and serve opening briefs is extended from 11/23/2004 to 11/30/2004. The hearing on the motions is CONTINUED from 01/18/2005 to 01/25/02005 at 1:00 p.m. The Case Management Conference scheduled for 01/18/2005 is continued to 01/25/2005, following the hearing on the motions. (sbasec, COURT STAFF) (Filed on 11/23/2004) (Entered: 11/23/2004) |
| 11/23/2004 | | Set Deadlines/Hearings:, Set/Reset Deadlines as to Initial Case Management Conference set for 1/25/2005 at 01:00 PM. Motion Hearing set for 1/25/2005 at 01:00 PM. (jlm, COURT STAFF) (Filed on 11/23/2004) (Entered: 11/24/2004) |
| 11/23/2004 | | Set/Reset Deadlines as to Motion Hearing set for 1/25/2005 01:00 PM. (jlm, COURT STAFF) (Filed on 11/23/2004) (Entered: 11/24/2004) |
| 11/30/2004 | 28 | STIPULATION *and [Proposed] Protective Order* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 29 | MOTION for Summary Judgment *re Duty to Defend; Memorandum of Points and Authorities in Support of Same* filed by Lenscrafters, Inc.. Motion Hearing set for 1/25/2005 01:00 PM. (Jackson, Celia) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 30 | Declaration in Support of 29 MOTION for Summary Judgment *re Duty to Defend; Memorandum of Points and Authorities in Support of Same (Gregory J. Muntel)* filed byLenscrafters, Inc.. (Related document(s)29) (Jackson, Celia) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 31 | MOTION for Summary Judgment filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. Motion Hearing set for 1/25/2005 01:00 PM. (Attachments: # 1 LIBERTY MUTUAL FIRE INSURANCE COMPANY'S POINTS AND AUTHORITIES IN SUPPORT OF A MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFFS# 2 Compendium of Out-of-State Authorities# 3 Proposed Order)(Stuart, Alexander) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| | | |

| | | |
|---|---|---|
| 11/30/2004 | 32 | MOTION for Summary Judgment *Against Executive Risk Specialty Insurance Company* filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. Motion Hearing set for 1/25/2005 01:00 PM. (Attachments: # 1 LIBERTY MUTUAL FIRE INSURANCE COMPANY'S POINTS & AUTHORITIES IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT AGAINST EXECUTIVE RISK SPECIALTY INSURANCE COMPANY# 2 Compendium of out of state authorities# 3 Proposed Order)(Stuart, Alexander) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 33 | Statement of Facts *and Joint Appendix* filed byEyemed Vision Care, LLC, Liberty Mutual Fire Insurance Company, Lenscrafters, Inc., Executive Risk Specialty Insurance Company, Liberty Mutual Fire Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Liberty Mutual Fire Insurance Company, Eyexam of California, Inc., Lenscrafters, Inc., Eyexam of California, Inc., Eyemed Vision Care, LLC. (Attachments: # 1 Exhibit A-B# 2 Exhibit C# 3 Exhibit D# 4 Exhibit E-F# 5 Exhibit G-H# 6 Exhibit I, J, K, L, M)(Fuentes, Monique) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 34 | **(Counsel used incorrect event - notice upon posting on 11/30/04 - correct event is motion. Please see document 40 for correct entry)** NOTICE by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company *Notice of Motion for Summary Judgment* (McInnis, Terrence) (Filed on 11/30/2004) Modified on 12/1/2004 (jlm, COURT STAFF). Modified on 12/1/2004 (jlm, COURT STAFF). Modified on 12/2/2004 (jlm, COURT STAFF). (Entered: 11/30/2004) |
| 11/30/2004 | 35 | Declaration of Michael Ridenour *in Support of Motion for Summary Judgment* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 36 | Proposed Order *Granting ERSIC's Motion for Summary Judgment* by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 37 | Ex Parte MOTION to Seal filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. Motion Hearing set for 12/3/2004 01:00 PM. (Attachments: # 1 Declaration of Hee Young Lee# 2 [Proposed] Order) (Lee, Hee Young) (Filed on 11/30/2004) (Entered: 11/30/2004) |
| 11/30/2004 | 38 | Memorandum in Support re Motion for Summary Judgment filed by Executive Risk Specialty Insurance Company, Executive Risk Specialty |

| | | |
|---|---|---|
| | | Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. Motion Hearing set for 1/25/2005 01:00 PM. (McInnis, Terrence) (Filed on 11/30/2004) Modified on 12/1/2004 (jlm, COURT STAFF). Modified on 12/1/2004 (jlm, COURT STAFF). (Entered: 11/30/2004) |
| 12/01/2004 | 39 | Declaration of Alice Johansson *in Support of Motion for Summary Judgment* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/1/2004) (Entered: 12/01/2004) |
| 12/02/2004 | 40 | MOTION for Summary Judgment filed by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. Motion Hearing set for 1/25/2005 01:00 PM. (McInnis, Terrence) (Filed on 12/2/2004) (Entered: 12/02/2004) |
| 12/07/2004 | 41 | Joinder re 37 *Liberty Mutual Life Insurance Co.'s Ex Parte Motion to File Documents Under Seal* filed by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 12/7/2004) Modified on 12/10/2004 (jlm, COURT STAFF). (Entered: 12/07/2004) |
| 12/07/2004 | 42 | Declaration of Wallace W. Lovejoy in Support of 41 MOTION for Joinder *to Liberty Mutual Life Insurance Co.'s Ex Parte Motion to File Documents Under Seal* filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Related document(s)41) (Jackson, Celia) (Filed on 12/7/2004) (Entered: 12/07/2004) |
| 12/07/2004 | 43 | Declaration of Celia M. Jackson in Support of 41 MOTION for Joinder *to Liberty Mutual Life Insurance Co.'s Ex Parte Motion to File Documents Under Seal* filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Related document(s)41) (Jackson, Celia) (Filed on 12/7/2004) (Entered: 12/07/2004) |
| 12/08/2004 | 44 | ORDER RE: FILING EXHIBIT L UNDER SEAL by Judge SAUNDRA BROWN ARMSTRONG granting 37 Motion to Seal. (sbasec, COURT STAFF) (Filed on 12/8/2004) (Entered: 12/08/2004) |
| 12/08/2004 | 45 | PROTECTIVE ORDER, signed by Judge SAUNDRA BROWN ARMSTRONG on 12/08/2004 re 28 Stipulation. (sbasec, COURT STAFF) (Filed on 12/8/2004) (Entered: 12/08/2004) |
| 12/08/2004 | 52 | EXHIBIT L filed byLiberty Mutual Fire Insurance Company. ***FILED UNDER SEAL BY ORDER OF THE COURT, SEE DOCUMENT 44*** (jlm, COURT STAFF) (Filed on 12/8/2004) (Entered: 12/15/2004) |
| 12/14/2004 | 46 | Memorandum in Opposition *to (1) Defendant Liberty Mutual's Motion for Summary Judgment and (2) Defendant ERSIC's Motion for Summary Judgment* filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 12/14/2004) (Entered: 12/14/2004) |
| | | |

| | | |
|---|---|---|
| 12/14/2004 | 47 | Supplemental DECLARATION of Michael D. Ridenour in Opposition to 29 MOTION for Summary Judgment *re Duty to Defend; Memorandum of Points and Authorities in Support of Same* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (Related document(s)29) (McInnis, Terrence) (Filed on 12/14/2004) Modified on 12/15/2004 (jlm, COURT STAFF). (Entered: 12/14/2004) |
| 12/14/2004 | 48 | MEMORANDUM in Oppostion re 29 MOTION for Summary Judgment *re Duty to Defend; Memorandum of Points and Authorities in Support of Same* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (Related document(s)29) (McInnis, Terrence) (Filed on 12/14/2004) (Entered: 12/14/2004) |
| 12/14/2004 | 49 | MEMORANDUM in Oppostion re 32 MOTION for Summary Judgment *Against Executive Risk Specialty Insurance Company* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (Related document(s)32) (McInnis, Terrence) (Filed on 12/14/2004) (Entered: 12/14/2004) |
| 12/14/2004 | 50 | Memorandum in Opposition *to Plaintiffs Motion For Summary Judgment* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Supplement Compendium of Cases)(Lee, Hee Young) (Filed on 12/14/2004) (Entered: 12/14/2004) |
| 12/14/2004 | 51 | Memorandum in Opposition *to Executive Risk Specialty Insurance Company's Motion For Summary Judgment* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Affidavit Declaration of Hee Young Lee# 2 Supplement compedium of cases)(Lee, Hee Young) (Filed on 12/14/2004) (Entered: 12/14/2004) |
| 12/21/2004 | 53 | Reply Memorandum *of Points and Authorities in Support of Motion for Partial Summary Judgment re Duty to Defend* filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 12/21/2004) (Entered: 12/21/2004) |
| 12/21/2004 | 54 | Proposed Order *Granting Motion for Partial Summary Judgment re Duty to Defend* by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 12/21/2004) (Entered: 12/21/2004) |
| 12/21/2004 | 55 | OBJECTIONS to *Declaration of Hee Young Lee* by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/21/2004) (Entered: 12/21/2004) |
| | | |

| | | |
|---|---|---|
| 12/21/2004 | 56 | Reply to Opposition re *Motion for Summary Judgment* filed by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/21/2004) Modified on 12/22/2004 (jlm, COURT STAFF). (Entered: 12/21/2004) |
| 12/21/2004 | 57 | Declaration of Terrence R. McInnis *in Support of Executive Risk Specialty Insurance Company's Reply in Support of its Motion for Summary Judgment* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/21/2004) (Entered: 12/21/2004) |
| 12/21/2004 | 58 | Declaration of Alice Johansson *(Supplemental) in Support of Executive Risk Specialty Insurance Company's Motion for Summary Judgment* filed byExecutive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/21/2004) (Entered: 12/21/2004) |
| 12/21/2004 | 59 | Reply to Opposition *re Motion for Summary Judgment* filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 12/21/2004) Modified on 12/22/2004 (jlm, COURT STAFF). (Entered: 12/21/2004) |
| 12/21/2004 | 60 | Reply to Opposition *re Motion for Summary Judgment* filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 12/21/2004) Modified on 12/22/2004 (jlm, COURT STAFF). (Entered: 12/21/2004) |
| 01/11/2005 | 61 | Proposed Order re 40 MOTION for Summary Judgment by Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company, Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 1/11/2005) (Entered: 01/11/2005) |
| 01/11/2005 | 62 | Proposed Order *Granting Plaintiffs Motion for Summary Judgment re Duty to Defend* by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 1/11/2005) (Entered: 01/11/2005) |
| 01/11/2005 | 63 | Proposed Order *Regarding Liberty Mutual Fire Insurance Company's Motion for Summary Judgment Against Plaintiffs* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 1/11/2005) (Entered: 01/11/2005) |
| 01/11/2005 | 64 | Proposed Order *Regarding Liberty Mutual Fire Insurance Company's Motion For Summary Judgment Against Executive Risk Specialty Insurance Company* by Liberty Mutual Fire Insurance Company, Liberty |

| | | |
|---|---|---|
| | | Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 1/11/2005) (Entered: 01/11/2005) |
| 01/14/2005 | 65 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 1/14/2005) (Entered: 01/14/2005) |
| 01/20/2005 | 66 | ORDER by Judge SAUNDRA BROWN ARMSTRONG, granting 29 Motion for Partial Summary Judgment re Duty to Defend, denying 31 Motion for Summary Judgment, denying 32 Motion for Summary Judgment and denying 40 Motion for Summary Judgment. IT IS FURTHER ORDERED THAT the case management conference scheduled for 01/25/05 is VACATED. The next case management conference is set for 03/17/2005 at 3:00 p.m. by telephone. (sbasec, COURT STAFF) (Filed on 1/20/2005) (Entered: 01/20/2005) |
| 01/20/2005 | 67 | ***FILED IN ERROR*** ORDER, signed by Judge SAUNDRA BROWN ARMSTRONG on 01/20/2005. The Court ORDERED THAT the hearing on Defendants' Motion for Partial Summary Judgment of Infringement is CONTINUED from 02/08/2005 to 03/22/2005 at 1:00 p.m. (sbasec, COURT STAFF) (Filed on 1/20/2005) Modified on 1/20/2005 (sbasec, COURT STAFF). (Entered: 01/20/2005) |
| 01/20/2005 | | Set Deadlines/Hearings: re 66 Telephonic Case Management Conference set for 3/17/2005 at 03:00 PM. (jlm, COURT STAFF) (Filed on 1/20/2005) (Entered: 01/21/2005) |
| 03/07/2005 | 68 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 3/7/2005) (Entered: 03/07/2005) |
| 03/18/2005 | 69 | Minute Entry: Further Case Management Conference held on 3/17/2005 before JUDGE ARMSTRONG (Date Filed: 3/18/2005). (Court Reporter NOT REPORTED.) (lrc, ) (Date Filed: 3/18/2005) (Entered: 03/18/2005) |
| 03/18/2005 | | CASE REFERRED to Mediation per Civil Minutes dated 3/17/2005. (cmf, COURT STAFF) (Filed on 3/18/2005) (Entered: 03/18/2005) |
| 03/18/2005 | | CASE REFERRED to Magistrate Judge for Settlement (jlm, COURT STAFF) (Filed on 3/18/2005) (Entered: 03/21/2005) |
| 03/21/2005 | 70 | CASE MANAGEMENT SCHEDULING ORDER: Bench Trial set for 10/31/2005 08:30 AM in Courtroom 3, 3rd Floor, Oakland. Discovery due by 7/1/2005. Jury Trial set for 10/31/2005 08:30 AM in Courtroom 3, 3rd Floor, Oakland. Motions due by 9/13/2005. Pretrial Conference set for 10/25/2005 01:00 PM in Courtroom 3, 3rd Floor, Oakland.. Signed by Judge ARMSTRONG on 3/21/05. SEE PRETRIAL PREPARATION ORDER FOR ALL OTHER DEADLINES(lrc, ) (Filed on 3/21/2005) (Entered: 03/21/2005) |
| 03/22/2005 | | CASE REFERRED to Magistrate Judge Bernard Zimmerman for |

| | | |
|---|---|---|
| | | Settlement (wh, COURT STAFF) (Filed on 3/22/2005) (Entered: 03/22/2005) |
| 03/25/2005 | 71 | ORDER SCHEDULING SETTLEMENT CONFERENCE. Signed by Magistrate Judge Bernard Zimmerman on 3/25/2005. (bzsec, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/25/2005) |
| 03/25/2005 | | Set Deadlines/Hearings: 71 Settlement Conference set for 9/29/2005 at 09:00 AM. (jlm, COURT STAFF) (Filed on 3/25/2005) (Entered: 03/28/2005) |
| 04/15/2005 | 72 | ADR Clerk's Notice Appointing Howard A. Janssen as Mediator. (cmf, COURT STAFF) (Filed on 4/15/2005) (Entered: 04/15/2005) |
| 04/25/2005 | 73 | NOTICE by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc. *of Change of Firm Name* (Jackson, Celia) (Filed on 4/25/2005) (Entered: 04/25/2005) |
| 05/03/2005 | 74 | MOTION for Summary Judgment *Against Cross-Defendant Liberty Mutual Fire Insurance Company and Memorandum of Points and Authorities In Support Thereof* filed by Executive Risk Specialty Insurance Company. Motion Hearing set for 6/7/2005 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (McInnis, Terrence) (Filed on 5/3/2005) (Entered: 05/03/2005) |
| 05/03/2005 | 75 | Declaration of Monique M. Fuentes in Support of 74 MOTION for Summary Judgment *Against Cross-Defendant Liberty Mutual Fire Insurance Company and Memorandum of Points and Authorities In Support Thereof* filed byExecutive Risk Specialty Insurance Company. (Attachments: # 1 Exhibit C# 2 Exhibit D# 3 # 4 Exhibit G&H# 5 Exhibit I&J)(Related document(s)74) (McInnis, Terrence) (Filed on 5/3/2005) (Entered: 05/03/2005) |
| 05/03/2005 | 76 | Proposed Order re 74 MOTION for Summary Judgment *Against Cross-Defendant Liberty Mutual Fire Insurance Company and Memorandum of Points and Authorities In Support Thereof* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 5/3/2005) (Entered: 05/03/2005) |
| 05/11/2005 | 77 | NOTICE of Change In Counsel by Jo Ann Hoenninger (Hoenninger, Jo) (Filed on 5/11/2005) (Entered: 05/11/2005) |
| 05/17/2005 | 78 | Memorandum in Opposition re 74 MOTION for Summary Judgment *Against Cross-Defendant Liberty Mutual Fire Insurance Company and Memorandum of Points and Authorities In Support Thereof* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Signature Page (Declarations/Stipulations) Declaration of Hee Young Lee# 2 Proposed Order)(Lee, Hee Young) (Filed on 5/17/2005) (Entered: 05/17/2005) |
| 05/17/2005 | 79 | EXHIBITS re 78 Memorandum in Opposition, *EXHIBITS A-G TO DECLARATION OF HEE YOUNG LEE* filed byLiberty Mutual Fire |

| | | |
|---|---|---|
| | | Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit B to Declaration of Hee Young Lee# 2 Exhibit Exhibit C to Declaration of Hee Young Lee# 3 Exhibit Exhibit D to Declaratio of Hee Young Lee# 4 Exhibit Exhibit E of Declaration of Hee Young Lee# 5 Exhibit Exhibit F to Declaration of Hee Young Lee# 6 Exhibit Exhibit G to Declaration of Hee Young Lee)(Related document(s)78) (Lee, Hee Young) (Filed on 5/17/2005) (Entered: 05/17/2005) |
| 05/17/2005 | 80 | EXHIBITS re 78 Memorandum in Opposition,, 79 Exhibits,, *EXHIBITS H-J & 1-4 TO DECLARATION OF HEE YOUNG LEE* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit I to Declaration of Hee Young Lee# 2 Exhibit Exhibit J to Declaration of Hee Young Lee# 3 Exhibit Exhibit 1-4 to Declaration of Hee Young Lee)(Related document(s)78, 79) (Lee, Hee Young) (Filed on 5/17/2005) (Entered: 05/17/2005) |
| 05/24/2005 | 81 | Brief *Plaintiffs' Statement Regarding Summary Judgment Motion of Executive Risk Specialty Insurance Company* filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 5/24/2005) (Entered: 05/24/2005) |
| 05/24/2005 | 82 | Reply Memorandum *in Support of Executive Risk Specialty Insurance Company's Motion for Summary Judgment* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 5/24/2005) (Entered: 05/24/2005) |
| 06/03/2005 | 83 | OBJECTIONS to re 82 Reply Memorandum by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 6/3/2005) (Entered: 06/03/2005) |
| 06/06/2005 | 84 | MEMORANDUM AND OPINION, ORDER by Judge SAUNDRA BROWN ARMSTRONG, denying 74 Motion for Summary Judgment, Among other things, the Court ORDERED THAT Liberty's request for a continuance and Liberty's objection to ERSIC's reply brief 83 are DENIED AS MOOT; Plaintiff's request for a continuance of the instant motion and request for leave to file briefing 81 is DENIED AS MOOT. (sbasec, COURT STAFF) (Filed on 6/6/2005) (Entered: 06/06/2005) |
| 06/15/2005 | 85 | STIPULATION and Proposed Order *Extending the Deadline to Complete ADR* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 6/15/2005) Modified on 6/16/2005 (jlm, COURT STAFF). (Entered: 06/15/2005) |
| 06/16/2005 | 86 | STIPULATION *and [Proposed] Order Dismissing Plaintiffs' Second and Third Claims for Relief* by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 6/16/2005) (Entered: 06/16/2005) |
| 06/21/2005 | 87 | STIPULATION AND ORDER DISMISSING PLAINTIFFS' SECOND |

| | | |
|---|---|---|
| | | AND THIRD CLAIMS FOR RELIEF, signed by Judge SAUNDRA BROWN ARMSTRONG on 06/21/2005 on 86 Stipulation. (sbasec, COURT STAFF) (Filed on 6/21/2005) Modified on 6/22/2005 (jlm, COURT STAFF). (Entered: 06/21/2005) |
| 06/21/2005 | 88 | STIPULATION *ALLOWING THE DEPOSITIONS OF TWO NON-PARTY WITNESSES AFTER THE DISCOVERY CUTOFF AND [PROPOSED] ORDER* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 6/21/2005) (Entered: 06/21/2005) |
| 06/27/2005 | 89 | Ex Parte Application *and ORDER on Ex Parte Application* filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 LIBERTY MUTUAL'S NOTICE OF MOTION FOR PROTECTIVE ORDER (F.R.C.P. RULE 26(c)); AND REQUEST FOR SANCTIONS# 2 POINTS & AUTHORITIES# 3 DECLARATION OF HEE YOUNG LEE# 4 EXHIBITS A - C TO DECLARATION OF HEE YOUNG LEE# 5 EXHIBITS D - H TO DECLARATION OF HEE YOUNG LEE# 6 EXHIBITS I - M TO DECLARATION OF HEE YOUNG LEE# 7 DECLARATION OF ALEXANDER F. STUART)(Stuart, Alexander) (Filed on 6/27/2005) (Entered: 06/27/2005) |
| 06/28/2005 | 90 | Memorandum in Opposition re 89 Ex Parte Application *and ORDER on Ex Parte Application* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 6/28/2005) (Entered: 06/28/2005) |
| 06/28/2005 | 91 | Declaration of Terrence R. McInnis in Support of 90 Memorandum in Opposition *to Liberty Mutual's Ex Parte Application* filed byExecutive Risk Specialty Insurance Company. (Related document(s)90) (McInnis, Terrence) (Filed on 6/28/2005) (Entered: 06/28/2005) |
| 06/29/2005 | 92 | ORDER REFERRING CASE to Magistrate Judge for all Discovery purposes. Signed by Judge ARMSTRONG on 6/29/05. (lrc, COURT STAFF) (Filed on 6/29/2005) (Entered: 06/29/2005) |
| 06/29/2005 | | CASE REFERRED to Magistrate Judge for Discovery Maria-Elena James. (wh, COURT STAFF) (Filed on 6/29/2005) (Entered: 06/29/2005) |
| 06/29/2005 | 93 | Reply to Opposition *from ERSIC to Liberty's Ex Parte Application For Order Shortening Time* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 6/29/2005) (Entered: 06/29/2005) |
| 06/30/2005 | 94 | Notice of Reference. Signed by Judge Maria-Elena James on June 30, 2005. (mejlc2, COURT STAFF) (Filed on 6/30/2005) (Entered: 06/30/2005) |
| 08/01/2005 | 95 | STIPULATION *AND [PROPOSED] ORDER REGARDING PRIVATE MEDIATION IN LIEU OF COURT SPONSORED MEDIATION* by |

| | | |
|---|---|---|
| | | Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/1/2005) (Entered: 08/01/2005) |
| 08/12/2005 | 96 | Letter to Magistrate Judge Bernard Zimmerman re parties request to continue Mandatory Settlement Conference with exhibits by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/12/2005) Modified on 8/15/2005 (jlm, COURT STAFF). (Entered: 08/12/2005) |
| 08/12/2005 | 97 | STIPULATION *Re Continuance of the Mandatory Settlement Conference* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 98 | STIPULATION *and [Proposed] Order Dismissing Plaintiffs From Counts 3 and 4 of Defendant Executive Risk Specialty Insurance Company's Counterclaim* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 99 | Joint Ex Parte Application *of Cross-Claimants Executive Risk Specialty Insurance Company and Liberty Mutual Fire Insurance Company to Extend Deadline to Hear Cross-Motions for Summary Judgment* filed by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 100 | Declaration of Terrence R. McInnis in Support of 99 Joint Ex Parte Application *of Cross-Claimants Executive Risk Specialty Insurance Company and Liberty Mutual Fire Insurance Company to Extend Deadline to Hear Cross-Motions for Summary Judgment* filed byExecutive Risk Specialty Insurance Company. (Related document(s) 99) (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 101 | NOTICE by Executive Risk Specialty Insurance Company re 99 Joint Ex Parte Application *of Cross-Claimants Executive Risk Specialty Insurance Company and Liberty Mutual Fire Insurance Company to Extend Deadline to Hear Cross-Motions for Summary Judgment* (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 102 | Proposed Order re 99 Joint Ex Parte Application *of Cross-Claimants Executive Risk Specialty Insurance Company and Liberty Mutual Fire Insurance Company to Extend Deadline to Hear Cross-Motions for Summary Judgment* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 103 | MOTION for Summary Judgment *and Memorandum of Points and Authorities in Support Thereof* filed by Executive Risk Specialty Insurance Company. Motion Hearing set for 10/4/2005 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| | | |

| | | |
|---|---|---|
| 08/12/2005 | 104 | Proposed Order *Granting Cross-Claimant Executive Risk Specialty Insurance Company's Motion For Summary Judgment* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 105 | Statement of Facts *and Joint Exhibits A-C* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 106 | EXHIBITS re 105 Statement of Facts, *Joint Exhibits D-G* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Joint Exhibit E# 2 Exhibit Joint Exhibit F# 3 Exhibit Joint Exhibit G)(Related document(s)105) (Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 107 | EXHIBITS re 105 Statement of Facts,, 106 Exhibits, *Joint Exhibits H-J* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Joint Ex. I# 2 Exhibit Joint Ex. J)(Related document(s)105, 106) (Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 108 | EXHIBITS re 105 Statement of Facts,, 106 Exhibits,, 107 Exhibits, *Joint Exhibits K - L* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Exhibit Joint Ex. L)(Related document(s)105, 106, 107) (Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 109 | Request for Judicial Notice *In Support of Motion For Partial Summary Judgment* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/12/2005 | 110 | MOTION for Partial Summary Judgment *(Notice)* filed by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. Motion Hearing set for 10/4/2005 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (Attachments: # 1 Motion for Partial Summary Judgment (P&A)# 2 Proposed Order)(Stuart, Alexander) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/15/2005 | 111 | STIPULATION AND ORDER REGARDING CONTINUANCE OF THE MANDATORY SETTLEMENT CONFERENCE. Signed by Magistrate Judge Bernard Zimmerman on 8/15/2005. (bzsec, COURT STAFF) (Filed on 8/15/2005) (Entered: 08/15/2005) |
| 08/15/2005 | | Set Deadlines/Hearings: re 111 Settlement Conference set for 10/27/2005 09:00 AM. (jlm, COURT STAFF) (Filed on 8/15/2005) (Entered: 08/16/2005) |
| 08/17/2005 | 112 | ORDER by Judge SAUNDRA BROWN ARMSTRONG granting in part and denying in part 99 Ex Parte Application. The date of hearing on the motions 103 and 110 is set for 10/04/2005 at 1:00 p.m. Defendants/Cross-claimants' Opposition briefs file by 08/26/2005 and |

| | | |
|---|---|---|
| | | their reply briefs file by 09/02/2005. (sbasec, COURT STAFF) (Filed on 8/17/2005) Modified on 8/18/2005 (jlm, COURT STAFF). (Entered: 08/17/2005) |
| 08/17/2005 | | Set Deadlines/Hearings: Motion Hearing set for 10/4/2005 01:00 PM. FOR MOTION FOR SUMMARY JUDGMENT DOCUMENT 103 AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT DOCUMENT 110. (lrc, COURT STAFF) (Filed on 8/17/2005) (Entered: 08/17/2005) |
| 08/22/2005 | 113 | STIPULATION *AND [PROPOSED] ORDER REGARDING PRIVATE MEDIATION IN LIEU OF COURT SPONSORED MEDIATION* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/22/2005) (Entered: 08/22/2005) |
| 08/22/2005 | 114 | STIPULATION AND ORDER: Dismissing Plaintiffs From Counts 3 and 4 of Defendants ERSIC's Counterclaim in this action without prejudice. Signed by Judge SAUNDRA BROWN ARMSTRONG on 08/22/2005. (sbasec, COURT STAFF) (Filed on 8/22/2005) Modified on 8/29/2005 (jlm, COURT STAFF). (Entered: 08/22/2005) |
| 08/26/2005 | 115 | Memorandum in Opposition *To Liberty Mutual Fire Insurance Company's Motion For Partial Summary Judgment* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 08/26/2005 | 116 | Declaration of Terrence R. McInnis in Support of 115 Memorandum in Opposition *To Liberty's Motion For Partial Summary Judgment* filed byExecutive Risk Specialty Insurance Company. (Related document(s) 115) (McInnis, Terrence) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 08/26/2005 | 117 | Memorandum in Opposition *to Executive Risk Specialty Insurance Co.'s Motion for Summary Judgment* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Affidavit Declaration of Hee Young Lee and Exhibit 1 and 2# 2 Proposed Order)(Lee, Hee Young) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 08/30/2005 | 118 | STIPULATION AND ORDER REGARDING PRIVATE MEDIATION IN LIEU OF COURT SPONSORED MEDIATION. Signed by Judge Armstrong on 8/29/05. (lrc, COURT STAFF) (Filed on 8/30/2005) (Entered: 08/30/2005) |
| 08/30/2005 | 119 | STIPULATION re Set Deadlines/Hearings *TO CONTINUE THE DEADLINE FOR FILING MANDATORY SETTLEMENT CONFERENCE STATEMENT* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 8/30/2005) (Entered: 08/30/2005) |
| 08/31/2005 | 120 | STIPULATION AND ORDER. Signed by Magistrate Judge Bernard Zimmerman on 8/31/2005. (bzsec, COURT STAFF) (Filed on 8/31/2005) |

| | | |
|---|---|---|
| | | (Entered: 08/31/2005) |
| 09/02/2005 | 121 | Reply Memorandum *In Support Of Its Motion For Summary Judgment* filed by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 9/2/2005) Modified on 9/6/2005 (jlm, COURT STAFF). (Entered: 09/02/2005) |
| 09/02/2005 | 122 | Declaration of Terrence R. McInnis *In Support Of Executive Risk Specialty Insurance Company's Motion For Summary Judgment* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 9/2/2005) (Entered: 09/02/2005) |
| 09/02/2005 | 123 | Reply to Opposition re 110 MOTION for Partial Summary Judgment *(Notice)* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 OBJECTION TO EVIDENCE SUBMITTED BY ERSIC IN SUPPORT OF ITS OPPOSITION TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT)(Stuart, Alexander) (Filed on 9/2/2005) (Entered: 09/02/2005) |
| 09/07/2005 | 124 | STIPULATION *and [Proposed] Order dismissing Count 5 of Defendant Executive Risk Specialty Insurance Company's Counterclaim/Cross-Complaint* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 9/7/2005) (Entered: 09/07/2005) |
| 09/12/2005 | 125 | ORDER, signed by Judge SAUNDRA BROWN ARMSTRONG on 09/12/2005 re 124 Stipulation and ORDER DISMISSING COUNT 5 OF DEFENDANT ERSIC'S COUNTERCLAIM/CROSS-COMPLAINT. On the basis of the 124 Stipulation, the Court granted the parties' request. IT IS ORDERED THAT COUNT 5 OF DEFENDANT ERSIC'S COUNTERCLAIM/CROSS-COMPLAINT be, and hereby IS DISMISSED WITH PREJUDICE. (sbasec, COURT STAFF) (Filed on 9/12/2005) (Entered: 09/12/2005) |
| 09/22/2005 | 126 | STIPULATION *AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PRE-TRIAL PAPERS* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 9/22/2005) (Entered: 09/22/2005) |
| 09/28/2005 | 127 | STIPULATION AND ORDER TO EXTEND TIME TO FILE PRE-TRIAL PAPERS. Signed by Judge Armstrong on 9/28/05. (lrc, COURT STAFF) (Filed on 9/28/2005) (Entered: 09/28/2005) |
| 10/06/2005 | 128 | ORDER by Judge Armstrong granting 103 Motion for Summary Judgment, denying 110 Motion for Partial Summary Judgment (lrc, COURT STAFF) (Filed on 10/6/2005) (Entered: 10/06/2005) |
| 10/20/2005 | 129 | Declaration of Terrence R. McInnis *In Support Of Calculation Of Final Judgment Pursuant To The Court's October 5, 2005 Order* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/20/2005 | 130 | Proposed Order re 129 Declaration in Support *of Calculation of Final* |

| | | |
|---|---|---|
| | | *Judgment Pursuant to The Court's October 5, 2005 Order* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/24/2005 | 131 | ORDER. Signed by Judge Armstrong on 10/24/05. (lrc, COURT STAFF) (Filed on 10/24/2005) (Entered: 10/24/2005) |
| 10/25/2005 | 132 | CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE (bzsec, COURT STAFF) (Filed on 10/25/2005) (Entered: 10/25/2005) |
| 10/31/2005 | 133 | Statement of Non-Opposition */ Statement of Position* filed byLiberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/07/2005 | 134 | JUDGMENT in favor of ERSIC against Liberty Mutual Fire Insurance Company. Signed by Judge Armstrong on 11/3/05. (lrc, COURT STAFF) (Filed on 11/7/2005) (Entered: 11/07/2005) |
| 11/08/2005 | 135 | Proposed Order *Request for Entry of Judgment* by Lenscrafters, Inc.. (Jackson, Celia) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/11/2005 | 136 | RESPONSE to *Plaintiffs' Request For Entry of Judgment; Request for Entry of Amended Judgment; [Proposed] Amended Judgment* by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 11/11/2005) (Entered: 11/11/2005) |
| 11/15/2005 | 137 | BILL OF COSTS by Executive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 11/15/2005) (Entered: 11/15/2005) |
| 11/15/2005 | 138 | RESPONSE to *ERSIC's Request for Entry of Amended Judgment and Request for Entry of Different Amended Judgment* by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 11/15/2005) (Entered: 11/15/2005) |
| 11/18/2005 | 139 | RESPONSE to re 135 Proposed Order, 136 Response ( Non Motion ) *RESPONSE TO PLAINTIFFS' AND ERSIC'S REQUEST FOR JUDGMENT OF COSTS* by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Lee, Hee Young) (Filed on 11/18/2005) (Entered: 11/18/2005) |
| 11/22/2005 | 140 | AMENDED JUDGMENT. Signed by Judge Armstrong on 11/18/05. (lrc, COURT STAFF) (Filed on 11/22/2005) (Entered: 11/22/2005) |
| 11/30/2005 | 141 | OBJECTIONS to re 137 Bill of Costs by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. (Attachments: # 1 Affidavit Declaration of Hee Young Lee)(Lee, Hee Young) (Filed on 11/30/2005) (Entered: 11/30/2005) |
| 12/01/2005 | 142 | BILL OF COSTS by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 12/1/2005) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| 12/05/2005 | 143 | Reply Memorandum *In Support of Its Bill of Costs* filed byExecutive Risk Specialty Insurance Company. (McInnis, Terrence) (Filed on 12/5/2005) (Entered: 12/05/2005) |
| 12/06/2005 | 144 | NOTICE OF APPEAL as to 128 Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment, 66 Order on Motion for Summary Judgment, 140 Judgment, 134 Judgment by Liberty Mutual Fire Insurance Company. Filing fee $ 255, receipt number 4411914. (jlm, COURT STAFF) (Filed on 12/6/2005) (Entered: 12/06/2005) |
| 12/06/2005 | 145 | ***DUPLICATE ENTRY, SEE DOCUMENT [144]***<br><br>Subsequent NOTICE OF APPEAL by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company. Appeal Record due by 1/5/2006. (Attachments: # 1 REPRESENTATION STATEMENT# 2 Civil Appeals Docketing Statement w/ Exhibits)(Stuart, Alexander) (Filed on 12/6/2005) Modified on 12/7/2005 (jlm, COURT STAFF). (Entered: 12/06/2005) |
| 12/13/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [144] Notice of Appeal. (jlm, COURT STAFF) (Filed on 12/13/2005) (Entered: 12/13/2005) |
| 12/16/2005 | 146 | TRANSCRIPT REQUEST by Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Fire Insurance Company re [144] Notice of Appeal, Transcript due by 1/3/2006. No Transcript Requested. (Lee, Hee Young) (Filed on 12/16/2005) Modified on 12/19/2005 (jlm, COURT STAFF). (Entered: 12/16/2005) |
| 12/19/2005 | | Certificate of Record Mailed to USCA re appeal [144] Notice of Appeal. (jlm, COURT STAFF) (Filed on 12/19/2005) (Entered: 12/19/2005) |
| 12/19/2005 | | USCA Case Number 05-17364 for [144] Notice of Appeal. (jlm, COURT STAFF) (Filed on 12/19/2005) (Entered: 12/22/2005) |
| 12/19/2005 | 149 | USCA Scheduling Order as to [144] Notice of Appeal. (jlm, COURT STAFF) (Filed on 12/19/2005) Additional attachment(s) added on 1/10/2006 (jlm, COURT STAFF). (Entered: 12/22/2005) |
| 12/20/2005 | 147 | Costs Taxed for Defendant Executive Risk Specialty Insurance Company in amount of $ 7,828.02 against Liberty Mutual Fire Insurance Co.. (oh, COURT STAFF) (Filed on 12/20/2005) (Entered: 12/20/2005) |
| 12/20/2005 | 148 | Costs Taxed for Plaintiffs LensCrafters, Inc., et al. in amount of $ 369.90 against Liberty Mutual Fire Insurance Co.. (oh, COURT STAFF) (Filed on 12/20/2005) (Entered: 12/20/2005) |
| 02/27/2006 | 150 | ORDER of USCA: That the Appeal will not be selected for inclusion in the Mediation Program. The Court amends the briefing schedule as follows: Appellant's opening brief is due by 04/24/06; Appellees |

| | | |
|---|---|---|
| | | answering brief is due by 06/26/06; Appellant's optional reply brief is due by 07/24/06, as to [144] Notice of Appeal. (jlm, COURT STAFF) (Filed on 2/27/2006) Additional attachment(s) added on 3/6/2006 (jlm, COURT STAFF). (Entered: 03/03/2006) |
| 03/28/2006 | 151 | STIPULATION *and Proposed Order Regarding Supersedeas Bond* by Liberty Mutual Fire Insurance Company. (Stuart, Alexander) (Filed on 3/28/2006) (Entered: 03/28/2006) |
| 04/06/2006 | 152 | STIPULATION AND ORDER REGARDING SUPERSEDEAS BOND. Signed by Judge Armstrong on 4/6/06. (lrc, COURT STAFF) (Filed on 4/6/2006) (Entered: 04/06/2006) |
| 04/07/2006 | 153 | Undertaking of Corporate Surety in the amount of $1,043,674.02 by Liberty Mutual Fire Insurance Company (kc, COURT STAFF) (Filed on 4/7/2006) Additional attachment(s) added on 4/12/2006 (jlm, COURT STAFF). (Entered: 04/11/2006) |
| 06/05/2007 | 154 | NOTICE of Pendency of Other Action or Proceeding [Local Rule 3-13] by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc. (Jackson, Celia) (Filed on 6/5/2007) Modified on 6/6/2007 (jlm, COURT STAFF). (Entered: 06/05/2007) |
| 06/08/2007 | 155 | MOTION to Relate Cases, filed by Lenscrafters, Inc., Eyexam of California, Inc. and Eyemed Vision Care, LLC. (Jackson, Celia) (Filed on 6/8/2007) Modified on 6/11/2007 (jlm, COURT STAFF). (Entered: 06/08/2007) |
| 06/08/2007 | 156 | Declaration of Celia M. Jackson in Support of 155 *Motion to Relate Cases* filed by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Attachments: # 1 Exhibit 1-2# 2 Exhibit 3-4)(Related document(s)155) (Jackson, Celia) (Filed on 6/8/2007) Modified on 6/11/2007 (jlm, COURT STAFF). Modified on 6/11/2007 (jlm, COURT STAFF). (Entered: 06/08/2007) |
| 06/08/2007 | 157 | Proposed Order re 155 *Motion to Relate Cases* by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 6/8/2007) Modified on 6/11/2007 (jlm, COURT STAFF). (Entered: 06/08/2007) |
| 06/08/2007 | 158 | CERTIFICATE OF SERVICE by Eyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc. re 155 Motion to Relate Cases, 156 Declaration of Celia M. Jackson in Support, 157 Proposed Order, (Jackson, Celia) (Filed on 6/8/2007) Modified on 6/11/2007 (jlm, COURT STAFF). (Entered: 06/08/2007) |
| 06/11/2007 | 159 | Memorandum in Opposition re 155 MOTION to Related Case filed byUnited States Fire Insurance Company. (Rose, Amy) (Filed on 6/11/2007) (Entered: 06/11/2007) |
| 06/11/2007 | 160 | Declaration of Amy E. Rose in Support re 159 *Memorandum in Opposition to Motion to Relate Cases* filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 |

| | | |
|---|---|---|
| | | Exhibit C)(Rose, Amy) (Filed on 6/11/2007) Modified on 6/12/2007 (jlm, COURT STAFF). Modified on 6/12/2007 (jlm, COURT STAFF). (Entered: 06/11/2007) |
| 06/14/2007 | 161 | Reply Memorandum re 155 MOTION to Related Case filed byEyemed Vision Care, LLC, Lenscrafters, Inc., Eyexam of California, Inc.. (Jackson, Celia) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/15/2007 | 162 | ORDER by Judge ARMSTRONG granting 155 Motion to Relate Case (lrc, COURT STAFF) (Filed on 6/15/2007) (Entered: 06/15/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2007 20:06:23 | | | |
| **PACER Login:** | ss0743 | **Client Code:** | 06434100024 |
| **Description:** | Docket Report | **Search Criteria:** | 4:04-cv-01001-SBA |
| **Billable Pages:** | 14 | **Cost:** | 1.12 |