07/16/2007 15:42 FAX 212 252 0444    CARROLL MCNULTY    ☑002



# HellerEhrman LLP

June 27, 2007

Celia M. Jackson
Celia.Jackson@hellerehrman.com
Direct +1.415.772.6809
Direct Fax +1.415.772.1794
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

40256.0005

John P. DeFilippis, Esq.
Carroll, McNulty & Kull L.L.C.
570 Lexington Ave., 10th Floor
New York, NY 10022

Re:   *United States Fire Ins. Co. v. Luxottica U.S. Holdings Corp., et al.*

Dear Mr. DeFilippis

     Enclosed please find two Acknowledgements of Receipt by Mail for the following entities: (1) EyeMed Vision Care, LLC and (2) EYEXAM of California, Inc. (fka EyeMed, Inc.). Please note that plaintiff has incorrectly named as a defendant "EyeMed, Inc.," which is now known as EYEXAM of California, Inc. Plaintiff has also incorrectly named as a defendant "EYEXAM 2000." We are not aware of any entity named EYEXAM 2000, and to our knowledge, plaintiff has not purported to serve EYEXAM 2000 with the summons and complaint.

     EyeMed Vision Care, LLC and EYEXAM of California, Inc. accept service without waiver of any rights or defenses, including but not limited to defenses based on jurisdiction and venue.

Very truly yours,

Celia M. Jackson

Enclosures

---

Heller Ehrman LLP   333 Bush Street   San Francisco, CA 94104-2878   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Silicon Valley   Singapore   Washington, D.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x
UNITED STATES FIRE INSURANCE COMPANY,      Index No.: 07338/07

              Plaintiffs,              **ACKNOWLEDGEMENT**

   -against-

LUXOTTICA U.S. HOLDINGS CORP., LUXOTTICA
GROUP S.p.A., UNITED STATES SHORE CORPORATION,
LENSCRAFTERS, INC., EYEMED, INC., EYEMED VISION
CARE LLC, EYEXAM 2000, LIBERTY MUTUAL FIRE
INSURANCE COMPANY, MARKEL AMERICAN INSURANCE
COMPANY, WESTCHESTER FIRE INSURANCE COMPANY,

              Defendants.
------------------------------------------------------------------------x

**STATEMENT OF SERVICE BY MAIL AND
ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF
SUMMONS AND COMPLAINT**

**A. STATEMENT OF SERVICE BY MAIL**

    To:    Eyemed Vision Care LLC, 4000 Luxottica Place, Mason, Ohio 45040-8114.  The

enclosed Summons and Complaint are served pursuant to Section 312-a of the Civil Practice

Law and Rules.

    To avoid being charged with the expense of service upon you, you must sign, date and

complete the acknowledgement part of this form and mail and deliver one copy of the completed

form to the sender within thirty (30) days from the date you receive it.  You should keep a copy

for your records or for your attorney.  If you wish to consult an attorney, you should do so as

soon as possible before the thirty (30) days expire.


    If you do not complete and return the form to the sender within thirty (30) days, you (or

the party on whose behalf you are being served) will be required to pay expenses incurred in

serving the Summons and Complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a Complaint with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the Complaint. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

## B. ACKNOWLEDGEMENT OF RECEIPT
## OF SUMMONS AND COMPLAINT

I received a Summons and Complaint in the above-captioned matter at Eyemed Vision Care LLC, 4000 Luxottica Place, Mason, Ohio 45040-8114.

IF #2 IS CHECKED, COMPLETE AS INDICATED:

1.      [x]    I am not in the military.

2.      [ ]    I am in military service, and my rank, serial number and branch of service are as follows:

           Rank:_____
           Serial Number:_____
           Branch of Service:_____

**TO BE COMPLETED REGARDLESS OF**
**MILITARY STATUS**

Date: _____June 27, 2007_____
(Date this Acknowledgement is executed)
I affirm the above is true under penalty of perjury.

_____
Signature

_____Celia M. Jackson_____
Print Name

_____EyeMed Vision Care LLC_____
Name of Defendant for which acting

_____Attorney_____
Position with Defendant for which acting
(i.e., officer, attorney, etc.)

**PLEASE COMPLETE ALL BLANKS INCLUDING DATES**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------------x
UNITED STATES FIRE INSURANCE COMPANY,        Index No.: 07338/07

                     Plaintiffs,               **ACKNOWLEDGEMENT**

     -against-

LUXOTTICA U.S. HOLDINGS CORP., LUXOTTICA
GROUP S.p.A., UNITED STATES SHORE CORPORATION,
LENSCRAFTERS, INC., EYEMED, INC., EYEMED VISION
CARE LLC, EYEXAM 2000, LIBERTY MUTUAL FIRE
INSURANCE COMPANY, MARKEL AMERICAN INSURANCE
COMPANY, WESTCHESTER FIRE INSURANCE COMPANY,

                     Defendants.
-------------------------------------------------------------------------------x

### STATEMENT OF SERVICE BY MAIL AND ACKNOWLEDGEMENT OF RECEIPT BY MAIL OF SUMMONS AND COMPLAINT

### A. STATEMENT OF SERVICE BY MAIL

To:    Eyemed, Inc., 4000 Luxottica Place, Mason, Ohio 45040-8114.  The enclosed Summons and Complaint are served pursuant to Section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail and deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it.  You should keep a copy for your records or for your attorney.  If you wish to consult an attorney, you should do so as soon as possible before the thirty (30) days expire.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in

serving the Summons and Complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a Complaint with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the Complaint. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender. If you wish to consult with an attorney, you should do so as soon as possible before the twenty (20) days expire.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgment.

### B. ACKNOWLEDGEMENT OF RECEIPT
### OF SUMMONS AND COMPLAINT

I received a Summons and Complaint in the above-captioned matter at Eyemed, Inc., 4000 Luxottica Place, Mason, Ohio 45040-8114.

IF #2 IS CHECKED, COMPLETE AS INDICATED:

1.    [X]    I am not in the military.

2.    [ ]    I am in military service, and my rank, serial number and branch of service are as follows:

Rank:_____
Serial Number:_____
Branch of Service:_____

**TO BE COMPLETED REGARDLESS OF
MILITARY STATUS**

Date: ___June 27, 2007_____
(Date this Acknowledgement is executed)
I affirm the above is true under penalty of perjury.

_____
Signature

___Celia M. Jackson_____
Print Name

___EYEXAM of California, Inc. (fka EyeMed, Inc.)___
Name of Defendant for which acting

___Attorney_____
Position with Defendant for which acting
(i.e., officer, attorney, etc.)

**PLEASE COMPLETE ALL BLANKS INCLUDING DATES**