SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
Ann J. Lee (Cal. State Bar No. 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:   mgoodman@ssd.com
Email:   arose@ssd.com
Email:   ajlee@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION IN FAVOR OF PRIOR-PENDING NEW YORK STATE COURT ACTION**<br><br>Date:　　　　September 11, 2007<br>Time:　　　　1:00 p.m.<br>Courtroom:　3 |

1    Defendant United States Fire Insurance Company's ("U.S. Fire") Motion to Dismiss or,
2 Alternatively, Stay Action in Favor of Prior-Pending New York State Court Action came on for
3 hearing before this Court on Tuesday, September 11, 2007 at 1:00 p.m.

4    The Court, having considered all of the papers submitted in connection with the motion
5 and having heard the argument of counsel, determines that the state law issues raised in this
6 federal declaratory relief action are already being adjudicated in the parallel state court action
7 filed by U.S. Fire in New York State.  Accordingly, under *Wilton v. Seven Falls Co.*, 515 U.S.
8 277, 287-89 (1995), *Brillhart v. Excess Insurance Company of America*, 316 U.S. 491, 494
9 (1942), and *Continental Casualty Company v. Robsac Industries,* 947 F.2d 1367, 1370 (9th Cir.
10 1991), this Court declines the invitation to exercise its permissive jurisdiction over the declaratory
11 relief claims asserted in this action.  28 U.S.C. § 2201(a) (2007) (providing that a district court
12 "may declare the rights and other legal relations of any interested party seeking such
13 declaration").  This Court hereby **GRANTS** U.S. Fire's motion and dismisses this action in favor
14 of the prior-pending New York State Court Action.

16    **IT IS SO ORDERED.**

18    DATED: _____          _____
                                        The Honorable Saundra B. Armstrong