SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
Ann J. Lee (Cal. State Bar No. 236501)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
Email:  mgoodman@ssd.com
Email:  arose@ssd.com
Email:  ajlee@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**E-FILING**<br><br>**AMENDED NOTICE OF UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION IN FAVOR OF PRIOR-PENDING NEW YORK STATE COURT ACTION**<br><br>Date:　　　　September 18, 2007<br>Time:　　　　1:00 p.m.<br>Courtroom:　3 |

1  ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that, at the Court's direction, UNITED STATES FIRE
3  INSURANCE COMPANY ("U.S. Fire") files this amended notice of motion and motion to
4  dismiss, or in the alternative stay, this action. On September 18, 2007 at 1:00 p.m., or as soon
5  thereafter as counsel can be heard in the above-entitled Court located at 1301 Clay Street,
6  Courtroom 3, Oakland, California, defendant U.S. Fire will and hereby does move to dismiss, or
7  in the alternative stay, this action in favor of the prior-filed action -- proceeding on the same
8  issues of contract interpretation and involving the same parties -- currently pending in New York
9  State Court. This motion is based upon this Notice of Motion and Motion, the Memorandum of
10 Points and Authorities, the Request for Judicial Notice, the declarations of Amy E. Rose and the
11 exhibits thereto filed and served on July 18, 2007 and such other evidence or oral argument as
12 may be presented to the Court at the hearing on this motion.

13

14 Dated: July 19, 2007                      SQUIRE, SANDERS & DEMPSEY L.L.P.

15

16                                  By: */s/ Amy E. Rose*
                                           Amy E. Rose

17                                  Attorneys for Defendant
18                                  UNITED STATES FIRE INSURANCE
                                 COMPANY

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On July 19, 2007, I served the following document described as:

**AMENDED NOTICE OF UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION IN FAVOR OF PRIOR-PENDING NEW YORK STATE COURT ACTION**

☒ VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:   (415) 772-6268

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone:   (949) 622-2700
Facsimile:   (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375

Robert D. Dennison, Esq.
Harris, Green & Dennison
5959 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone:   (310) 665-8656
Facsimile:   (310) 665-8659
rdd@h-glaw.net

Chip Cox, Esq.
Long & Levitt
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:   (415) 438-4413
Facsimile:   (415) 397-6392
chipc@longlevit.com

Executed on July 19, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Agnes Gacayan*
Agnes Gacayan