ROBERT D. DENNISON, ESQ., CSB #127498
GARY L. GREEN, ESQ., CSB #82218
HARRIS, GREEN & DENNISON
5959 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Telephone: (310) 665-8656 Facsimile: (310) 665-8659
Email: robertdennison@h-glaw.net
Email: garygreen@h-glaw.net

Attorneys for Defendant,
WESTCHESTER FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant | Case No.: C 07 2853 SBA <br><br> CERTIFICATION OF INTERESTED PARTIES BY WESTCHESTER FIRE INSURANCE COMPANY TO COMPLAINT |

Pursuant to Civil L.R. 3-16, the undersigned certifies that Defendant Westchester Fire Insurance Company is an indirect subsidiary of ACE Limited, the ultimate parent and the only entity within the ACE Group of Companies that is traded on any public exchange.

DATED: July 18, 2007

HARRIS, GREEN & DENNISON
A Professional Corporation

By: /s/ Robert D. Dennison
ROBERT D. DENNISON,
Attorneys for Defendant,
WESTCHESTER FIRE INSURANCE COMPANY

# PROOF OF SERVICE

I, SHIRLEY AOKI, am employed in the aforesaid county, State of California: I am over the age of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard, Suite 1100, Los Angeles, California 90045.

On July 20, 2007, I served the following document described as:

CERTIFICATION OF INTERESTED PARTIES BY WESTCHESTER FIRE INSURANCE COMPANY TO COMPLAINT

**VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on interested parties in this action set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel.: (415) 772-6000 Fax: (415) 772-6268<br>Email: richard.denatale@hellerehrman.com<br>celia.jackson@hellerehrman.com | Attorneys for Plaintiffs,<br>Lenscrafters, Inc., Eyexam of California, Inc. |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel.: (949) 622-2700 Fax: (949) 622-2739<br>Email: tmcinnis@rdblaw.com | Attorneys for Defendant,<br>Executive Risk Specialty Insurance Company |
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Tel.: (408) 289-1972 Fax: (408) 295-6375<br>Email: afs@wsblaw.net | Attorneys for Defendant,<br>Liberty Mutual Insurance Company |

1

PROOF OF SERVICE
CASE NO. C 07 2853 EMC

| | |
|---|---|
| Mark Craig Goodman, Esq.<br>Amy Rose, Esq.<br>Squire, Sanders & Dempsey, L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Tel.: (415) 954-0289 Fax: (415) 393-9887<br>Email: mgoodman@ssd.com<br>arose@ssd.com | Attorneys for Defendant,<br>United States Fire Insurance Company |
| Chip Cox, Esq.<br>Attorney at Law<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Tel.: (415) 397-2222 Fax: (415) 397-6392<br>Email: chipc@longlevit.com | Attorney for Defendant,<br>Markel American Insurance Company |

Executed on July 20, 2007, at Los Angeles, California. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_/s/ Shirley Aoki_
SHIRLEY AOKI