2522.9953S

1  ALEXANDER F. STUART - 96141
   email: afs@wsblaw.net
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone:  (408) 289-1972
4  Facsimile: (408) 295-6375

5  Attorneys for Defendant LIBERTY MUTUAL
   FIRE INSURANCE COMPANY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND FACILITY

11

12  LENSCRAFTERS, INC.; and EYEXAM OF      )   No. C 07-2853 SBA
    CALIFORNIA, INC.,                      )   The Honorable Saundra B. Armstrong
13                                         )
                  Plaintiffs,              )   **STIPULATION TO EXTEND
14                                         )   DEFENDANT LIBERTY MUTUAL FIRE
    vs.                                    )   INSURANCE COMPANY'S TIME TO
15                                         )   RESPOND TO THE COMPLAINT**
    LIBERTY MUTUAL FIRE INSURANCE          )
16  COMPANY; EXECUTIVE RISK                )
    SPECIALITY INSURANCE COMPANY;          )
17  UNITED STATES FIRE INSURANCE           )
    COMPANY; MARKEL AMERICAN               )
18  INSURANCE COMPANY; and                 )
    WESTCHESTER FIRE INSURANCE             )
19  COMPANY,                               )
                                           )
20                Defendants.              )
    _____)
21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND DEFENDANT LIBERTY**
**MUTUAL FIRE INSURANCE COMPANY'S TIME TO**
**RESPOND TO THE COMPLAINT**
**C 07-2853 SBA**                                1

1       Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and Defendant

2   LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through

3   their respective counsel, to extend the last day for Liberty to respond to the Complaint to September

4   5, 2007.

5       It is further stipulated that, notwithstanding the absence of a responsive pleading before

6   September 5, 2007, Liberty agrees to comply with all deadlines set by the Court in its scheduling

7   order.

8

9   DATED: August 3, 2007          WILLOUGHBY, STUART & BENING

10

11                          By:    /s/Alexander F. Stuart

12                            Alexander F. Stuart
                                Attorneys for Defendant

13                            LIBERTY MUTUAL FIRE INSURANCE
                            COMPANY

14

15   DATED: August 3, 2007          HELLER EHRMAN LLP

16

17                          By:    /s/Celia M. Jackson
                            Celia M. Jackson

18                            Attorneys for Plaintiffs
                            LENSCRAFTERS, INC. and EYEXAM OF

19                            CALIFORNIA, INC.

20

21

22

23

24

25

26

27

28