1  RICHARD DeNATALE (Bar No. 121416)
2  CELIA M. JACKSON (Bar No. 124508)
   Heller Ehrman LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  Email:  richard.denatale@hellerehrman.com
   Email:  celia.jackson@hellerehrman.com
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC. and EYEXAM OF
8  CALIFORNIA, INC.

9
                IN THE UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants, <br><br> AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.: C-07-2853 SBA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE  FIRST AMENDED COMPLAINT** <br><br> Date:  October 2, 2007 <br> Time:  1:00 p.m. <br> Courtroom:  3 <br> The Hon. Saundra Brown Armstrong |

1  On October 2, 2007, the Court heard Plaintiffs' Motion for Leave To File a First Amended
2 Complaint in this action.
3  GOOD CAUSE APPEARING, Plaintiffs motion is hereby GRANTED.  Plaintiffs have
4 timely sought leave to amend and no defendant will be prejudiced by the amendment.
5  IT IS SO ORDERED.

7 Dated: _____                              _____
                                                     SAUNDRA BROWN ARMSTRONG
8                                                    UNITED STATES DISTRICT JUDGE