1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Mark C. Goodman (Cal. State Bar No. 154692)
2  Amy E. Rose (Cal. State Bar No. 222167)
   Ann J. Lee (Cal. State Bar No. 236501)
3  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
4  Telephone: +1.415.954.0200
   Facsimile: +1.415.393.9887
5  Email: mgoodman@ssd.com
   Email: arose@ssd.com
6  Email: ajlee@ssd.com

7  Attorneys for Defendant
   UNITED STATES FIRE INSURANCE COMPANY
8

9

10                IN THE UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          (OAKLAND DIVISION)

13

| 14 | LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.; | Case No. C-07-2853 SBA<br>The Honorable Saundra B. Armstrong |
|---|---|---|
| 15 | Plaintiffs, | |
| 16 | vs. | **STIPULATION REGARDING UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS MARKEL AMERICAN INSURANCE COMPANY'S AND WESTCHESTER FIRE INSURANCE COMPANY'S CROSS-CLAIMS** |
| 17 | LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, | |
| 22 | Defendants. | |
| 23 | AND RELATED COUNTER- AND CROSS-CLAIMS. | |

25
26
27
28

Defendants and Cross-Defendants WESTCHESTER FIRE INSURANCE COMPANY ("Westchester"), MARKEL AMERICAN INSURANCE COMPANY ("Markel") and UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire") (collectively referred to herein as the "parties") by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 18, 2007, in response to LensCrafters' and Eyexam's complaint for declaratory relief, U.S. Fire moved to dismiss, or alternatively stay, the above-captioned action in favor of a prior-pending New York State Court action involving the same legal dispute;

WHEREAS, in response to the same complaint, both Markel and Westchester filed counter-claims and cross-claims for declaratory relief (collectively the "cross-claims");

WHEREAS, U.S. Fire is required to plead in response to the cross-claims within 20 days of service, which date is prior to the September 18, 2007 hearing date on its motion to dismiss this action;

WHEREAS, U.S. Fire's motion to dismiss, or alternatively stay, this action in favor of a prior-pending New York State Court action involving the same legal dispute necessarily encompasses and includes the cross-claims;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE that:

(1)     In satisfaction of its obligation to respond to the cross-claims, U.S. Fire will file a notice of motion and motion to dismiss, expressly incorporating the cross-claims to clarify their inclusion in its motion to dismiss this action in its entirety.

(2)     Markel and Westchester need not file an opposition to U.S. Fire's motion to dismiss, or alternatively stay, this action and U.S. Fire need not file a separate reply in support of its motion as to the cross-claims.

THE PARTIES SO STIPULATE.

Dated: August 7, 2007

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: */s/ Amy E. Rose*
Amy E. Rose

Attorneys for Defendant and Cross-Defendant
UNITED STATES FIRE INSURANCE COMPANY

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

- 2 -
STIPULATION REGARDING MOTION TO DISMISS MARKEL'S AND WESTCHESTER'S CROSS-CLAIMS – CASE NO. C-07-2853 SBA

| | |
|---|---|
| 1  Dated: August 7, 2007 | HARRIS, GREEN & DENNISON |
| 2 | |
| 3 | By: */s/ Robert D. Dennison*<br>      Robert D. Dennison |
| 4 | Attorneys for Defendant |
| 5 | WESTCHESTER FIRE INSURANCE COMPANY |
| 6 | |
| 7  Dated: August 7, 2007 | LONG & LEVITT |
| 8 | By: */s/ Chip Cox*<br>      Chip Cox |
| 9 | |
| 10 | Attorneys for Defendant<br>WESTCHESTER FIRE INSURANCE COMPANY |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 3 -
STIPULATION REGARDING MOTION TO DISMISS MARKEL'S AND WESTCHESTER'S CROSS-CLAIMS
– CASE NO. C-07-2853 SBA

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On August 7, 2007, I served the following document described as:

**STIPULATION REGARDING UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS MARKEL AMERICAN INSURANCE COMPANY'S AND WESTCHESTER FIRE INSURANCE COMPANY'S CROSS-CLAIMS**

☒ VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Robert D. Dennison, Esq.
Harris, Green & Dennison
5959 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone: (310) 665-8656
Facsimile: (310) 665-8659
rdd@h-glaw.net

Chip Cox, Esq.
Long & Levitt
465 California Street
5th Floor
San Francisco, CA 94104
Telephone: (415) 438-4413
Facsimile: (415) 397-6392
chipc@longlevit.com

Executed on August 7, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Amy E. Rose*
Amy E. Rose