RICHARD DeNATALE (Bar No. 121416)
CELIA M. JACKSON (Bar No. 124508)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  richard.denatale@hellerehrman.com
Email:  celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF
CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.,<br><br>                   Plaintiffs,<br><br>   v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>                   Defendants,<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-2853 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF WESTCHESTER FIRE INSURANCE COMPANY FOR DECLARATORY RELIEF** |

Plaintiffs and Counter-Defendants LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. (together, "LensCrafters") and Defendant and Counter-Claimant WESTCHESTER FIRE INSURANCE COMPANY hereby stipulate, by and through their respective counsel, to extend the last day for LensCrafters to respond to the Counter-Claim to August 20, 2007.

DATED: August 8, 2007                HELLER EHRMAN LLP


                                     By  /s/ Celia M. Jackson
                                         Celia M. Jackson

                                     Attorneys for Plaintiffs and Counter-Defendants
                                     LENSCRAFTERS, INC. and EYEXAM OF
                                     CALIFORNIA, INC.


DATED: August 8, 2007                HARRIS, GREEN & DENNISON


                                     By  /s/ Robert D. Dennison
                                         Robert D. Dennison

                                     Attorneys for Defendant and Counter-Claimant
                                     WESTCHESTER FIRE INSURANCE COMPANY

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF WESTCHESTER, CASE NO. C 07-2853 SBA