2522.9953S

ALEXANDER F. STUART - 96141
email: afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant and Cross-Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br>   Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALITY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br>   Defendants. | No. C 07-2853 SBA <br> The Honorable Saundra B. Armstrong <br><br> **STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-CLAIM OF WESTCHESTER FIRE INSURANCE COMPANY** |

1  Cross-Claimant WESTCHESTER FIRE INSURANCE COMPANY ("Westchester") and
2  Cross-Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby
3  stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to
4  Westchester's Cross-Claim to September 5, 2007.

6  DATED: August 3, 2007            WILLOUGHBY, STUART & BENING

8                                   By:    /s/Alexander F. Stuart
                                           Alexander F. Stuart
9                                          Attorneys for Cross-Defendant
                                           LIBERTY MUTUAL FIRE INSURANCE
10                                         COMPANY

12 DATED: August 3, 2007            HARRIS, GREEN & DENNISON

14                                  By:    /s/Robert D. Dennison
                                           Robert D. Dennison
15                                         Attorneys for Cross-Claimant
                                           WESTCHESTER FIRE INSURANCE
16                                         COMPANY

STIPULATION TO EXTEND DEFENDANT LIBERTY
MUTUAL FIRE INSURANCE COMPANY'S TIME TO
RESPOND TO CROSS-CLAIM OF WESTCHESTER
C 07-2853 SBA                    2

**PROOF OF SERVICE**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, Suite 400, San Jose, California 95113.

On June 29, 2007, I served the following document described as:

**STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

☒  Via the United States District Court Electronic Filing Service on interested parties in this action as set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: 415-772-6000<br>Facsimile: 415-772-6268 | Mark C. Goodman, Esq.<br>Amy E. Rose, Esq.<br>Ann J. Lee, Esq.<br>Squire, Sanders & Dempsey LLP<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: 415-954-0200<br>Facsimile: 415-393-9887<br>email: mgoodman@ssd.com<br>email: arose@ssd.com<br>email: ajlee@ssd.com |

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone: 949-622-2700
Facsimile: 949-622-2739

☒  Via Electronic Mail on interested parties in this action as set forth below:

| | |
|---|---|
| Robert D. Dennison, Esq.<br>Harris, Green & Dennison<br>5959 W. Century Blvd., Suite 12100<br>Los Angeles, CA 90045<br>Telephone: 310-665-8656<br>Facsimile: 310-665-8659<br>rdd@h-glaw.net | Chip Cox, Esq.<br>Long & Levitt<br>465 California St., 5th Floor<br>San Francisco, CA 94104<br>Telephone: 415-438-4413<br>Facsimile: 415-397-6392<br>chipc@longlevit.com |

Executed on June 29, 2007, at San Jose, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/Alexander F. Stuart
Alexander F. Stuart

Proof of Service - Case No. C-007-2853 SBA