RICHARD DeNATALE (Bar No. 121416)
CELIA M. JACKSON (Bar No. 124508)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  richard.denatale@hellerehrman.com
Email:  celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants, <br><br> AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-2853 SBA <br><br> **CORRECTED STIPULATION TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF WESTCHESTER FIRE INSURANCE COMPANY FOR DECLARATORY RELIEF** |

Plaintiffs and Counter-Defendants LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. (together, "LensCrafters") and Defendant and Counter-Claimant WESTCHESTER FIRE INSURANCE COMPANY hereby stipulate, by and through their respective counsel, to extend the last day for LensCrafters to respond to the Counter-Claim to August 20, 2007.

DATED:  August 8, 2007            HELLER EHRMAN LLP


                                  By  /s/ Celia M. Jackson
                                      Celia M. Jackson

                                  Attorneys for Plaintiffs and Counter-Defendants
                                  LENSCRAFTERS, INC. and EYEXAM OF
                                  CALIFORNIA, INC.


DATED:  August 8, 2007            HARRIS, GREEN & DENNISON


                                  By  /s/ Robert D. Dennison
                                      Robert D. Dennison

                                  Attorneys for Defendant and Counter-Claimant
                                  WESTCHESTER FIRE INSURANCE COMPANY

---

1

CORRECTED STIPULATION TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF WESTCHESTER, CASE NO. C 07-2853 SBA