Terrence R. McInnis (#155416)
 (tmcinnis@rdblaw.com)
Siavash Daniel Rashtian (#228644)
 (drashtian@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California  92614-8529
Telephone:  (949) 622-2700
Facsimile:  (949) 622-2739

Monique M. Fuentes (#205501)
 (mfuentes@rdblaw.com)
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC  20006-1040
Telephone:  (202) 662-2000
Facsimile:  (202) 662-2190

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | No. C07-02853 SBA <br><br> [Related Case No. C 04-01001 SBA] <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO COMPLAINT** |

WHEREAS, by notice pursuant to Fed. R. Civ. P. 4(d)(2) dated June 5, 2007, Plaintiffs requested that defendant Executive Risk Specialty Insurance Company ("ERSIC") waive formal service of service of the summons and Complaint herein and ERSIC so agreed to waive formal service;

WHEREAS, pursuant to Fed. R. Civ. P. 4(d)(3), ERSIC's response to the Complaint is

1  due August 6, 2007;

2  WHEREAS, ERSIC has requested and Plaintiffs have agreed to a 25-day extension of
3  time for ERSIC to answer or otherwise respond to the Complaint;

4  WHEREAS, no previous extensions of time have been requested or received by ERSIC in
5  this matter;

6  WHEREAS, on May 31, 2007 and June 29, 2007, the Court issued Case Management
7  Scheduling Orders, and thus ERSIC and Plaintiffs agree that the dates set forth in those Orders
8  remain notwithstanding the 25-day extension of time to respond to the Complaint;

9  WHEREAS, notwithstanding the absence of a responsive pleading, ERSIC agrees to
10  comply with all deadlines set by the Court in the Case Management Scheduling Orders;

11  NOW THEREFORE, the Parties hereby STIPULATE to and REQUEST that the Court
12  grant an extension of time, to and including September 4, 2007, for ERSIC to answer or otherwise
13  respond to the Complaint.

Date:  August 3, 2007                    Respectfully submitted,

                                         ROSS, DIXON & BELL, LLP


                                         */s/ Terrence R. McInnis*
                                         Terrence R. McInnis

                                         and

                                         Monique M. Fuentes
                                         Siavash Daniel Rashtian

                                         *Attorneys for Defendant Executive Risk*
                                         *Specialty Insurance Company*

```
                              HELLER EHRMAN WHITE & McAULIFFE, LLP


                              ___/s/ Celia M. Jackson_____
                              Celia M. Jackson

                                and

                              Richard DeNatale
                              Attorneys for Plaintiffs LensCrafters, Inc. and
                              EYEXAM of California, Inc.
```

**IT IS SO ORDERED:**

Date: August 13, 2007

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge