| | |
|---|---|
| 1 | Terrence R. McInnis (#155416) |
| | (tmcinnis@rdblaw.com) |
| 2 | Siavash Daniel Rashtian (#228644) |
| | (drashtian@rdblaw.com) |
| 3 | ROSS, DIXON & BELL, LLP |
| | 5 Park Plaza, Suite 1200 |
| 4 | Irvine, California  92614-8529 |
| | Telephone:  (949) 622-2700 |
| 5 | Facsimile:  (949) 622-2739 |
| 6 | Monique M. Fuentes (#205501) |
| | (mfuentes@rdblaw.com) |
| 7 | ROSS, DIXON & BELL, LLP |
| | 2001 K Street, NW |
| 8 | Washington, DC  20006-1040 |
| | Telephone:  (202) 662-2000 |
| 9 | Facsimile:  (202) 662-2190 |

*Attorneys for Defendant and Cross-Defendant Executive Risk Specialty Insurance Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
| Plaintiffs, | [Related Case No. C 04-01001 SBA] |
| v. | **STIPULATION AS TO DATE OF SERVICE OF WESTCHESTER FIRE INSURANCE COMPANY'S CROSS-COMPLAINT ON CROSS-DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY DEFENDANT** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; WESTCHESTER AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

WHEREAS, on July 18, 2007, Westchester Fire Insurance Company ("Westchester") electronically filed a cross-complaint against, among others, cross-defendant Executive Risk Specialty Insurance Company ("ERSIC");

356934 v 1

Stipulation
(No. C 07 2853 SBA)

WHEREAS, ERSIC had not appeared in this action at the time the cross-complaint was filed and was not served electronically with the cross-complaint, and has not been formally served with the cross-complaint in any other manner;

WHEREAS, ERSIC has agreed that service of Westchester's cross-complaint shall be deemed effective as of August 15, 2007;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(2), ERSIC's response to Westchester's cross-complaint is due September 4, 2007;

NOW THEREFORE, the Parties hereby STIPULATE that service of Westchester's cross-complaint is effective as of August 15, 2007, and ERSIC has to and including September 4, 2007 to answer or otherwise respond to Westchester's cross-complaint.

Date: August 15, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

_/s/ Terrence R. McInnis_
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant and Cross-Defendant Executive Risk Specialty Insurance Company*

HARRIS, GREEN & DENNISON

_/s/ Robert D. Dennison_
Robert D. Dennison

and

Gary L. Green
*Attorneys for Defendant, Cross-complainant and Cross-Defendant Westchester Fire Insurance Company*