1  Terrence R. McInnis (#155416)
       (tmcinnis@rdblaw.com)
2  Siavash Daniel Rashtian (#228644)
       (drashtian@rdblaw.com)
3  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
4  Irvine, California  92614-8529
   Telephone:  (949) 622-2700
5  Facsimile:  (949) 622-2739

6  Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
7  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
8  Washington, DC  20006-1040
   Telephone:  (202) 662-2000
9  Facsimile:  (202) 662-2190

10  *Attorneys for Defendant and Cross-Defendant Executive Risk
    Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | No. C07-02853 SBA <br><br> [Related Case No. C 04-01001 SBA] <br><br> **STIPULATION AS TO DATE OF SERVICE OF MARKEL AMERICAN INSURANCE COMPANY'S CROSS-COMPLAINT ON CROSS-DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY** |

WHEREAS, on July 27, 2007, Markel American Insurance Company ("Markel") electronically filed a cross-complaint against, among others, cross-defendant Executive Risk Specialty Insurance Company ("ERSIC");

356858 v 1

Stipulation
(No. C 07 2853 SBA)

WHEREAS, ERSIC had not appeared in this action as of the date the cross-complaint was filed and so was not served electronically with Markel's cross-complaint, and has not been formally served with the cross-complaint in any other manner;

WHEREAS, ERSIC has agreed to accept service of Markel's cross-complaint effective as of August 15, 2007;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(2), ERSIC's response to Markel's cross-complaint is due September 4, 2007;

NOW THEREFORE, the Parties hereby STIPULATE that service of Markel's cross-complaint is effective as of August 15, 2007, and ERSIC has to and including September 4, 2007 to answer or otherwise respond to Markel's cross-complaint.

Date: August 17, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

/s/ Terrence R. McInnis
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant and Cross-Defendant Executive Risk Specialty Insurance Company*

LONG & LEVIT

/s/ Irene K. Yesowitch
Irene K. Yesowitch

and

Chip Cox
*Attorneys for Defendant, Cross-complainant and Cross-Defendant Markel American Insurance Company*

356858 v 1

2

Stipulation
(No. C 07 2853 SBA)