UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LENSCRAFTERS, INC.; and
EYEXAM OF CALIFORNIA, INC.;
          Plaintiff(s),

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY;
EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY; UNITED
STATES FIRE INSURANCE
COMPANY; MARKEL AMERICAN
INSURANCE COMPANY; and
WESTCHESTER FIRE INSURANCE
COMPANY,
          Defendant(s).

Case No. C-07-2853 SBA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 21, 2007

                                                    [Party] Plaintiffs

Dated: August 21, 2007

                                                    [Counsel]
                                                    Celia M. Jackson, Esq.

American LegalNet, Inc.
www.USCourtForms.com