UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LENSCRAFTERS, INC.; and EYEXAM OF
CALIFORNIA, INC.,
        Plaintiff(s),

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; EXECUTIVE RISK SPECIALTY
INSURANCE COMPANY; UNITED STATES
FIRE INSURANCE COMPANY; MARKEL
AMERICAN INSURANCE COMPANY; and
WESTCHESTER FIRE INSURANCE
COMPANY,
        Defendant(s).

CASE NO. C-07-2853 SBA

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 12, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Celia M. Jackson | Plaintiffs | 415.772.6809 | celia.jackson@hellerehrman.com |
| Alexander Stuart | Defendant Liberty Mutual Fire Ins. Co. | 408.289.1972 | afs@wsblaw.net |
| Additional Defendants are listed on the attached sheet | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: August 22, 2007          /s/Celia M. Jackson

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com

                                                     Attorney for Plaintiff
                                                     LensCrafters, Inc. and
                                                     EYEXAM of California, Inc

                                                   See Attached for Signatures
                                                   of Defendants

Dated: _____                                    _____
                                                   Attorney for Defendant

American LegalNet, Inc.
www.USCourtForms.com

Rev 12.05

Attachment to
Notice of Need for ADR Phone Conference

**Additional Defendants**:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Terry McInnis | Defendant Executive Risk Specialty Ins. Co. | 949.622.2705 | tmcinnis@rdblaw.com |
| Amy Rose | Defendant U.S. Fire Ins. Co. | 415.393.9878 | arsoe@ssd.com |
| Chip Cox | Defendant Markel Am. Ins. Co. | 415.438.4413 | chipc@longlevit.com |
| Robert Dennison | Defendant Westchester Fire Ins. Co. | 310.665.8656 | robertdennison@h-glaw.net |

**Additional Signatures**:

Dated: _____

*See Attached*_____
Attorneys for Defendant Liberty Mutual Fire Ins. Co.

Dated: August 20, 2007

*/s/ Terrence McInnis*___
Attorneys for Defendant Executive Risk Specialty Ins. Co.

Dated: _____

*See Attached*_____
Attorneys for Defendant U.S. Fire Ins. Co.

Dated: _____

*See Attached*_____
Attorneys for Defendant Markel Am. Ins. Co.

Dated: August 20, 2007

*/s/ Robert Dennison*_____
Attorneys for Defendant Westchester Fire Ins. Co.

Attachment to
Notice of Need for ADR Phone Conference

**Additional Defendants:**

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Terry McInnis | Defendant Executive Risk Specialty Ins. Co. | 949.622.2705 | tmcinnis@rdblaw.com |
| Amy Rose | Defendant U.S. Fire Ins. Co. | 415.393.9878 | arose@ssd.com |
| Chip Cox | Defendant Markel Am. Ins. Co. | 415.438.4413 | chipc@longlevit.com |
| Robert Dennison | Defendant Westchester Fire Ins. Co. | 310.665.8656 | robertdennison@h-glaw.net |

**Additional Signatures:**

Dated: 8/20/07

_____
Attorneys for Defendant Liberty Mutual Fire Ins. Co.

Dated: _____

_____
Attorneys for Defendant Executive Risk Specialty Ins. Co.

Dated: _____

_____
Attorneys for Defendant U.S. Fire Ins. Co.

Dated: _____

_____
Attorneys for Defendant Markel Am. Ins. Co.

Dated: _____

_____
Attorneys for Defendant Westchester Fire Ins. Co.

Attachment to
Notice of Need for ADR Phone Conference

**Additional Defendants:**

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Terry McInnis | Defendant Executive Risk Specialty Ins. Co. | 949.622.2705 | tmcinnis@rdblaw.com |
| Amy Rose | Defendant U.S. Fire Ins. Co. | 415.393.9878 | arose@ssd.com |
| Chip Cox | Defendant Markel Am. Ins. Co. | 415.438.4413 | chipc@longlevit.com |
| Robert Dennison | Defendant Westchester Fire Ins. Co. | 310.665.8656 | robertdennison@h-glaw.net |

**Additional Signatures:**

Dated: _____

_____
Attorneys for Defendant Liberty Mutual Fire Ins. Co.

Dated: _____

_____
Attorneys for Defendant Executive Risk Specialty Ins. Co.

Dated: __8/18/07__

_____
Attorneys for Defendant U.S. Fire Ins. Co.

Dated: _____

_____
Attorneys for Defendant Markel Am. Ins. Co.

Dated: _____

_____
Attorneys for Defendant Westchester Fire Ins. Co.

Attachment to
Notice of Need for ADR Phone Conference

**Additional Defendants:**

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Terry McInnis | Defendant Executive Risk Specialty Ins. Co. | 949.622.2705 | tmcinnis@rdblaw.com |
| Amy Rose | Defendant U.S. Fire Ins. Co. | 415.393.9878 | arose@ssd.com |
| Chip Cox | Defendant Markel Am. Ins. Co. | 415.438.4413 | chipc@longlevit.com |
| Robert Dennison | Defendant Westchester Fire Ins. Co. | 310.665.8656 | robertdennison@h-glaw.net |

**Additional Signatures:**

Dated: _____

_____
Attorneys for Defendant Liberty Mutual Fire Ins. Co.

Dated: _____

_____
Attorneys for Defendant Executive Risk Specialty Ins. Co.

Dated: _____

_____
Attorneys for Defendant U.S. Fire Ins. Co.

Dated: August 20, 2007

_____Chip Cox_____
Attorneys for Defendant Markel Am. Ins. Co.

Dated: _____

_____
Attorneys for Defendant Westchester Fire Ins. Co.