2522.9953S

ALEXANDER F. STUART - 96141
email: afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant and Cross-Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALITY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | No. C 07-2853 SBA <br> The Honorable Saundra B. Armstrong <br><br> **STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-CLAIM OF MARKEL AMERICAN INSURANCE COMPANY** |

Cross-Claimant MARKEL AMERICAN INSURANCE COMPANY ("Markel") and Cross-Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to Markel's Cross-Claim to September 5, 2007.

DATED: August 27, 2007   WILLOUGHBY, STUART & BENING

By:   /s/Alexander F. Stuart
Alexander F. Stuart
Attorneys for Cross-Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: August 27, 2007   LONG & LEVIT LLP

By:   /s/Chip Cox
Chip Cox
Attorneys for Cross-Claimant
MARKEL AMERICAN INSURANCE COMPANY