RICHARD DeNATALE (California Bar No. 121416)
CELIA M. JACKSON (California Bar No. 124508)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  richard.denatale@hellerehrman.com
Email:  celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and
EYEXAM OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants,<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-2853 SBA<br><br>**DECLARATION OF ELIOT GROSSMAN, O.D., IN OPPOSITION TO UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION**<br><br>Hearing Date:      September 18, 2007<br>Time:                    1:00 p.m.<br>Courtroom:          3<br>The Hon. Saundra Brown Armstrong |

I, Eliot Grossman, O.D., declare:

1. I submit this Affidavit on behalf of LensCrafters, Inc. and EYEXAM of California, Inc. ("EYEXAM") in opposition to the motion to dismiss filed by United States Fire Insurance Company. I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2. I am the President of EYEXAM. I have held this position since January 1, 2003. Prior to that, I was the Executive Director of EYEXAM. I held that position from 1997 to the end of 2002.

3. EYEXAM was organized under a California statute, the Knox-Keene Health Care Service Plan Act of 1975, as a specialized health care service plan. EYEXAM is a California corporation and its principal place of business is Mission Viejo, California.

4. The EYEXAM optometrists practice in offices located within LensCrafters, Inc.'s ("LensCrafters") stores in California, in space leased from LensCrafters. LensCrafters operates retail stores that dispense prescription eyewear. There are approximately 100 LensCrafters stores currently located in California.

5. During the time period 1998 to the present, the Risk Management and Insurance Department of LensCrafters, Inc., located in Mason, Ohio, obtained all insurance necessary for EYEXAM's business activities and operations. EYEXAM had no direct involvement in the negotiation, execution, or procurement of any particular insurance policy, and had no contact with any insurance broker in New York.

6. EYEXAM does and has done business only in California.

7. EYEXAM does not transact and has not transacted business in the State of New York. EYEXAM is not and never has been licensed to do business in New York; it has never had any offices, property or bank accounts in New York; and it never has employed any employees in

1

1  New York. It has had no agent for service of process in New York, and it has not been and is not
2  regulated by New York law.
3        I declare under penalty of perjury that the foregoing is true and correct.
4        Executed this 28th day of August, 2007 in Mission Viejo, California.

                                          _/s/ Eliot Grossman, O.D._
                                            Eliot Grossman, O.D.

DECLARATION OF ELIOT GROSSMAN, O.D., IN OPPOSITION TO U.S. FIRE'S MOTION TO DISMISS, CASE NO. CV 07-2853 SBA