RICHARD DeNATALE (California Bar No. 121416)
CELIA M. JACKSON (California Bar No. 124508)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: richard.denatale@hellerehrman.com
Email: celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and
EYEXAM OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants,<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.: C-07-2853 SBA<br><br>**DECLARATION OF GREGORY J. MUNTEL IN OPPOSITION TO UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION**<br><br>Hearing Date:  September 18, 2007<br>Time:  1:00 p.m.<br>Courtroom:  3<br>The Hon. Saundra Brown Armstrong |

I, Gregory J. Muntel, declare:

1.  I submit this Affidavit on behalf of LensCrafters, Inc. and EYEXAM of California, Inc. ("EYEXAM") in opposition to the motion to dismiss filed by United States Fire Insurance Company. I have personal knowledge of the facts stated herein and, if called as a witness, could testify competently thereto.

2.  I am employed by LensCrafters as Associate Vice President, Risk Management and Insurance. I have held this position since January 2006; prior to this I was the Senior Director of Risk Management and Insurance. I have been employed by LensCrafters since 1995.

3.  I work at LensCrafters' headquarters in Mason, Ohio; I have worked at that location since November 2002. LensCrafters' headquarters has always been located in Ohio.

4.  During the time period 1998 to 2006, the Risk Management and Insurance Department of LensCrafters, Inc. was in charge of obtaining all insurance necessary for LensCrafters, EYEXAM of California, Inc. and other related corporate entities. I have been the person primarily responsible for purchasing that insurance. My responsibilities include the purchase of all lines of casualty and property insurance, including primary, umbrella and excess general liability insurance and certain specialized lines of coverage, such as Managed Care Errors and Omissions Liability and professional liability coverage.

5.  The primary, umbrella and excess policies that the Risk Management and Insurance Department purchases cover multiple insureds. Each of these insureds is entitled to all benefits of coverage under the policies, unless coverage for a particular insured is limited or excluded by the terms of the policies. Some of the companies that are insureds under these policies operate across the United States. LensCrafters, for example, has retail stores located throughout the United States; other affiliated companies operate only in a single state. For the period February 1, 1998 to February 1, 2006, two of the many insureds listed on the primary, umbrella and excess liability policies are LensCrafters, Inc. and EYEXAM of California, Inc.

6.  For the period 1998 to 2006, the Risk Management and Insurance Department used the services of an insurance broker, BWD Group, LLC, located in New York. BWD in turn engaged the services of a wholesale insurance broker, Oxbridge Insurance Associates, Inc., located

in New Jersey, to purchase the following policies: the 2001-2002 umbrella policy issued by Markel American Insurance Company; the 2001-2002 excess policy issued by Westchester Fire Insurance Company; and the 2002-2003, 2003-2004, 2004-2005 umbrella policies issued by Westchester.

7.  I communicated with BWD by telephone, email and facsimile. I did not travel to New York as part of the process of negotiating and procuring any of the insurance policies for the 1998 to 2006 time period. If any in-person meetings were required, it was customary for the broker to travel to Ohio.

8.  LensCrafters' insurance policies are received in Ohio for final review and are maintained in Ohio.

9.  Because of my work in the Risk Management and Insurance Department, I am familiar with the claims asserted under the 1998 to 2006 policies in connection with the litigation entitled *Snow, et al. v. LensCrafters, Inc., et al*, which is pending in San Francisco, California. Only the entities that face liability in the *Snow* case are seeking coverage. I understand that the only entities that currently face liability in that case are LensCrafters, Inc. and EYEXAM of California, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2007 in Mason, Ohio.

*/s/ Gregory J. Muntel*
Gregory J. Muntel

DECLARATION OF GREGORY J. MUNTEL IN OPPOSITION TO U.S. FIRE'S MOTION TO DISMISS, CASE NO. CV 07-2853 SBA