1  RICHARD DeNATALE (California Bar No. 121416)
   CELIA M. JACKSON (California Bar No. 124508)
2  HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, California 94104-2878
4  Telephone: +1 (415) 772-6000
   Facsimile: +1 (415) 772-6268
5  Email: richard.denatale@hellerehrman.com
   Email: celia.jackson@hellerehrman.com
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC. and
8  EYEXAM OF CALIFORNIA, INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., | Case No.: CV-07-2853 SBA
14 | | **APPENDIX OF NON-FEDERAL AUTHORITIES IN SUPPORT OF LENSCRAFTERS, INC.'S AND EYEXAM OF CALIFORNIA, INC.'S OPPOSITION TO UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION**
15 | Plaintiffs, |
16 | v. |
17 | LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, |
18 | |
19 | | Hearing Date: September 18, 2007
   | | Time: 1:00 p.m.
20 | | Courtroom: 3
   | Defendants, | The Honorable Saundra B. Armstrong
21 | |
22 | AND RELATED COUNTER- AND CROSS-CLAIMS. |
23

24
25
26
27
28

**INDEX**

**Tab**

**CASES**

*Bullis v. Security Pac. Nat. Bank*,
    21 Cal.3d 801 (1978) ................................................................................................ 1

*California Cas. Indem. Exch. v. Pettis*,
    193 Cal.App.3d (1987) ............................................................................................. 2

*Charter Oak Fire Ins. Co. v. American Home Assurance Co.*,
    2006 WL 305086 (N.D. Cal. Oct. 26, 2006) ........................................................... 3

*Dixon Mobile Homes, Inc. v. Walters*,
    48 Cal.App.3d 964 (1975) ........................................................................................ 4

*Frontier Oil Corp. v. RLI Ins. Co.*,
    63 Cal. Rptr. 3d 816 (2007) ..................................................................................... 5

*Gitano Group, Inc. v. Kemper Group*,
    26 Cal.App.4th 49 (1994) ......................................................................................... 6

*Hurtado v. Superior Court*,
    11 Cal.3d 574 (1974) ................................................................................................ 7

*Mitsui Sumitomo Ins. Co. of America v. Delicato Vineyards*,
    slip op., 2007 WL 1378025 (E.D. Cal. May 10, 2007) ......................................... 8

*Nicolet v. Superior Court*,
    188 Cal.App.3d 28 (1986) ........................................................................................ 9

*Scarpone v. Empire Blue Cross Blue Shield*,
    1996 WL 231026 (N.D. Cal. Apr. 29, 1996) ........................................................ 10

*Stonewall Surplus Lines Ins. Co. v. Johnson Controls, Inc.*,
    14 Cal.App.4th 637 (1993) ..................................................................................... 11

*Washington Mutual Bank, FA v. Superior Court*,
    24 Cal.4th 906 (2001) ............................................................................................ 12

*Western Int'l Synd. Corp. v. Gulf Ins. Co.*,
    2007 WL 625264 (9th Cir. Feb. 6, 2007) .............................................................. 13

**STATUTES**

Cal. Civ. Code § 1646 ................................................................................................ 14

1

APPENDIX OF NON-FEDERAL AUTHORITIES ISO LENSCRAFTERS' AND EYEXAM OF CALIFORNIA'S OPPOSITION TO UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION, CASE NO. C 07-2853 SBA

| | |
|---|---|
| DATED: August 28, 2007 | Respectfully submitted, |
| | HELLER EHRMAN LLP |
| | |
| | By */s/ Richard DeNatale* |
| |     RICHARD DENATALE |
| | |
| | Attorneys for Plaintiffs |
| | LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. |

2

APPENDIX OF NON-FEDERAL AUTHORITIES ISO LENSCRAFTERS' AND EYEXAM OF CALIFORNIA'S OPPOSITION TO UNITED STATES FIRE INSURANCE COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY ACTION, CASE NO. C 07-2853 SBA