1  Terrence R. McInnis (#155416)
       (tmcinnis@rdblaw.com)
2  Siavash Daniel Rashtian (#228644)
       (drashtian@rdblaw.com)
3  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
4  Irvine, California 92614-8529
   Telephone: (949) 622-2700
5  Facsimile: (949) 622-2739

6  Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
7  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
8  Washington, DC 20006-1040
   Telephone: (202) 662-2000
9  Facsimile: (202) 662-2190

10 *Attorneys for Defendant, Counter-Claimant,
   Cross-Claimant and Cross-Defendant*
11 *Executive Risk Specialty Insurance Company*

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      OAKLAND DIVISION

| | |
|---|---|
| 15  LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
| 16 | [Related Case No. C 04-01001 SBA] |
| 17         Plaintiffs, | **EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|     v. | |
| 18  LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| 19 | |
| 20 | |
| 21 | |
| 22         Defendants. | |
| 23 | |
| 24  AND RELATED COUNTER AND CROSS ACTIONS | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Executive Risk Specialty Insurance Company is an indirect subsidiary of The Chubb Corporation, the ultimate parent and the only entity within its group of affiliated companies that is traded on any public exchange.

Date: September 4, 2007

Respectfully submitted,

ROSS, DIXON & BELL, LLP

/s/ Terrence R. McInnis
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant, Counter-Claimant, Cross-Claimant and Cross-Defendant Executive Risk Specialty Insurance Company*