ALEXANDER F. STUART - 96141
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
(408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant and Cross-Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE CO.; EXECUTIVE RISK SPECIALTY INS. CO.; UNITED STATES FIRE INS. CO.; MARKEL AMERICAN INS. CO.; AND WESCHESTER FIRE INS. CO., <br><br> Defendants. | No. C-07-2853 SBA <br><br> **LIBERTY MUTUAL FIRE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Liberty Mutual Group, Inc. owns 100 percent of the stock of Liberty Mutual Fire Insurance Company. LMHC Massachusetts Holdings, Inc. owns 100 percent of the stock of Liberty Mutual Group, Inc. Liberty Mutual Holding Company owns 100 percent of the stock of LMHC Massachusetts Holdings, Inc. No publicly traded entity owns any stock of any of the above-named

1  entities.

2  DATED: September 5, 2007            WILLOUGHBY, STUART & BENING

3

4                                       By: _____
                                           ALEXANDER F. STUART
5                                          Attorneys for Defendant and Cross-
                                           Defendant, LIBERTY MUTUAL FIRE
6                                          INSURANCE COMPANY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28