# HellerEhrman LLP

September 5, 2007

*Via Electronic Filing*

Celia M. Jackson
Celia.Jackson@hellerehrman.com
Direct +1.415.772.6809
Direct Fax +1.415.772.1794
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

40256.0004

The Hon. Saundra Brown Armstrong
United States District Court
Northern District of California
1301 Clay Street,
Courtroom 3, Third Floor
Oakland, California 94612

**Re:**  *LensCrafters, Inc, et al. v. Liberty Mutual Fire Insurance Company, et al.*
      **Case No. C-07-02853 SBA**

Dear Judge Armstrong:

   In accordance with the Court's scheduling order, the parties had until today to file their Joint Discovery Plan and Joint Case Management Conference Statement. Unfortunately, we were unable to obtain the consent of all parties in time to file the Joint Case Management Statement; therefore we have filed it on behalf of certain parties whose electronic signatures appear on the statement. The parties will submit a Revised Joint Case Management Conference Statement signed by all parties on September 6. All parties have approved the Discovery Plan.

   We appreciate the Court's patience.

Very truly yours,

Celia M. Jackson

cc:   Alexander F. Stuart, Esq. (via Electronic Filing)
      Terrence McInnis, Esq. (via Electronic Filing)
      Gary L. Green, Esq. (via Electronic Filing)
      Chip Cox, Esq. (via Electronic Filing)
      Amy E. Rose, Esq. (via Electronic Filing)

Heller Ehrman LLP  333 Bush Street  San Francisco, CA 94104-2878  www.hellerehrman.com

Beijing  Hong Kong  London  Los Angeles  Madison, WI  New York  San Diego  San Francisco  Seattle/Anchorage  Silicon Valley  Singapore  Washington, D.C.