UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. ET AL )<br>    Plaintiff, )<br>     )<br>vs. )<br>     )<br>     )<br>     )<br>LIBERTY MUTUAL FIRE )<br>INSURANCE COMPANY ET AL, )<br>    Defendant. )<br>_____ ) | No. C 07-02853 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for September 12, 2007, has been continued to Tuesday, September 18, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 9/6/07

                                                                                                FOR THE COURT,
                                                                                                Richard W. Wieking, Clerk

                                                                                                By: *Lisa R. Clark*
                                                                                                  LISA R. CLARK
                                                                                                   Courtroom Deputy