1  RICHARD DeNATALE (Bar No. 121416)
2  CELIA M. JACKSON (Bar No. 124508)
   Heller Ehrman LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  Email:  richard.denatale@hellerehrman.com
   Email:  celia.jackson@hellerehrman.com
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC. and EYEXAM OF
8  CALIFORNIA, INC.

9
                    IN THE UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11

| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., | Case No.: C-07-2853 SBA |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants, | |
| AND RELATED COUNTER- AND CROSS-CLAIMS. | |

---

STIPULATION TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, CASE NO. C 07-2853 SBA

Plaintiffs and Counter-Defendants LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. (together, "LensCrafters") and Defendant, Counter-Claimant, and Cross-Complainant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("ERSIC") hereby stipulate, by and through their respective counsel, to extend the last day for LensCrafters to respond to ERSIC's Counterclaim to October 25, 2007.

DATED:  September 25, 2007            HELLER EHRMAN LLP


By  _/s/ Celia M. Jackson_
     Celia M. Jackson

Attorneys for Plaintiffs and Counter-Defendants LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.


DATED:  September 25, 2007            ROSS, DIXON & BELL, LLP


By  _/s/ Terrence R. McInnis_
     Terrence R. McInnis

Attorneys for Defendant, Counter-Claimant, and Cross-Complainant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

1

STIPULATION TO EXTEND TIME FOR PLAINTIFFS LENSCRAFTERS, INC. AND EYEXAM OF CALIFORNIA, INC. TO RESPOND TO COUNTER-CLAIM AND CROSS-CLAIM OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, CASE NO. C 07-2853 SBA