IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., et al., | No. C 07-2853 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket No. 36] |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al., | |
| Defendants. | |

This matter comes before the Court on plaintiffs LensCrafters, Inc.'s and EYEXAM of California, Inc.'s Motion for Leave to File a First Amended Complaint [Docket No. 36]. Having read and considered the arguments presented by the parties in the papers submitted to the Court, the Court finds this matter appropriate for resolution without a hearing.

GOOD CAUSE APPEARING, plaintiffs' motion is hereby GRANTED. Plaintiffs have timely sought leave to amend and no defendant will be prejudiced by the amendment. Plaintiffs are granted 30 days from the date of this order within which to file and serve the amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a), the defendants shall respond to the amended complaint within 10 days of service.

IT IS SO ORDERED.

Dated: 9/27/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge