```
1  Terrence R. McInnis (#155416)
      (tmcinnis@rdblaw.com)
2  Siavash Daniel Rashtian (#228644)
      (drashtian@rdblaw.com)
3  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
4  Irvine, California 92614-8529
   Telephone: (949) 622-2700
5  Facsimile: (949) 622-2739

6  Monique M. Fuentes (#205501)
      (mfuentes@rdblaw.com)
7  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
8  Washington, DC 20006-1040
   Telephone: (202) 662-2000
9  Facsimile: (202) 662-2190
```

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS | No. C07-02853 SBA <br><br> [Related Case No. C 04-01001 SBA] <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, pursuant to Fed. R. Civ. P. 15(a) and this Court's September 28, 2007 Order, ERSIC's response to the First Amended Complaint is due October 12, 2007;

WHEREAS, ERSIC has requested and Plaintiffs have agreed to a 7-day extension of time for ERSIC to answer or otherwise respond to the First Amended Complaint;

1    NOW THEREFORE, the Parties hereby STIPULATE to and REQUEST that the Court
2 grant an extension of time, to and including October 19, 2007, for ERSIC to answer or otherwise
3 respond to the First Amended Complaint.

Date: October 12, 2007                                Respectfully submitted,

                                                      ROSS, DIXON & BELL, LLP


                                                      ____/s/ Terrence R. McInnis____
                                                      Terrence R. McInnis

                                                      and

                                                      Monique M. Fuentes
                                                      Siavash Daniel Rashtian

                                                      *Attorneys for Defendant Executive Risk
                                                      Specialty Insurance Company*


                                                      HELLER EHRMAN WHITE & McAULIFFE, LLP


                                                      ____/s/ Richard DeNatale____
                                                      Richard DeNatale

                                                      and

                                                      Celia M. Jackson
                                                      *Attorneys for Plaintiffs LensCrafters, Inc. and
                                                      EYEXAM of California, Inc.*

**IT IS SO ORDERED:**

Date: October ____, 2007

                                                      _____
                                                      Hon. Saundra Brown Armstrong
                                                      United States District Court Judge