1  IRENE K. YESOWITCH  State Bar #111575
   CHIP COX  State Bar #159681
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4  iyesowitch@longlevit.com
   ChipC@longlevit.com
5

6  Attorneys for Defendant
   MARKEL AMERICAN INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | LENSCRAFTERS, INC.; and EYEXAM OF     | CASE No. CV-07-2853 SBA
   | CALIFORNIA, INC.,                     |
12 |                                       | STIPULATION AND [PROPOSED]
   |                        Plaintiffs,    | ORDER TO EXTEND TIME FOR
13 |                                       | DEFENDANTS TO RESPOND TO
   |   vs.                                 | FIRST AMENDED COMPLAINT
14 |                                       |
   | LIBERTY MUTUAL FIRE INSURANCE         |
15 | COMPANY; EXECUTIVE RISK               |
   | SPECIALTY INSURANCE COMPANY;          |
16 | UNITED STATES FIRE INSURANCE          |
   | COMPANY; MARKEL AMERICAN              |
17 | INSURANCE COMPANY; and                |
   | WESTCHESTER FIRE INSURANCE            |
18 | COMPANY,                              |
   |                                       |
19 |                        Defendants.    |

20

21

22       Plaintiffs Lenscrafters, Inc. and Eyexam of California, Inc., and defendants Markel

23 American Insurance Company, Westchester Fire Insurance Company and United States Fire

24 Insurance Company (hereinafter collectively "defendants") stipulate and agree that the time for

25 defendants to respond to the First Amended Complaint filed in this action shall be extended to

26 October 19, 2007.  Defendants intend to file motions to dismiss in response to the First Amended

27 Complaint, and have agreed the hearing of those motions will be noticed for January 22, 2007.

28 ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1                                                                       (No. CV-04-01001 SBA)
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

This extension of time will not alter the date of any other deadline already fixed by the Court.

Dated: October 11, 2007

HELLER EHRMAN LLP

By _____
MICHAEL S. GREENBERG
Attorneys for Plaintiffs
LENSCRAFTERS, INC., and EYEXAM
OF CALIFORNIA, INC.

Dated: October ___, 2007

LONG & LEVIT LLP

By _____
CHIP COX
Attorneys for Defendant
MARKEL AMERICAN INSURANCE
COMPANY

Dated: October ___, 2007

HARRIS, GREEN & DENNISON
A Professional Corporation

By _____
ROBERT D. DENNISON
Attorneys for Defendant
WESTCHESTER FIRE INSURANCE
COMPANY

Dated: October ___, 2007

SQUIRE, SANDERS & DEMPSEY, LLP

By _____
AMY E. ROSE
Attorneys for Defendant
UNITED STATES FIRE INSURANCE
COMPANY

DOCS\S6560-012\534900.V1

LONG & LEVIT LLP
165 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

(No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  This extension of time will not alter the date of any other deadline already fixed by the Court.

2  Dated: October ___, 2007                    HELLER EHRMAN LLP

4                                              By _____
5                                                 MICHAEL S. GREENBERG
                                                  Attorneys for Plaintiffs
6                                                 LENSCRAFTERS, INC., and EYEXAM
                                                  OF CALIFORNIA, INC.
7

8  Dated: October __, 2007                     LONG & LEVIT LLP
9

10                                             By _____/s/ Chip Cox/_____
11                                                CHIP COX
                                                  Attorneys for Defendant
12                                                MARKEL AMERICAN INSURANCE
                                                  COMPANY
13

14 Dated: October ___, 2007                    HARRIS, GREEN & DENNISON
                                               A Professional Corporation
15

16                                             By _____
17                                                ROBERT D. DENNISON
                                                  Attorneys for Defendant
18                                                WESTCHESTER FIRE INSURANCE
                                                  COMPANY
19

20 Dated: October ___, 2007                    SQUIRE, SANDERS & DEMPSEY, LLP

21

22                                             By _____
                                                  AMY E. ROSE
23                                                Attorneys for Defendant
                                                  UNITED STATES FIRE INSURANCE
24                                                COMPANY

25

26 DOCS:S6560-012/534900.V1

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                                                      (No. CV-04-01001 SBA)
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  This extension of time will not alter the date of any other deadline already fixed by the Court.

2  Dated: October __, 2007                HELLER EHRMAN LLP

4                                          By _____
5                                            MICHAEL S. GREENBERG
                                             Attorneys for Plaintiffs
6                                            LENSCRAFTERS, INC., and EYEXAM
                                             OF CALIFORNIA, INC.

8  Dated: October __, 2007                LONG & LEVIT LLP

10                                         By _____
11                                           CHIP COX
                                             Attorneys for Defendant
12                                           MARKEL AMERICAN INSURANCE
                                             COMPANY

13 Dated: October 11, 2007                HARRIS, GREEN & DENNISON
14                                         A Professional Corporation

16                                         By _____/s/_____
17                                           ROBERT D. DENNISON
                                             Attorneys for Defendant
18                                           WESTCHESTER FIRE INSURANCE
                                             COMPANY

20 Dated: October __, 2007                SQUIRE, SANDERS & DEMPSEY, LLP

22                                         By _____
                                             AMY E. ROSE
23                                           Attorneys for Defendant
                                             UNITED STATES FIRE INSURANCE
24                                           COMPANY

26 DOCS\S6560-012\534900.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                                                          (No. CV-04-01001 SBA)
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  This extension of time will not alter the date of any other deadline already fixed by the Court.

2  Dated: October __, 2007                          HELLER EHRMAN LLP

4                                                   By _____
                                                       MICHAEL S. GREENBERG
5                                                      Attorneys for Plaintiffs
                                                       LENSCRAFTERS, INC., and EYEXAM
6                                                      OF CALIFORNIA, INC.

8  Dated: October __, 2007                          LONG & LEVIT LLP

10                                                  By _____
                                                       CHIP COX
11                                                     Attorneys for Defendant
                                                       MARKEL AMERICAN INSURANCE
12                                                     COMPANY

13 Dated: October __, 2007                          HARRIS, GREEN & DENNISON
14                                                  A Professional Corporation

16                                                  By _____
17                                                     ROBERT D. DENNISON
                                                       Attorneys for Defendant
                                                       WESTCHESTER FIRE INSURANCE
18                                                     COMPANY

20 Dated: October __, 2007                          SQUIRE, SANDERS & DEMPSEY, LLP

22                                                  By _____/s/_____
                                                       AMY E. ROSE
23                                                     Attorneys for Defendant
                                                       UNITED STATES FIRE INSURANCE
                                                       COMPANY

26 DOCS\S6560-012\534900.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                    (No. CV-04-01001 SBA)
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1  IT IS SO ORDERED.

3  Dated: October ___, 2007

                                                    Hon. Saundra Brown Armstrong
                                                    United States District Court Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3   (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT