Terrence R. McInnis (#155416)
(tmcinnis@rdblaw.com)
Siavash Daniel Rashtian (#228644)
(drashtian@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Monique M. Fuentes (#205501)
(mfuentes@rdblaw.com)
ROSS, DIXON & BELL, LLP
2001 K Street, NW
Washington, DC 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | No. C07-02853 SBA<br><br>[Related Case No. C 04-01001 SBA]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, pursuant to Fed. R. Civ. P. 15(a) and this Court's September 28, 2007 Order, ERSIC's response to the First Amended Complaint is due October 12, 2007;

WHEREAS, ERSIC has requested and Plaintiffs have agreed to a 7-day extension of time for ERSIC to answer or otherwise respond to the First Amended Complaint;

1  NOW THEREFORE, the Parties hereby STIPULATE to and REQUEST that the Court
2  grant an extension of time, to and including October 19, 2007, for ERSIC to answer or otherwise
3  respond to the First Amended Complaint.

4

5  Date: October 12, 2007                         Respectfully submitted,

6                                                 ROSS, DIXON & BELL, LLP

7                                                 ___/s/ Terrence R. McInnis___
                                                  Terrence R. McInnis
8
                                                  and
9
10                                                Monique M. Fuentes
                                                  Siavash Daniel Rashtian
11
                                                  *Attorneys for Defendant Executive Risk*
12                                                *Specialty Insurance Company*

13                                                HELLER EHRMAN WHITE & McAULIFFE, LLP
14
15                                                ___/s/ Richard DeNatale___
                                                  Richard DeNatale
16
                                                  and
17
18                                                Celia M. Jackson
                                                  *Attorneys for Plaintiffs LensCrafters, Inc. and*
                                                  *EYEXAM of California, Inc.*
19

20  **IT IS SO ORDERED:**

21  Date: October _16_, 2007
                                                  ___[signature]___
22                                                Hon. Saundra Brown Armstrong
                                                  United States District Court Judge
23

24

25

26

27

28

356706 v 1                                                                ERSIC's Stipulation and [Proposed] Order
                                              2                                    (No. C 07 2853 SBA)