2522.9953S

1  ALEXANDER F. STUART - 96141
   email: afs@wsblaw.net
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone: (408) 289-1972
4  Facsimile: (408) 295-6375

5  Attorneys for Defendant LIBERTY MUTUAL
   FIRE INSURANCE COMPANY
6

7

8            IN THE UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND FACILITY

11

12 | LENSCRAFTERS, INC.; and EYEXAM OF ) | No. C 07-2853 SBA
   | CALIFORNIA, INC.,                 ) | The Honorable Saundra B. Armstrong
13 |                                   ) |
   |        Plaintiffs,                ) | **STIPULATION TO EXTEND**
14 |                                   ) | **DEFENDANT LIBERTY MUTUAL FIRE**
   | vs.                               ) | **INSURANCE COMPANY'S TIME TO**
15 |                                   ) | **RESPOND TO FIRST AMENDED**
   | LIBERTY MUTUAL FIRE INSURANCE     ) | **COMPLAINT**
16 | COMPANY; EXECUTIVE RISK           ) |
   | SPECIALITY INSURANCE COMPANY;     ) |
17 | UNITED STATES FIRE INSURANCE      ) |
   | COMPANY; MARKEL AMERICAN          ) |
18 | INSURANCE COMPANY; and            ) |
   | WESTCHESTER FIRE INSURANCE        ) |
19 | COMPANY,                          ) |
   |                                   ) |
20 |        Defendants.                ) |
   |_____) |
21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND DEFENDANT LIBERTY
MUTUAL FIRE INSURANCE COMPANY'S TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
C 07-2853 SBA**                    1

Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to the First Amended Complaint to November 9, 2007.

DATED: October 12, 2007    WILLOUGHBY, STUART & BENING

By: /s/Alexander F. Stuart
Alexander F. Stuart
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: October 12, 2007    HELLER EHRMAN LLP

By: /s/Richard DeNatale
Richard DeNatale
Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.