1 **ROBERT D. DENNISON, ESQ.**, Bar No. 127498
**GARY L. GREEN, ESQ.**, Bar No. 82218
2 **HARRIS, GREEN & DENNISON**
**A Professional Corporation**
3 5959 West Century Boulevard, Suite 1100
Los Angeles, California 90045
4 Tel: (310) 665-8656 Fax: (310) 665-8659
robertdennison@h-glaw.net
5 garygreen@h-glaw.net

6 Attorneys for Defendant, Counter-Claimant and Cross-Claimant,
**WESTCHESTER FIRE INSURANCE COMPANY**

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.,<br><br>           Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>           Defendants.<br><br>AND RELATED COUNTER AND CROSS-CLAIMS | CASE NO. C-07-2853 SBA<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO DISMISS THE SECOND AND THIRD CLAIMS FOR RELIEF OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>**[F.R.C.P. Rule 12(b)(6)]**<br><br>Date:   January 29, 2008<br>Time:  1:00 p.m.<br>Courtroom: 3<br>The Hon. Saundra Brown Armstrong |

Defendant, Westchester Fire Insurance Company's Motion to Dismiss the Second and Third Claims for Relief of Plaintiffs' First Amended Complaint came on regularly for hearing on January 29, 2008. Upon consideration of the moving papers, opposition and reply thereto, the Motion is GRANTED on the grounds that the Second and Third Claims for Relief fail to state a claim upon which relief can be granted. Therefore,

IT IS ORDERED THAT the Second and Third Claims for Relief of Plaintiffs' First Amended Complaint are DISMISSED.

Dated:_____

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, SHIRLEY AOKI, am employed in the aforesaid county, State of California: I am over the age of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard, Suite 1100, Los Angeles, California 90045.

On October 19, 2007, I served the following document described as:

**[PROPOSED] ORDER GRANTING WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO DISMISS THE SECOND AND THIRD CLAIMS FOR RELIEF OF PLAINTIFFS' FIRST AMENDED COMPLAINT**
**[F.R.C.P. Rule 12(b)(6)]**

**VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on interested parties in this action set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel.: (415) 772-6000 Fax: (415) 772-6268<br>Email: richard.denatale@hellerehrman.com<br>celia.jackson@hellerehrman.com | Attorneys for Plaintiffs, Lenscrafters, Inc.,<br>Eyexam of California, Inc. |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel.: (949) 622-2700 Fax: (949) 622-2739<br>Email:nexley@rdblaw.com | Attorneys for Defendant,<br>Executive Risk Specialty Insurance Company |
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Tel.: (408) 289-1972 Fax: (408) 295-6375<br>Email: afs@wshaw.net | Attorneys for Defendant,<br>Liberty Mutual Fire Insurance Company |

## SERVICE LIST CONTINUED

Mark Craig Goodman, Esq.  
Amy Rose, Esq.  
Squire, Sanders & Dempsey, L.L.P.  
One Maritime Plaza, Suite 300  
San Francisco, CA 94111-3492  
Tel.: (415) 954-0289 Fax: (415) 393-9887  
Email: mgoodman@ssd.com  
arose@ssd.com

Attorneys for Defendants,  
U.S. Fire Insurance Company

Chip Cox, Esq.  
Attorney at Law  
465 California Street, Suite 500  
San Francisco, CA 94104  
Tel.: (415) 397-2222 Fax: (415) 397-6392  
Email: chipc@longlevit.com

Attorney for Defendant,  
Markel American Insurance Company

Executed on October 19, 2007, at Los Angeles, California. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____  
SHIRLEY AOKI