SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
Amy E. Rose (Cal. State Bar No. 222167)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
Email:   mgoodman@ssd.com
Email:   arose@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No.  C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**E-FILING**<br><br>**[PROPOSED] ORDER GRANTING U.S. FIRE INSURANCE COMPANY'S MOTION TO DISMISS LENSCRAFTERS' SECOND AND THIRD CAUSES OF ACTION**<br><br>Date:         January 29, 2008<br>Time:        1:00 p.m.<br>Courtroom:   3 |

1  Defendant United States Fire Insurance Company's ("U.S. Fire") Motion to Dismiss
2  LensCrafters' Second and Third Causes of Action came on for hearing before this Court on
3  Tuesday, January 29, 2008 at 1:00 p.m.
4  The Court, having considered all of the papers submitted in connection with the motion
5  and having heard the argument of counsel, determines that the LensCrafters' claims for breach of
6  contract and tortious breach of the covenant of good faith and fair dealing are not yet ripe.
7  Accordingly, the Court hereby **GRANTS** U.S. Fire's motion and dismisses LensCrafters' second
8  and third causes of action.

**IT IS SO ORDERED.**

DATED: _____   _____
       The Honorable Saundra B. Armstrong

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On October 19, 2007, I served the following document described as:

**[PROPOSED] ORDER GRANTING U.S. FIRE INSURANCE COMPANY'S MOTION TO DISMISS LENSCRAFTERS' SECOND AND THIRD CAUSES OF ACTION**

☒   VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE on interested parties in this action as set forth below:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:     (415) 772-6268

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone:   (949) 622-2700
Facsimile:     (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone:   (408) 289-1972
Facsimile:     (408) 295-6375

Robert D. Dennison, Esq.
Harris, Green & Dennison
5959 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Telephone:   (310) 665-8656
Facsimile:     (310) 665-8659
rdd@h-glaw.net

Chip Cox, Esq.
Long & Levitt
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:   (415) 438-4413
Facsimile:     (415) 397-6392
chipc@longlevit.com

Executed on October 19, 2007, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Amy E. Rose*
Amy E. Rose

SANFRANCISCO/238961.1
DRAFT