1  Terrence R. McInnis (#155416)
       (tmcinnis@rdblaw.com)
2  Siavash Daniel Rashtian (#228644)
       (drashtian@rdblaw.com)
3  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
4  Irvine, California  92614-8529
   Telephone:  (949) 622-2700
5  Facsimile:  (949) 622-2739

6  Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
7  ROSS, DIXON & BELL, LLP
   2001 K Street, NW
8  Washington, DC  20006-1040
   Telephone:  (202) 662-2000
9  Facsimile:  (202) 662-2190

10 *Attorneys for Defendant, Counter-Claimant,*
   *Cross-Claimant and Cross-Defendant*
11 *Executive Risk Specialty Insurance Company*

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  OAKLAND DIVISION

15 | LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
|---|---|
16 | | [Related Case No. C 04-01001 SBA] |
   | Plaintiffs, | |
17 | | **NOTICE OF DISMISSAL WITHOUT** |
   | v. | **PREJUDICE OF EXECUTIVE RISK** |
18 | | **SPECIALTY INSURANCE** |
   | LIBERTY MUTUAL FIRE INSURANCE | **COMPANY'S COUNTERCLAIM** |
19 | COMPANY; EXECUTIVE RISK SPECIALTY | **AGAINST LENSCRAFTERS, INC.** |
   | INSURANCE COMPANY; UNITED STATES | **AND EYEXAM OF CALIFORNIA,** |
20 | FIRE INSURANCE COMPANY; MARKEL | **INC.** |
   | AMERICAN INSURANCE COMPANY and | |
21 | WESTCHESTER FIRE INSURANCE | |
   | COMPANY, | |
22 | | |
   | Defendants. | |
23 | | |
   | AND RELATED COUNTER AND CROSS | |
24 | ACTIONS | |

25

26     COMES NOW Defendant/Counter-Claimant EXECUTIVE RISK SPECIALTY

27 INSURANCE COMPANY ("ERSIC"), by and through its attorneys undersigned, and hereby

28

gives notice that all claims of ERSIC against Plaintiffs/Counter-Defendants LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC, as set forth in ERSIC's counterclaim filed in this action, are hereby dismissed without prejudice.

This Notice of Dismissal Without Prejudice is made pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. No answer or responsive pleadings were filed by Plaintiffs/Counter-Defendants to ERSIC's counterclaim in this matter.

Date: October 23, 2007                    Respectfully submitted,

                                          ROSS, DIXON & BELL, LLP


                                          _/s/ Terrence R. McInnis_
                                          Terrence R. McInnis

                                          and

                                          Monique M. Fuentes
                                          Siavash Daniel Rashtian

                                          *Attorneys for Defendant, Counter-Claimant,*
                                          *Cross-Claimant and Cross-Defendant Executive*
                                          *Risk Specialty Insurance Company*

854288 v 1                                             ERSIC's Notice of Dismissal of Counterclaim
                                                                        (No. C 07 2853 SBA)