1   IRENE K. YESOWITCH  State Bar #111575
    CHIP COX  State Bar #159681
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, CA  94104
    TEL: (415) 397-2222  FAX: (415) 397-6392
4   iyesowitch@longlevit.com
    ChipC@longlevit.com
5

6   Attorneys for Defendant
    MARKEL AMERICAN INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LENSCRAFTERS, INC.; and EYEXAM OF          CASE No. CV-07-2853 SBA
    CALIFORNIA, INC.,
12                                             STIPULATION AND [XXXXXXXX]
                         Plaintiffs,           ORDER TO EXTEND TIME FOR
13                                             DEFENDANTS TO RESPOND TO
          vs.                                  FIRST AMENDED COMPLAINT
14
    LIBERTY MUTUAL FIRE INSURANCE
15  COMPANY; EXECUTIVE RISK
    SPECIALTY INSURANCE COMPANY;
16  UNITED STATES FIRE INSURANCE
    COMPANY; MARKEL AMERICAN
17  INSURANCE COMPANY; and
    WESTCHESTER FIRE INSURANCE
18  COMPANY,

19                       Defendants.

20

21

22       Plaintiffs Lenscrafters, Inc. and Eyexam of California, Inc., and defendants Markel

23  American Insurance Company, Westchester Fire Insurance Company and United States Fire

24  Insurance Company (hereinafter collectively "defendants") stipulate and agree that the time for

25  defendants to respond to the First Amended Complaint filed in this action shall be extended to

26  October 19, 2007.  Defendants intend to file motions to dismiss in response to the First Amended

27  Complaint, and have agreed the hearing of those motions will be noticed for January 22, 2007.

28  ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

This extension of time will not alter the date of any other deadline already fixed by the Court.

Dated: October 11, 2007                    HELLER EHRMAN LLP

                                           By _____
                                              MICHAEL S. GREENBERG
                                              Attorneys for Plaintiffs
                                              LENSCRAFTERS, INC., and EYEXAM
                                              OF CALIFORNIA, INC.

Dated: October ___, 2007                   LONG & LEVIT LLP

                                           By _____
                                              CHIP COX
                                              Attorneys for Defendant
                                              MARKEL AMERICAN INSURANCE
                                              COMPANY

Dated: October ___, 2007                   HARRIS, GREEN & DENNISON
                                           A Professional Corporation

                                           By _____
                                              ROBERT D. DENNISON
                                              Attorneys for Defendant
                                              WESTCHESTER FIRE INSURANCE
                                              COMPANY

Dated: October ___, 2007                   SQUIRE, SANDERS & DEMPSEY, LLP

                                           By _____
                                              AMY E. ROSE
                                              Attorneys for Defendant
                                              UNITED STATES FIRE INSURANCE
                                              COMPANY

DOCS\S6560-012\534900.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                          (No. CV-04-03001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1    This extension of time will not alter the date of any other deadline already fixed by the Court.

2    Dated:  October ___, 2007                    HELLER EHRMAN LLP

3

4                                                 By _____

5                                                    MICHAEL S. GREENBERG
                                                     Attorneys for Plaintiffs
6                                                    LENSCRAFTERS, INC., and EYEXAM
                                                     OF CALIFORNIA, INC.

7

8    Dated:  October 11, 2007                     LONG & LEVIT LLP

9

10                                                By _____

11                                                   CHIP COX
                                                     Attorneys for Defendant
12                                                   MARKEL AMERICAN INSURANCE
                                                     COMPANY

13

14   Dated:  October ___, 2007                    HARRIS, GREEN & DENNISON
                                                  A Professional Corporation

15

16                                                By _____

17                                                   ROBERT D. DENNISON
                                                     Attorneys for Defendant
18                                                   WESTCHESTER FIRE INSURANCE
                                                     COMPANY

19

20   Dated:  October ___, 2007                    SQUIRE, SANDERS & DEMPSEY, LLP

21

22                                                By _____

23                                                   AMY E. ROSE
                                                     Attorneys for Defendant
24                                                   UNITED STATES FIRE INSURANCE
                                                     COMPANY

25

26   DOCS:S6560-012:534900.V1

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                        (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1    This extension of time will not alter the date of any other deadline already fixed by the Court.

2    Dated: October ___, 2007                     HELLER EHRMAN LLP

3

4                                                 By _____

5                                                    MICHAEL S. GREENBERG
                                                     Attorneys for Plaintiffs
6                                                    LENSCRAFTERS, INC., and EYEXAM
                                                     OF CALIFORNIA, INC.

7

8    Dated: October ___, 2007                     LONG & LEVIT LLP

9

10                                                By _____

11                                                   CHIP COX
                                                     Attorneys for Defendant
12                                                   MARKEL AMERICAN INSURANCE
                                                     COMPANY

13

     Dated: October 11, 2007                      HARRIS, GREEN & DENNISON
14                                                A Professional Corporation

15

16                                                By _____

17                                                   ROBERT D. DENNISON
                                                     Attorneys for Defendant
18                                                   WESTCHESTER FIRE INSURANCE
                                                     COMPANY

19

20   Dated: October ___, 2007                     SQUIRE, SANDERS & DEMPSEY, LLP

21

22                                                By _____

23                                                   AMY E. ROSE
                                                     Attorneys for Defendant
24                                                   UNITED STATES FIRE INSURANCE
                                                     COMPANY

25

26   DOCS\S6560-012\534900.V1

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                     (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1    This extension of time will not alter the date of any other deadline already fixed by the Court.

2    Dated: October ___, 2007                    HELLER EHRMAN LLP

3

4                                                By _____

5                                                    MICHAEL S. GREENBERG
                                                     Attorneys for Plaintiffs
6                                                    LENSCRAFTERS, INC., and EYEXAM
                                                     OF CALIFORNIA, INC.
7

8    Dated: October ___, 2007                    LONG & LEVIT LLP

9

10                                               By _____

11                                                   CHIP COX
                                                     Attorneys for Defendant
12                                                   MARKEL AMERICAN INSURANCE
                                                     COMPANY
13

14   Dated: October ___, 2007                    HARRIS, GREEN & DENNISON
                                                 A Professional Corporation
15

16                                               By _____

17                                                   ROBERT D. DENNISON
                                                     Attorneys for Defendant
18                                                   WESTCHESTER FIRE INSURANCE
                                                     COMPANY
19

20   Dated: October ___, 2007                    SQUIRE, SANDERS & DEMPSEY, LLP

21

22                                               By _____/s/_____

23                                                   AMY E. ROSE
                                                     Attorneys for Defendant
                                                     UNITED STATES FIRE INSURANCE
24                                                   COMPANY

25

26   DOCS\S6560-012\534900.V1

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1    **IT IS SO ORDERED**.

2

3    Dated: October 22, 2007

4                                                    Hon. Saundra Brown Armstrong
                                                     United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3                                           (No. CV-04-01001 SBA)

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT