IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | CASE No. CV-07-2853 SBA <br><br> **AMENDED NOTICE OF MOTION TO DISMISS LENSCRAFTERS' SECOND AND THIRD CLAIMS FOR RELIEF** <br><br> Date:  January 29, 2008 <br> Time:  1:00 P.M. <br> Courtroom: 3 <br> Judge:  Hon. Saundra B. Armstrong |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

(No. CV-04-01001 SBA)

AMENDED NOTICE OF MOTION TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 29, 2007 at 1:00 p.m. in courtroom 3 of the United States District Court for the Northern District of California, located at 1301 Clay Street, 3rd Floor, Oakland, California, Defendant Markel American Insurance Company will move to dismiss the second and third claims for relief in the First Amended Complaint filed by plaintiffs LensCrafters, Inc. and Eyexam of California, Inc.

This Motion is brought under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that plaintiff's second claim for relief: breach of contract re defendants' duty to indemnify and duty to settle, and plaintiffs third claim for relief: tortuous breach of the covenant of good faith and fair dealing, as alleged in plaintiffs' First Amended Complaint, both fail to state a claim upon which relief can be granted.

This motion is based on the Memorandum of Points and Authorities previously filed by Markel, all pleadings and papers on file in this action, and on such further argument and evidence as the Court may consider at the hearing of this motion.

Dated: October 29, 2007

LONG & LEVIT LLP

By _____Chip Cox_____
CHIP COX
Attorneys for Defendant
MARKEL AMERICAN
INSURANCE COMPANY

DOCS\S6560-012\540827.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1   (No. CV-04-01001 SBA)
AMENDED NOTICE OF MOTION TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF