1
2
3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5
6

| | |
|---|---|
| 7  LENSCRAFTERS, INC. ET AL        ) | No. C 07-02853 SBA |
|       Plaintiff,                   ) | |
| 8                                  ) | CLERK'S NOTICE |
|    vs.                             ) | |
| 9                                  ) | |
|                                    ) | |
| 10                                 ) | |
|    LIBERTY MUTUAL FIRE             ) | |
| 11 INSURANCE COMPANY ET AL,        ) | |
|       Defendant.                   ) | |
| 12 _____ ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for December 6, 2007, at 2:30 p.m., has been continued to Tuesday, January 29, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:   11/29/07


                                        FOR THE COURT,
                                        Richard W. Wieking, Clerk


                                        By: /s/ Lisa R. Clark
                                            LISA R. CLARK
                                            Courtroom Deputy




To: