2522.9953S

1 ALEXANDER F. STUART - 96141
email: afs@wsblaw.net
2 WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
3 San Jose, California 95113
Telephone: (408) 289-1972
4 Facsimile: (408) 295-6375

5 Attorneys for Defendant and Cross-Defendant
LIBERTY MUTUAL FIRE INSURANCE
6 COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND FACILITY**

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALITY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | No. C 07-2853 SBA <br> The Honorable Saundra B. Armstrong <br><br> **STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-CLAIM OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY** |

**STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-CLAIM OF ERSIC**
**C 07-2853 SBA**                     1

Cross-Claimant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("ERSIC") and Cross-Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to ERSIC's Cross-Claim to January 15, 2008.

DATED: December 3, 2007                WILLOUGHBY, STUART & BENING

                                       By:    /s/Alexander F. Stuart
                                              Alexander F. Stuart
                                              Attorneys for Cross-Defendant
                                              LIBERTY MUTUAL FIRE INSURANCE
                                              COMPANY

DATED: December 3, 2007                ROSS, DIXON & BELL, LLP

                                       By:    /s/Terrence R. McInnis
                                              Terrence R. McInnis
                                              Attorneys for Cross-Claimant
                                              EXECUTIVE RISK SPECIALTY
                                              INSURANCE COMPANY