2522.9953S

ALEXANDER F. STUART - 96141
email: afs@wsblaw.net
WILLOUGHBY, STUART & BENING, INC.
50 W. San Fernando St., Suite 400
San Jose, California 95113
Telephone: (408) 289-1972
Facsimile: (408) 295-6375

Attorneys for Defendant LIBERTY MUTUAL
FIRE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND FACILITY

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br>     Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALITY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br>     Defendants. | No. C 07-2853 SBA <br> The Honorable Saundra B. Armstrong <br><br> **STIPULATION TO EXTEND DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiffs LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to the First Amended Complaint to February 15, 2008.

DATED: January 24, 2008                         WILLOUGHBY, STUART & BENING

                                                By:    /s/Alexander F. Stuart
                                                       Alexander F. Stuart
                                                       Attorneys for Defendant
                                                       LIBERTY MUTUAL FIRE INSURANCE
                                                       COMPANY

DATED: January 24, 2008                         HELLER EHRMAN LLP

                                                By:    /s/Richard DeNatale
                                                       Richard DeNatale
                                                       Attorneys for Plaintiffs
                                                       LENSCRAFTERS, INC. and EYEXAM OF
                                                       CALIFORNIA, INC.