2522.9953S

1  ALEXANDER F. STUART - 96141
   email: afs@wsblaw.net
2  WILLOUGHBY, STUART & BENING, INC.
   50 W. San Fernando St., Suite 400
3  San Jose, California 95113
   Telephone:  (408) 289-1972
4  Facsimile: (408) 295-6375

5  Attorneys for Defendant and Cross-Defendant
   LIBERTY MUTUAL FIRE INSURANCE
6  COMPANY

7

8          **IN THE UNITED STATES DISTRICT COURT**

9        **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **OAKLAND FACILITY**

11

12 LENSCRAFTERS, INC.; and EYEXAM OF      )   No. C 07-2853 SBA
   CALIFORNIA, INC.,                      )   The Honorable Saundra B. Armstrong
13                                        )
              Plaintiffs,                 )   **STIPULATION TO EXTEND**
14                                        )   **DEFENDANT LIBERTY MUTUAL FIRE**
   vs.                                    )   **INSURANCE COMPANY'S TIME TO**
15                                        )   **RESPOND TO CROSS-CLAIM OF**
   LIBERTY MUTUAL FIRE INSURANCE          )   **EXECUTIVE RISK SPECIALTY**
16 COMPANY; EXECUTIVE RISK                )   **INSURANCE COMPANY**
   SPECIALITY INSURANCE COMPANY;          )
17 UNITED STATES FIRE INSURANCE           )
   COMPANY; MARKEL AMERICAN               )
18 INSURANCE COMPANY; and                 )
   WESTCHESTER FIRE INSURANCE             )
19 COMPANY,                               )
                                          )
20            Defendants.                 )
                                          )
21 _____       )

22

23

24

25

26

27

28

**STIPULATION TO EXTEND DEFENDANT LIBERTY**
**MUTUAL FIRE INSURANCE COMPANY'S TIME TO**
**RESPOND TO CROSS-CLAIM OF ERSIC**
**C 07-2853 SBA**                              1

1    Cross-Claimant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("ERSIC")

2    and Cross-Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty") hereby

3    stipulate, by and through their respective counsel, to extend the last day for Liberty to respond to

4    ERSIC's Cross-Claim to February 15, 2008.

5

6    DATED: January 24, 2008                WILLOUGHBY, STUART & BENING

7

8                                          By: ___/s/Alexander F. Stuart_____
                                               Alexander F. Stuart
9                                              Attorneys for Cross-Defendant
                                               LIBERTY MUTUAL FIRE INSURANCE
10                                             COMPANY

11

12   DATED: January 24, 2008                ROSS, DIXON & BELL, LLP

13

14                                         By: ___/s/Terrence R. McInnis_____
                                               Terrence R. McInnis
15                                             Attorneys for Cross-Claimant
                                               EXECUTIVE RISK SPECIALTY
16                                             INSURANCE COMPANY

17

18

19

20

21

22

23

24

25

26

27

28