ROBERT D. DENNISON, ESQ., Bar No. 127498
GARY L. GREEN, ESQ., Bar No. 82218
HARRIS, GREEN & DENNISON
A Professional Corporation
5959 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Tel: (310) 665-8656  Fax: (310) 665-8659
robertdennison@h-glaw.net
garygreen@h-glaw.net

Attorneys for Defendant, Counter-Claimant and Cross-Claimant,
**WESTCHESTER FIRE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS-CLAIMS | CASE NO. C-07-2853 SBA<br><br>**E-FILING**<br><br>**STIPULATION TO WITHDRAW WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO DISMISS THE SECOND AND THIRD CLAIMS FOR RELIEF OF PLAINTIFFS' FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Hearing Date: January 29, 2008<br>Time: 1:00 p.m.<br>Courtroom: 3<br>The Hon. Saundra Brown Armstrong |

WHEREAS, on or about October 19, 2007, Defendant, Counter-Claimant and Cross-Claimant, WESTCHESTER FIRE INSURANCE COMPANY ("Westchester Fire") filed and served its Motion to Dismiss the Second and Third Claims for Relief of the First Amended Complaint of Plaintiffs, LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC. (collectively, "LensCrafters" or "Plaintiffs");

///

---

1

STIPULATION TO WITHDRAW WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO DISMISS;
(PROPOSED) ORDER THEREON

Case No. C-07-2853 SBA

WHEREAS, said Motion to Dismiss has been fully briefed by the parties thereto, with LensCrafters having filed and served its opposition, and Westchester Fire having filed and served its reply to LensCrafters' opposition papers.

WHEREAS, said Motion to Dismiss had been set for hearing on January 29, 2008, but as of the date of execution of this stipulation, the Court has not ruled thereon;

WHEREAS, a conditional settlement has been reached by and between Westchester Fire and LensCrafters as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San Francisco Superior Court Case No. CGC-02-40554, out of which the instant action arises;

AND WHEREAS LensCrafters and Westchester Fire will, pursuant to the conditional settlement, be submitting to the Court in the near future either a Stipulation or Motions to dismiss, without prejudice, their respective complaint/counter-claim against each other;

NOW THEREFORE, Westchester Fire, being the moving party, and LensCrafters, being the opposing parties, do hereby stipulate that Westchester Fire shall withdraw its pending Motion to Dismiss.

DATED: February 7, 2008

HARRIS, GREEN & DENNISON
A Professional Corporation

By _____
ROBERT D. DENNISON, ESQ.
GARY L. GREEN, ESQ.
Attorneys for Defendant, Counter-Claimant and Cross-Claimant, WESTCHESTER FIRE INSURANCE COMPANY

DATED: February 7, 2008

HELLER EHRMAN LLP

By _____
RICHARD DeNATALE, ESQ.
CELIA M. JACKSON, ESQ.
Attorneys for Plaintiffs, LENSCRAFTERS, INC, and EYEXAM OF CALIFORNIA, INC.,

///

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Defendant, Counter-Claimant and Cross-Claimant, Westchester Fire's Motion to Dismiss the Second and Third Claims for Relief of the First Amended Complaint of Plaintiffs is deemed withdrawn and is hereby placed off calendar.

DATED:   February ___, 2008        _____
                                                United States District Judge

## PROOF OF SERVICE

I, SHIRLEY AOKI, am employed in the aforesaid county, State of California: I am over the age of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard, Suite 1100, Los Angeles, California 90045.

On February 7, 2008, I served the following document described as:

**STIPULATION TO WITHDRAW WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO DISMISS THE SECOND AND THIRD CLAIMS FOR RELIEF OF PLAINTIFFS' FIRST AMENDED COMPLAINT**; [PROPOSED] ORDER THEREON

**VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on interested parties in this action set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel.: (415) 772-6000 Fax: (415) 772-6268<br>Email: richard.denatale@hellerehrman.com<br>celia.jackson@hellerehrman.com | Attorneys for Plaintiffs, Lenscrafters, Inc., Eyexam of California, Inc. |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel.: (949) 622-2700 Fax: (949) 622-2739<br>Email:tmcinnis@rdblaw.com | Attorneys for Defendant,<br>Executive Risk Specialty Insurance Company |
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Tel.: (408) 289-1972 Fax: (408) 295-6375<br>Email: afs@wshaw.net | Attorneys for Defendant,<br>Liberty Mutual Fire Insurance Company |

## SERVICE LIST CONTINUED

Mark Craig Goodman, Esq.  
Amy Rose, Esq.  
Squire, Sanders & Dempsey, L.L.P.  
One Maritime Plaza, Suite 300  
San Francisco, CA 94111-3492  
Tel.: (415) 954-0289 Fax: (415) 393-9887  
Email: mgoodman@ssd.com  
arose@ssd.com

Attorneys for Defendants,  
U.S. Fire Insurance Company

Chip Cox, Esq.  
Attorney at Law  
465 California Street, Suite 500  
San Francisco, CA 94104  
Tel.: (415) 397-2222 Fax: (415) 397-6392  
Email: chipc@longlevit.com

Attorney for Defendant,  
Markel American Insurance Company

Monique M. Fuentes, Esq.  
Ross, Dixon & Bell, LLP  
2001 K Street, NW  
Washington, DC 20006-1040  
Fax: (202) 662-2190  
Email: mfuentes@rdblaw.com

Attorneys for Defendant,  
Executive Risk Specialty Insurance Company

    Executed on February 7, 2008, at Los Angeles, California. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Shirley Aoki_ (signature)  
SHIRLEY AOKI