ROBERT D. DENNISON, ESQ., Bar No. 127498
GARY L. GREEN, ESQ., Bar No. 82218
HARRIS, GREEN & DENNISON
A Professional Corporation
5959 West Century Boulevard, Suite 1100
Los Angeles, California 90045
Tel: (310) 665-8656 Fax: (310) 665-8659
robertdennison@h-glaw.net
garygreen@h-glaw.net

Attorneys for Defendant, Counter-Claimant and Cross-Claimant,
**WESTCHESTER FIRE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. <br><br> AND RELATED COUNTER AND CROSS-CLAIMS | CASE NO. C-07-2853 SBA <br><br> **E-FILING** <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM; [PROPOSED] ORDER THEREON** <br><br> Courtroom: 3 <br> The Hon. Saundra Brown Armstrong |

WHEREAS, on or about July 18, 2007, Defendant, Counter-Claimant and Cross-Claimant, WESTCHESTER FIRE INSURANCE COMPANY ("Westchester Fire") filed and served its Counter-Claim And Cross-Claim For Declaratory Relief (the "Counter/Cross Claim") against LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC (collectively "LensCrafters") as Counter-Defendants, and against LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual"), EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

1

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM FOR DECLARATORY RELIEF; (PROPOSED) ORDER THEREON
Case No. C-07-2853 SBA

("Executive Risk"), UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire"), and MARKEL AMERICAN INSURANCE COMPANY ("Markel American"), as Cross-Defendants (collective, the "Cross-Defendants");

WHEREAS, LensCrafters and various of the Cross-Defendants have heretofore filed and served answers to Westchester Fire's Counter/Cross Claim;

WHEREAS, a conditional settlement has been reached by and between Westchester Fire and LensCrafters as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant action arises;

WHEREAS, said conditional settlement has obviated the need for Westchester Fire to maintain its Cross/Counter Claim, Westchester Fire desires to dismiss same without prejudice at this time in order to effectuate said conditional settlement, and that when the *Snow* settlement is finally approved, Westchester Fire will file a dismissal of same with prejudice;

NOW THEREFORE, Westchester Fire, LensCrafters, Liberty Mutual, Executive Risk, U.S. Fire, and Markel American, by and through their respective attorneys of record, do hereby stipulate that Westchester Fire may hereby dismiss its Counter/Cross Claim without prejudice.

DATED: February 12, 2008

HARRIS, GREEN & DENNISON
A Professional Corporation

By [signature]
ROBERT D. DENNISON, ESQ.
GARY L. GREEN, ESQ.
Attorneys for Defendant, Counter-Claimant and Cross-Claimant, WESTCHESTER FIRE INSURANCE COMPANY

DATED: February ___, 2008

HELLER EHRMAN LLP

By ______________________
RICHARD DeNATALE, ESQ.
CELIA M. JACKSON, ESQ.
Attorneys for Plaintiffs and Counter-Defendants, LENSCRAFTERS, INC, and EYEXAM OF CALIFORNIA, INC.,

("Executive Risk"), UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire"), and MARKEL AMERICAN INSURANCE COMPANY ("Markel American"), as Cross-Defendants (collective, the "Cross-Defendants");

WHEREAS, LensCrafters and various of the Cross-Defendants have heretofore filed and served answers to Westchester Fire's Counter/Cross Claim;

WHEREAS, a conditional settlement has been reached by and between Westchester Fire and LensCrafters as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant action arises;

WHEREAS, said conditional settlement has obviated the need for Westchester Fire to maintain its Cross/Counter Claim, Westchester Fire desires to dismiss same without prejudice at this time in order to effectuate said conditional settlement, and that when the *Snow* settlement is finally approved, Westchester Fire will file a dismissal of same with prejudice;

NOW THEREFORE, Westchester Fire, LensCrafters, Liberty Mutual, Executive Risk, U.S. Fire, and Markel American, by and through their respective attorneys of record, do hereby stipulate that Westchester Fire may hereby dismiss its Counter/Cross Claim without prejudice.

DATED: February 12, 2008                HARRIS, GREEN & DENNISON
                                        A Professional Corporation


                                        By _____
                                           ROBERT D. DENNISON, ESQ.
                                           GARY L. GREEN, ESQ.
                                        Attorneys for Defendant, Counter-Claimant and
                                        Cross-Claimant, WESTCHESTER FIRE
                                        INSURANCE COMPANY

DATED: February 22, 2008                HELLER EHRMAN LLP


                                        By _____
                                           RICHARD DeNATALE, ESQ.
                                           CELIA M. JACKSON, ESQ.
                                        Attorneys for Plaintiffs and
                                        Counter-Defendants, LENSCRAFTERS, INC, and
                                        EYEXAM OF CALIFORNIA, INC.,

```
 1
 2   DATED: February 14    , 2008          ROSS, DIXON & BELL, LLP
 3
 4
                                            By /s/ Terrence R. McInnis
 5                                             TERRENCE R. McINNIS, ESQ.
                                               MONIQUE M. FUENTES, ESQ.
 6                                             Attorneys for Defendant and Counter-Defendant,
                                               EXECUTIVE RISK SPECIALTY INSURANCE COMPANY
 7
 8   DATED: February 14   , 2008           WILLOUGHBY, STUART & BENING
 9
10                                          By /s/ Alex F. Stuart
                                               ALEX F. STUART, ESQ.
11                                             Attorneys for Defendant and Counter-Defendant,
                                               LIBERTY MUTUAL INSURANCE COMPANY
12
13   DATED: February 22 , 2008             SQUIRE, SANDERS & DEMPSEY, L.L.P.
14
15                                          By _____
                                               MARK CRAIG GOODMAN, ESQ.
16                                             AMY ROSE, ESQ.
                                               Attorneys for Defendant and Counter-Defendant,
17                                             UNITED STATES FIRE INSURANCE COMPANY
18
19   DATED: February ____, 2008            LONG & LEVIT, LLP
20
21                                          By _____
                                               CHIP COX, ESQ.
22                                             IRENE YESOWITCH, ESQ.
                                               Attorneys for Defendant and Counter-Defendant,
23                                             MARKEL AMERICAN INSURANCE COMPANY
24
25
26
27   //
28   //
```

1

2  DATED: February ____, 2008      ROSS, DIXON & BELL, LLP

3

4

5                                   By _____
                                    TERRENCE R. McINNIS, ESQ.
6                                   MONIQUE M. FUENTES, ESQ.
                                    Attorneys for Defendant and Counter-Defendant,
7                                   EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

8  DATED: February ____, 2008      WILLOUGHBY, STUART & BENING

9

10                                  By _____
                                    ALEX F. STUART, ESQ.
11                                  Attorneys for Defendant and Counter-Defendant,
                                    LIBERTY MUTUAL INSURANCE COMPANY
12

13  DATED: February ____, 2008     SQUIRE, SANDERS & DEMPSEY, L.L.P.

14

15                                  By _____
                                    MARK CRAIG GOODMAN, ESQ.
16                                  AMY ROSE, ESQ.
                                    Attorneys for Defendant and Counter-Defendant,
17                                  UNITED STATES FIRE INSURANCE COMPANY

18

19  DATED: February 22, 2008       LONG & LEVIT, LLP

20
                                    By /s/ Irene Yesowitch
21                                  CHIP COX, ESQ.
                                    IRENE YESOWITCH, ESQ.
22                                  Attorneys for Defendant and Counter-Defendant,
                                    MARKEL AMERICAN INSURANCE COMPANY
23

24

25

26

27  //

28  //;

3

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM FOR DECLARATORY RELIEF; (PROPOSED) ORDER THEREON
Case No. C-07-2853 SBA

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the Counter-Claim and Cross-Claim of Defendant, Counter-Claimant and Cross-Claimant, Westchester Fire Insurance Company is hereby dismissed without prejudice.

DATED: February ___, 2008    _____
                                United States District Judge

4

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM FOR DECLARATORY RELIEF; (PROPOSED) ORDER THEREON
Case No. C-07-2853 SBA

## PROOF OF SERVICE

I, SHIRLEY AOKI, am employed in the aforesaid county, State of California: I am over the age of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard, Suite 1100, Los Angeles, California 90045.

On February 25, 2008, I served the following document described as:

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER
FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM
[PROPOSED] ORDER THEREON

**VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on interested parties in this action set forth below:

| | |
|---|---|
| Richard DeNatale, Esq.<br>Celia M. Jackson, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Tel.: (415) 772-6000 Fax: (415) 772-6268<br>Email: richard.denatale@hellerehrman.com<br>celia.jackson@hellerehrman.com | Attorneys for Plaintiffs, Lenscrafters, Inc.,<br>Eyexam of California, Inc. |
| Terrence R. McInnis, Esq.<br>Ross, Dixon & Bell, LLP<br>5 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Tel.: (949) 622-2700 Fax: (949) 622-2739<br>Email: tmcinnis@rdblaw.com | Attorneys for Defendant,<br>Executive Risk Specialty Insurance Company |
| Alex F. Stuart, Esq.<br>Willoughby, Stuart & Bening<br>Fairmont Plaza<br>50 West San Fernando, Suite 400<br>San Jose, CA 95113<br>Tel.: (408) 289-1972 Fax: (408) 295-6375<br>Email: afs@wshaw.net | Attorneys for Defendant,<br>Liberty Mutual Fire Insurance Company |

## SERVICE LIST CONTINUED

| | |
|---|---|
| Mark Craig Goodman, Esq.<br>Amy Rose, Esq.<br>Squire, Sanders & Dempsey, L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Tel.: (415) 954-0289 Fax: (415) 393-9887<br>Email: mgoodman@ssd.com<br>arose@ssd.com | Attorneys for Defendants,<br>U.S. Fire Insurance Company |
| Chip Cox, Esq.<br>Attorney at Law<br>465 California Street, Suite 500<br>San Francisco, CA 94104<br>Tel.: (415) 397-2222 Fax: (415) 397-6392<br>Email: chipc@longlevit.com | Attorney for Defendant,<br>Markel American Insurance Company |
| Monique M. Fuentes, Esq.<br>Ross, Dixon & Bell, LLP<br>2001 K Street, NW<br>Washington, DC 20006-1040<br>Fax: (202) 662-2190<br>Email: mfuentes@rdblaw.com | Attorneys for Defendant,<br>Executive Risk Specialty Insurance Company |

Executed on February 25, 2008, at Los Angeles, California. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*
SHIRLEY AOKI