RICHARD DeNATALE (California Bar No. 121416)
CELIA M. JACKSON (California Bar No. 124508)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  richard.denatale@hellerehrman.com
Email:  celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF
CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.,<br><br>                                   Plaintiffs,<br><br>     v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>                                   Defendants,<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-2853 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS *WITHOUT PREJUDICE* CLAIMS AGAINST DEFENDANTS LIBERTY MUTUAL FIRE INSURANCE COMPANY, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY AND WESTCHESTER FIRE INSURANCE COMPANY**<br><br>Date:  April 8, 2008<br>Time:  1:00 p.m.<br>Courtroom:  3<br>The Hon. Saundra Brown Armstrong |

1  This matter comes before the Court on the motion of plaintiffs LensCrafters, Inc. and
2 EYEXAM of California, Inc. to dismiss without prejudice plaintiffs' claims against defendants
3 Liberty Mutual Fire Insurance Company, Executive Risk Specialty Insurance Company and
4 Westchester Fire Insurance Company.
5  Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' claims against
6 Defendants Liberty Mutual Fire Insurance Company, Executive Risk Specialty Insurance Company
7 and Westchester Fire Insurance Company are hereby dismissed without prejudice.

DATED: _____                    _____
                                             UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE CLAIMS AGAINST LIBERTY MUTUAL FIRE INSURANCE CO., EXECUTIVE RISK SPECIALTY INSURANCE CO., AND WESTCHESTER FIRE INSURANCE CO., CASE NO. CV 07-2853 SBA