1  RICHARD DeNATALE (California Bar No. 121416)
   CELIA M. JACKSON (California Bar No. 124508)
2  Heller Ehrman LLP
   333 Bush Street
3  San Francisco, CA  94104-2878
4  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
5  Email:  richard.denatale@hellerehrman.com
   Email:  celia.jackson@hellerehrman.com
6
7  Attorneys for Plaintiffs
   LENSCRAFTERS, INC. and EYEXAM OF
8  CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br>                    Plaintiffs, <br><br>     v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br>                    Defendants, <br><br> AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-2853 SBA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE APRIL 23, 2008 CASE MANAGEMENT CONFERENCE** <br><br> Date:  April 15, 2008 <br> Time:  1:00 p.m. <br> Courtroom:  3 <br> The Hon. Saundra Brown Armstrong |

1  This matter comes before the Court on the motion of plaintiffs LensCrafters, Inc. and
2  EYEXAM of California, Inc. to continue the April 23, 2008 Case Management Conference for
3  approximately 90 days until after the hearing for final approval of the underlying *Snow* settlement
4  scheduled for July 11, 2008.

5  Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' motion is granted. The
6  April 23, 2008 Case Management Conference is continued until _____, 2008 at ___ . The
7  parties shall meet and confer prior to the conference and shall prepare a joint Case management
8  Conference Statement which shall be filed no later than 10 days prior to the Case Management
9  Conference that complies with the Standing Order for All Judges of the Northern District of
10 California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the
11 statement as well as for arranging the conference call. All parties shall be on the line and shall call
12 (510) 637-3559 at the above indicated date and time.

13  IT IS SO ORDERED.

15  DATED: _____    _____
                                 UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE APRIL 23, 2008 CASE MANAGEMENT CONFERENCE, CASE NO. CV 07-2853 SBA