**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | No. C 07-2853 SBA <br><br> **ORDER** |

Currently before the Court is Plaintiffs' Motion to Dismiss Without Prejudice Claims Against Defendants Liberty Mutual Fire Insurance Company, Executive Risk Specialty Insurance Company and Westchester Fire Insurance Company [Docket No. 117]. Said motion is unopposed. Having read and considered the arguments presented by Plaintiffs in the papers submitted to the Court, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants Liberty Mutual Fire Insurance Company, Executive Risk Specialty Insurance Company, and Westchester Fire Insurance Company are dismissed without prejudice pursuant to Rule 41(a)(2).

IT IS SO ORDERED.

Dated: 3/19/08

SAUNDRA BROWN ARMSTRONG
United States District Judge