IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants. | CASE No. CV-07-2853 SBA<br><br>**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:    April 15, 2008<br>Time:    1:00 P.M.<br>Courtroom: 3<br>Judge:   Hon. Saundra B. Armstrong |

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STATEMENT OF NON-OPPOSITION

(No. CV-04-01001 SBA)

1    Defendant Markel American Insurance Company does not oppose the Order plaintiffs
2 seek, to continue the Case Management Conference presently scheduled for April 23, 2008.
3 While Markel does not subscribe to all of the characterizations in plaintiffs' motion, Markel
4 agrees with the relief that plaintiffs' request.
5    As plaintiffs and United States Fire Insurance Company both note, the claims period in
6 *Snow* will close on August 4, 2008. Shortly thereafter, LensCrafters will know how much they
7 are committed to pay to individual class members under the *Snow* settlement. That information
8 may help the parties refine, highlight or eliminate potential coverage issues in this matter.
9 Consequently, it would appear most efficient to continue the Case Management Conference to
10 early September, to permit the parties to address a more settled indemnity claim. In the
11 meantime, the parties have begun serving and responding to written discovery, so there will be no
12 substantive delay in the litigation of this matter.

13   Dated: March 25, 2008                    LONG & LEVIT LLP

15                                             By    /s/
16                                                   CHIP COX
                                                     Attorneys for Defendant
17                                                   MARKEL AMERICAN
                                                     INSURANCE COMPANY

DOCS\S6560-012\546804.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1                                              (No. CV-04-01001 SBA)
STATEMENT OF NON-OPPOSITION