IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br>Defendants. | CASE No. CV-07-2853 SBA <br><br>**STIPULATION TO DISMISS, WITHOUT PREJUDICE, CROSS-COMPLAINT OF MARKEL AMERICAN INSURANCE COMPANY AGAINST CROSS-DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY** |

Cross-complainant Markel American Insurance Company ("Markel") and cross-defendant Westchester Fire Insurance Company ("Westchester") stipulate and agree as follows:

WHEREAS, Markel filed a cross-complaint in this action on July 27, 2007 against Westchester and several other cross-defendants;

WHEREAS, Westchester and the various other cross-defendants answered and denied the allegations in Markel's cross-complaint;

WHEREAS, a conditional settlement has reportedly been reached by and between Westchester and LensCrafters, Inc. and Eyexam of California, Inc., (collectively "LensCrafters")

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION TO DISMISS

(No. CV-04-01001 SBA)

as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant action arises;

WHEREAS, to facilitate Westchester's settlement agreement with LensCrafters, Markel and Westchester mutually agreed to release any claims against the other arising out of *Snow* or this action;

WHEREAS, Westchester dismissed its Counter-claim and Cross-claim against all parties in this action, without prejudice, in a Stipulation filed on February 25, 2008;

NOW THEREFORE, Markel and Westchester do hereby stipulate that Markel may hereby dismiss its Cross-Complaint against Westchester, without prejudice.

Dated: April 4, 2008                LONG & LEVIT LLP


By    /s/
    ――――――――――――――――
    CHIP COX
    Attorneys for Defendant,
    MARKEL AMERICAN
    INSURANCE COMPANY


DATED: April 4, 2008                HARRIS, GREEN & DENNISON
                                    A Professional Corporation


By    /s/
    ――――――――――――――――
    ROBERT D. DENNISON, ESQ.
    GARY L. GREEN, ESQ.
    Attorneys for Cross-Defendant,
    WESTCHESTER FIRE
    INSURANCE COMPANY

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that Markel American Insurance Company's Cross-Complaint against Westchester Fire Insurance Company is hereby dismissed without prejudice.

DATED: _____          _____
                                 UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

(No. CV-04-01001 SBA)

STIPULATION TO DISMISS