| | |
|---|---|
| 1 | Terrence R. McInnis (#155416) |
|   | (tmcinnis@rdblaw.com) |
| 2 | Monique M. Fuentes (#205501) |
|   | (mfuentes@rdblaw.com) |
| 3 | Siavash Daniel Rashtian (#228644) |
|   | (drashtian@rdblaw.com) |
| 4 | ROSS, DIXON & BELL, LLP |
|   | 5 Park Plaza, Suite 1200 |
| 5 | Irvine, California 92614-8529 |
|   | Telephone: (949) 622-2700 |
| 6 | Facsimile: (949) 622-2739 |

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
| Plaintiffs, | [Related Case No. C 04-01001 SBA] |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF EXECUTIVE RISK SPECIALTY INSURANCE COMPANY'S CROSS CLAIM AGAINST LIBERTY MUTUAL FIRE INSURANCE COMPANY AND WESTCHESTER FIRE INSURANCE COMPANY ONLY** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED COUNTER AND CROSS ACTIONS | |

COMES NOW Defendant/Cross-Claimant EXECUTIVE RISK SPECIALTY INSURANCE COMPANY ("ERSIC"), by and through its attorneys undersigned, and hereby gives notice that all claims of ERSIC against Cross-Defendants LIBERTY MUTUAL FIRE INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY only, as set forth in ERSIC's Cross-Claim filed in this action, are hereby dismissed without prejudice.

1   This Notice of Dismissal Without Prejudice is made pursuant to Rule 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure. No answer, responsive pleadings, or motion for summary judgment has been filed in response to ERSIC's Cross-Claim in this matter, and no evidence has been introduced at a hearing or trial on the Cross-Claim.

Date: April 14, 2008

Respectfully submitted,

ROSS, DIXON & BELL, LLP

/s/ Terrence R. McInnis
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant, Cross-Claimant and Cross-Defendant Executive Risk Specialty Insurance Company*