1  **ROBERT D. DENNISON, ESQ., Bar No. 127498**
   **GARY L. GREEN, ESQ., Bar No. 82218**
2  **HARRIS, GREEN & DENNISON**
   **A Professional Corporation**
3  5959 West Century Boulevard, Suite 1100
   Los Angeles, California 90045
4  Tel: (310) 665-8656 Fax: (310) 665-8659
   robertdennison@h-glaw.net
5  garygreen@h-glaw.net

6  Attorneys for Defendant, Counter-Claimant and Cross-Claimant,
   **WESTCHESTER FIRE INSURANCE COMPANY**
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  LENSCRAFTERS, INC.; and EYEXAM OF      ) CASE NO. C-07-2853 SBA
    CALIFORNIA, INC.,                      )
12                                         ) **E-FILING**
                   Plaintiffs,             )
13                                         )
         vs.                               ) **STIPULATION TO DISMISS WITHOUT**
14                                         ) **PREJUDICE WESTCHESTER FIRE**
    LIBERTY MUTUAL FIRE INSURANCE          ) **INSURANCE COMPANY'S COUNTER-**
15  COMPANY; EXECUTIVE RISK SPECIALTY      ) **CLAIM AND CROSS-CLAIM;**
    INSURANCE COMPANY; UNITED STATES       ) **[PROPOSED] ORDER THEREON**
16  FIRE INSURANCE COMPANY; MARKEL         )
    AMERICAN INSURANCE COMPANY; and        )
17  WESTCHESTER FIRE INSURANCE             )
    COMPANY,                               )
18                                         ) Courtroom:   3
                   Defendants.             ) The Hon. Saundra Brown Armstrong
19  _____)
                                           )
20  AND RELATED COUNTER AND CROSS-         )
    CLAIMS                                 )
21                                         )
                                           )
22  _____)

23      WHEREAS, on or about July 18, 2007, Defendant, Counter-Claimant and Cross-Claimant,

24  WESTCHESTER FIRE INSURANCE COMPANY ("Westchester Fire") filed and served its Counter-Claim And

25  Cross-Claim For Declaratory Relief (the "Counter/Cross Claim") against LENSCRAFTERS, INC. and EYEXAM

26  OF CALIFORNIA, INC (collectively "LensCrafters") as Counter-Defendants, and against LIBERTY MUTUAL

27  INSURANCE COMPANY ("Liberty Mutual"), EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

28

                                          1

1  ("Executive Risk"), UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire"), and MARKEL

2  AMERICAN INSURANCE COMPANY ("Markel American"), as Cross-Defendants (collective, the "Cross-

3  Defendants");

4        WHEREAS, LensCrafters and various of the Cross-Defendants have heretofore filed and served answers

5  to Westchester Fire's Counter/Cross Claim;

6        WHEREAS, a conditional settlement has been reached by and between Westchester Fire and LensCrafters

7  as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San

8  Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant action arises;

9        WHEREAS, said conditional settlement has obviated the need for Westchester Fire to maintain its

10  Cross/Counter Claim, Westchester Fire desires to dismiss same without prejudice at this time in order to effectuate

11  said conditional settlement, and that when the *Snow* settlement is finally approved, Westchester Fire will file a

12  dismissal of same with prejudice;

13        NOW THEREFORE, Westchester Fire, LensCrafters, Liberty Mutual, Executive Risk, U.S. Fire, and

14  Markel American, by and through their respective attorneys of record, do hereby stipulate that Westchester Fire

15  may hereby dismiss its Counter/Cross Claim without prejudice.

16

17  DATED:  February 12, 2008           HARRIS, GREEN & DENNISON
                                  A Professional Corporation

18

19                                By

20                                ROBERT D. DENNISON, ESQ.
                              GARY L. GREEN, ESQ.

21                                Attorneys for Defendant, Counter-Claimant and
                              Cross-Claimant, WESTCHESTER FIRE

22                                INSURANCE COMPANY

23  DATED: February ___ , 2008          HELLER EHRMAN LLP

24

25                                By

26                                RICHARD DeNATALE, ESQ.
                              CELIA M. JACKSON, ESQ.

27                                Attorneys for Plaintiffs and
                              Counter-Defendants, LENSCRAFTERS, INC, and

28                                EYEXAM OF CALIFORNIA, INC.,

("Executive Risk"), UNITED STATES FIRE INSURANCE COMPANY ("U.S. Fire"), and MARKEL

AMERICAN INSURANCE COMPANY ("Markel American"), as Cross-Defendants (collective, the "Cross-

Defendants");

WHEREAS, LensCrafters and various of the Cross-Defendants have heretofore filed and served answers

to Westchester Fire's Counter/Cross Claim;

WHEREAS, a conditional settlement has been reached by and between Westchester Fire and LensCrafters

as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et al.*, San

Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant action arises;

WHEREAS, said conditional settlement has obviated the need for Westchester Fire to maintain its

Cross/Counter Claim, Westchester Fire desires to dismiss same without prejudice at this time in order to effectuate

said conditional settlement, and that when the *Snow* settlement is finally approved, Westchester Fire will file a

dismissal of same with prejudice;

NOW THEREFORE, Westchester Fire, LensCrafters, Liberty Mutual, Executive Risk, U.S. Fire, and

Markel American, by and through their respective attorneys of record, do hereby stipulate that Westchester Fire

may hereby dismiss its Counter/Cross Claim without prejudice.

DATED:   February 12, 2008

HARRIS, GREEN & DENNISON
A Professional Corporation


By _____
ROBERT D. DENNISON, ESQ.
GARY L. GREEN, ESQ.
Attorneys for Defendant, Counter-Claimant and
Cross-Claimant, WESTCHESTER FIRE
INSURANCE COMPANY


DATED: February 22, 2008

HELLER EHRMAN LLP


By _____
RICHARD DeNATALE, ESQ.
CELIA M. JACKSON, ESQ.
Attorneys for Plaintiffs and
Counter-Defendants, LENSCRAFTERS, INC, and
EYEXAM OF CALIFORNIA, INC.,

2

1

2  DATED: February 14      , 2008          ROSS, DIXON & BELL, LLP

3

4                                          By /s/ Terrence R. McInnis

5                                             TERRENCE R. McINNIS, ESQ.
                                              MONIQUE M. FUENTES, ESQ.
6                                          Attorneys for Defendant and Counter-Defendant,
                                           EXECUTIVE RISK SPECIALTY INSURANCE COMPANY
7

8  DATED: February 14    , 2008           WILLOUGHBY, STUART & BENING

9

10                                         By /s/ Alex F. Stuart

11                                            ALEX F. STUART, ESQ.
                                           Attorneys for Defendant and Counter-Defendant,
                                           LIBERTY MUTUAL INSURANCE COMPANY
12

13  DATED: February 22, 2008              SQUIRE, SANDERS & DEMPSEY, L.L.P.

14

15                                         By

16                                            MARK CRAIG GOODMAN, ESQ.
                                              AMY ROSE, ESQ.
                                           Attorneys for Defendant and Counter-Defendant,
17                                         UNITED STATES FIRE INSURANCE COMPANY

18

19  DATED: February _____, 2008          LONG & LEVIT, LLP

20

21                                         By

22                                            CHIP COX, ESQ.
                                              IRENE YESOWITCH, ESQ.
                                           Attorneys for Defendant and Counter-Defendant,
23                                         MARKEL AMERICAN INSURANCE COMPANY

24

25

26

27  //

28  //

3

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-
CLAIM AND CROSS-CLAIM FOR DECLARATORY RELIEF; (PROPOSED) ORDER THEREON
Case No. C-07-2853 SBA

1

2   DATED: February _____, 2008          ROSS, DIXON & BELL, LLP

3

4

5                                        By _____
                                            TERRENCE R. McINNIS, ESQ.
6                                           MONIQUE M. FUENTES, ESQ.
                                         Attorneys for Defendant and Counter-Defendant,
7                                        EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

8   DATED: February _____, 2008          WILLOUGHBY, STUART & BENING

9

10                                       By _____
                                            ALEX F. STUART, ESQ.
11                                       Attorneys for Defendant and Counter-Defendant,
                                         LIBERTY MUTUAL INSURANCE COMPANY
12

13  DATED: February _____, 2008          SQUIRE, SANDERS & DEMPSEY, L.L.P.

14

15                                       By _____
                                            MARK CRAIG GOODMAN, ESQ.
16                                          AMY ROSE, ESQ.
                                         Attorneys for Defendant and Counter-Defendant,
17                                       UNITED STATES FIRE INSURANCE COMPANY

18

19  DATED: February 22, 2008             LONG & LEVIT, LLP

20

21                                       By _____
                                            CHIP COX, ESQ.
22                                          IRENE YESOWITCH, ESQ.
                                         Attorneys for Defendant and Counter-Defendant,
23                                       MARKEL AMERICAN INSURANCE COMPANY

24

25

26

27  //

28  //;

STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER FIRE INSURANCE COMPANY'S COUNTER-
CLAIM AND CROSS-CLAIM FOR DECLARATORY RELIEF; (PROPOSED) ORDER THEREON
Case No. C-07-2853 SBA

1

## ORDER

2        Good cause appearing therefor, IT IS HEREBY ORDERED that the Counter-Claim and Cross-Claim of

3    Defendant, Counter-Claimant and Cross-Claimant, Westchester Fire Insurance Company is hereby dismissed

4    without prejudice.

5

6    DATED: ~~February~~ APRIL  23, 2008        *Sandra B. Armstrong*

7                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## PROOF OF SERVICE

2

    I,   SHIRLEY AOKI, am employed in the aforesaid county, State of California:  I am over the age

3 of 18 years and not a party to the within action: my business address is 5959 West Century Boulevard,

4 Suite 1100, Los Angeles, California 90045.

5     On February 25, 2008, I served the following document described as:

6

7           STIPULATION TO DISMISS WITHOUT PREJUDICE WESTCHESTER
FIRE INSURANCE COMPANY'S COUNTER-CLAIM AND CROSS-CLAIM

8                [PROPOSED] ORDER THEREON

9 **VIA THE UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE** on

10 interested parties in this action set forth below:

11

12 Richard DeNatale, Esq.                          Attorneys for Plaintiffs, Lenscrafters, Inc.,
Celia M. Jackson, Esq.                          Eyexam of California, Inc.

13 Heller Ehrman LLP
333 Bush Street

14 San Francisco, CA  94104-2878
Tel.: (415) 772-6000 Fax: (415) 772-6268

15 Email: richard.denatale@hellerehrman.com

16 celia.jackson@hellerehrman.com

17 Terrence R. McInnis, Esq.                       Attorneys for Defendant,
Ross, Dixon & Bell, LLP                         Executive Risk Specialty Insurance Company

18 5 Park Plaza, Suite 1200

19 Irvine, CA 92614
Tel.: (949) 622-2700 Fax: (949) 622-2739

20 Email:tmcinnis@rdblaw.com

21

22 Alex F. Stuart, Esq.                            Attorneys for Defendant,
Willoughby, Stuart & Bening                     Liberty Mutual Fire Insurance Company

23 Fairmont Plaza

24 50 West San Fernando, Suite 400
San Jose, CA 95113

25 Tel.: (408) 289-1972 Fax: (408) 295-6375
Email: afs@wshaw.net

26

27

28

---

PROOF OF SERVICE-CASE NO. C-07-2853 SBA                           AS OF 12-17-07

1

## SERVICE LIST CONTINUED

2

3  Mark Craig Goodman, Esq.                    Attorneys for Defendants,
   Amy Rose, Esq.                              U.S. Fire Insurance Company
4  Squire, Sanders & Dempsey, L.L.P.
5  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
6  Tel.: (415) 954-0289 Fax: (415) 393-9887
7  Email: mgoodman@ssd.com
   arose@ssd.com

8

9  Chip Cox, Esq.                              Attorney for Defendant,
   Attorney at Law                            Markel American Insurance Company
10 465 California Street, Suite 500
   San Francisco, CA 94104
11 Tel.: (415) 397-2222 Fax: (415) 397-6392
   Email: chipc@longlevit.com
12

13 Monique M. Fuentes, Esq.                    Attorneys for Defendant,
   Ross, Dixon & Bell, LLP                    Executive Risk Specialty Insurance Company
14 2001 K Street, NW
   Washington, DC 20006-1040
15 Fax: (202) 662-2190
16 Email: mfuentes@rdblaw.com

17

18

19    Executed on February 25, 2008, at Los Angeles, California. I certify (or declare) under penalty of
   perjury under the laws of the State of California that the foregoing is true and correct.
20

21

22                              _Shirley Aoki_
                               SHIRLEY AOKI
23

24

25

26

27

28