1  IRENE K. YESOWITCH  State Bar #111575
   CHIP COX  State Bar #159681
2  LONG & LEVIT LLP
   465 California Street, Suite 500
3  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
4  iyesowitch@longlevit.com
   ChipC@longlevit.com
5

6  Attorneys for Defendant
   MARKEL AMERICAN INSURANCE COMPANY
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., | CASE No. CV-07-2853 SBA |
|----|----|----|
| 12 | | **STIPULATION TO DISMISS, WITHOUT PREJUDICE, CROSS-COMPLAINT OF MARKEL AMERICAN INSURANCE COMPANY AGAINST CROSS-DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY** |
| 13 | Plaintiffs, | |
| 14 | vs. | |
| 15 | LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, | |
| 19 | Defendants. | |

21     Cross-complainant Markel American Insurance Company ("Markel") and cross-
22 defendant Westchester Fire Insurance Company ("Westchester") stipulate and agree as follows:
23     WHEREAS, Markel filed a cross-complaint in this action on July 27, 2007 against
24 Westchester and several other cross-defendants;
25     WHEREAS, Westchester and the various other cross-defendants answered and denied
26 the allegations in Markel's cross-complaint;
27     WHEREAS, a conditional settlement has reportedly been reached by and between
28 Westchester and LensCrafters, Inc. and Eyexam of California, Inc., (collectively "LensCrafters")

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

STIPULATION TO DISMISS                                    (No. CV-04-01001 SBA)

1  as respects both this case and the underlying class action lawsuit, *Snow v. LensCrafters, Inc., et
2  al.*, San Francisco Superior Court Case No. CGC-02-40554 ("*Snow*") out of which the instant
3  action arises;

4      WHEREAS, to facilitate Westchester's settlement agreement with LensCrafters, Markel
5  and Westchester mutually agreed to release any claims against the other arising out of *Snow* or
6  this action;

7      WHEREAS, Westchester dismissed its Counter-claim and Cross-claim against all parties
8  in this action, without prejudice, in a Stipulation filed on February 25, 2008;

9      NOW THEREFORE, Markel and Westchester do hereby stipulate that Markel may
10 hereby dismiss its Cross-Complaint against Westchester, without prejudice.

11 Dated: April 4, 2008        LONG & LEVIT LLP

13         By  /s/
14         CHIP COX
           Attorneys for Defendant,
15         MARKEL AMERICAN
           INSURANCE COMPANY

17 DATED: April 4, 2008       HARRIS, GREEN & DENNISON
           A Professional Corporation

19
20         By  /s/
           ROBERT D. DENNISON, ESQ.
21         GARY L. GREEN, ESQ.
           Attorneys for Cross-Defendant,
22         WESTCHESTER FIRE
           INSURANCE COMPANY

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that Markel American Insurance Company's Cross-Complaint against Westchester Fire Insurance Company is hereby dismissed without prejudice.

DATED: 4/23/08

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

(No. CV-04-01001 SBA)

STIPULATION TO DISMISS