UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/23/08

C-07-02853 SBA           **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:** LENSCRAFTERS, INC. ET AL vs. LIBERTY MUTUAL FIRE INSURANCE COMPANY ET AL

**Atty.:** RICHARD DENATALE         IRENE YESOWITCH/ALEX STEWART
                                    DAVID GABIANELLI/AMY ROSE
         CELIA JACKSON              MONIQUE FUENTES

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R

**PROCEEDINGS**
Plt   DFT
( )   ( ) 1. **TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
           ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
( ) Order to be prepared by ( ) Plaintiff ( ) Deft ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off **12/31/08** Expert Discovery Cut-off **1/30/09**
Plft to name Experts by **12/15/08**   Deft to name Experts by **12/15/08**
All Dispositive Motions to be heard by ( Motion Cut-off) **3/3/09**
Case Continued to **4/21/09** for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due **3/31/09**   Motions in limine/objections to evidence due **4/7/09**
Responses to motions in limine and/or responses to objections to evidence due **4/14/09**
Case Continued to **4/27/09** for Trial(Court/**Jury**: **8** Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
**Notes:** MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 3/9-3/27/09 BEFORE A MAGISTRATE JUDGE.
cc: WINGS HOM VIA FAX