Terrence R. McInnis (#155416)
(tmcinnis@rdblaw.com)
Monique M. Fuentes (#205501)
(mfuentes@rdblaw.com)
Siavash Daniel Rashtian (#228644)
(drashtian@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California 92614-8529
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. <br><br> AND RELATED CROSS ACTIONS | No. C07-02853 SBA <br><br> [Related Case No. C 04-01001 SBA] <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO UNITED STATES FIRE INSURANCE COMPANY'S COUNTERCLAIM** |

WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed its Answer and Counterclaim in response to the Cross-Claim of Defendant and Cross-Claimant Executive Risk Specialty Insurance Company ("ERSIC").

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(B), ERSIC's response to U.S. Fire's Counterclaim is due August 20, 2008;

1   WHEREAS, ERSIC has requested and U.S. Fire has agreed to a 30-day extension of time
2   for ERSIC to answer or otherwise respond to the Counterclaim;
3   NOW THEREFORE, the Parties hereby STIPULATE to and REQUEST that the Court
4   grant an extension of time, to and including September 19, 2008, for ERSIC to answer or
5   otherwise respond to U.S. Fire's Counterclaim.

Date: August 19, 2008

Respectfully submitted,

ROSS, DIXON & BELL, LLP

_/s/ Terrence R. McInnis_
Terrence R. McInnis

and

Monique M. Fuentes
Siavash Daniel Rashtian

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

SQUIRE, SANDERS & DEMPSEY L.L.P.

_/s/ David A. Gabianelli_
David A. Gabianelli

and

Mark C. Goodman
Amy E. Rose
Andrew L. Chang
*Attorneys for Defendant United States Fire Insurance Company*

**IT IS SO ORDERED:**

Date: August ___, 2008

_____
Hon. Saundra Brown Armstrong
United States District Court Judge