IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | CASE No. CV-07-2853 SBA<br><br>**STIPULATION AND PROPOSED ORDER** |

WHEREAS on June 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed an Answer and Counterclaim responding to the Counterclaim of Defendant and Counter-Claimant Markel American Insurance Company ("Markel");

WHEREAS Markel's response to U.S. Fire's Counterclaim is due August 20, 2008; and

WHEREAS Markel has requested and U.S. Fire has agreed to a 30-day extension of time for Markel to respond to the Counterclaim;

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER

1  THEREFORE, Markel and U.S. Fire stipulate and agree that the time for Markel to
2  respond to U.S. Fire's Counterclaim is extended to September 19, 2008.

3

4  Dated: August 20, 2008                    LONG & LEVIT LLP

5

6                                             By  /s/ Chip Cox
7                                                CHIP COX
                                                 Attorneys for Defendant,
8                                                MARKEL AMERICAN
                                                 INSURANCE COMPANY
9

10 DATED: August 22, 2008                   SQUIRE, SANDERS & DEMPSEY L.L.P.

11

12                                            By      /s/
                                                 DAVID A. GABIANELLI
13                                               Attorneys for Defendant and Counter-
                                                 Claimant UNITED STATES FIRE
14                                               INSURANCE COMPANY

15
    IT IS SO ORDERED
16

17
    DATED: _____
18                                               HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Court Judge
19

20  DOCS\S6560-012\553198.V1

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2
STIPULATION AND PROPOSED ORDER

Case No. C 07-02853 SBA