```
IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com


Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | CASE No. CV-07-2853 SBA <br><br> **STIPULATION AND PROPOSED ORDER** |
| AND RELATED CROSS ACTIONS | |

WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed an Answer and Counterclaim responding to the Counterclaim of Defendant and Counter-Claimant Markel American Insurance Company ("Markel");

WHEREAS, Markel's response to U.S. Fire's Counterclaim was due on August 20, 2008 and extended to September 19, 2008 by stipulation between the parties and ordered by this Court; and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER

1   WHEREAS Markel has requested and U.S. Fire has agreed to another extension of time
2   for Markel to respond to the Counterclaim;

3   THEREFORE, Markel and U.S. Fire stipulate and request that this Court order that the
4   time for Markel to respond to U.S. Fire's Counterclaim is extended to October 17, 2008.

6   Dated: September 17, 2008            LONG & LEVIT LLP

8                                        By     /s/
9                                               IRENE K. YESOWITCH
                                                Attorneys for Defendant,
10                                              MARKEL AMERICAN
                                                INSURANCE COMPANY

12  Dated: September 17, 2008            SQUIRE, SANDERS & DEMPSEY L.L.P.

14                                       By     /s/
                                                ANDREW L. CHANG
15                                              Attorneys for Defendant and Counter-
                                                Claimant UNITED STATES FIRE
16                                              INSURANCE COMPANY

17  IT IS SO ORDERED

19  DATED: _____

20                                       _____
                                         HON. SAUNDRA BROWN ARMSTRONG
                                         United States District Court Judge

22  DOCS\S6560-015\554225.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2
STIPULATION AND PROPOSED ORDER

Case No. C 07-02853 SBA