SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (Cal. State Bar No. 154692)
David A. Gabianelli (Cal. State Bar No. 158170)
Amy E. Rose (Cal. State Bar No. 222167)
Andrew L. Chang (Cal. State Bar No. 222309)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mgoodman@ssd.com
Email: dgabianelli@ssd.com
Email: arose@ssd.com
Email: achang@ssd.com

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC.;<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. C-07-2853 SBA<br>The Honorable Saundra B. Armstrong<br><br>**UNITED STATES FIRE INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LENSCRAFTERS, INC.**<br><br>**(SET THREE)** |

**PROPOUNDING PARTY:**   U.S. Fire Insurance Company

**RESPONDING PARTY:**   LensCrafters, Inc.

**SET NO.:**   THREE

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant U.S. Fire
2  Insurance Company ("U.S. Fire") hereby requests that Plaintiff LensCrafters, Inc.. (hereinafter
3  "LensCrafters") produce the documents identified below within thirty (30) days after service of
4  these requests at the law offices of Squire, Sanders & Dempsey L.L.P., One Maritime Plaza, Suite
5  300, San Francisco, California 94111-3492.
6    LensCrafters is also requested to identify on a log every document withheld from
7  production on the basis of any claim of privilege, or as attorney work product, or any other
8  reason.

### DEFINITIONS

9
10   1.   "YOU" or "YOUR" mean Plaintiff LensCrafters, Inc. and any person or entity
11  who has acted or is acting on its behalf.
12   2.   "DOCUMENT" or "DOCUMENTS" shall include all DOCUMENTS and
13  "things" encompassed within the meaning of DOCUMENTS used in Rule 34(a)(1) of the Federal
14  Rules of Civil Procedure. It shall also include all electronically stored information, including
15  electronically-maintained versions (including all prior and final drafts) of any DOCUMENTS you
16  produce in hard copy, as well as any DOCUMENTS maintained solely in electronic format,
17  including but not limited to any correspondence, memoranda, emails, voice, text or instant
18  messages, electronic calendars and databases, spreadsheets or other compilations of data.
19   3.   "ALL DOCUMENTS" means every DOCUMENT within the custody, possession
20  or control of YOU and any of YOUR attorneys or any entity or person over whom YOU have
21  control or from whom YOU have the legal right to obtain documents on demand, whether an
22  original or copy, known to YOU, and every such DOCUMENT or writing which YOU can locate
23  or discover through reasonably diligent efforts.
24   4.   "COMMUNICATION(S)" means and refers to any conference, conversation,
25  correspondence, discussion, e-mail, facsimile transmission, letter, meeting, memorandum,
26  negotiation, note, telephone call, invoice, or other oral or written exchange of information
27  between or among any person(s) and/or entity(ies) whether printed, typed, handwritten,
28  electronically or otherwise recorded.

- 2 -

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

U.S. FIRE'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LENSCRAFTERS
(SET THREE)

5.  "CONCERNING" means, whether explicitly or implicitly, or in whole or in part, related to, received in conjunction with or generated as a result of the subject matter of the request, and also includes reflecting, recording, specifying, memorializing, discussing, describing, considering, constituting, embodying, evaluating, analyzing, reviewing, reporting on, commenting on, impinging upon or impacting the subject matter of the request.

6.  "POLICY" or "POLICIES" mean any liability insurance policy identified by YOU in the First Amended Complaint filed in this action.

7.  The "*SNOW* ACTION" means the litigation entitled *Melvin Gene Snow, et al. v. LensCrafters, Inc., et al.*, San Francisco Superior Court, Case No. CGC-02-405544.

8.  "CLAIM FORM" or "CLAIM FORMS" means those forms sent to the putative class members in the *SNOW* ACTION pursuant to the terms of YOUR settlement in that action, as described in the Declaration of Daniel Rosenthal in Support of Final Settlement Approval, filed by YOU in the *SNOW* ACTION on or about June 27, 2008.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 45:**

ALL DOCUMENTS CONCERNING any CLAIM FORMS submitted by members of the putative class in the *SNOW* ACTION pursuant to YOUR settlement in that action, including but not limited to the CLAIM FORMS and any memoranda or other DOCUMENT analyzing those CLAIM FORMS.

**REQUEST NO. 46:**

ALL DOCUMENTS CONCERNING COMMUNICATIONS between YOU and any administrator of any CLAIM FORMS submitted by members of the putative class in the *SNOW* ACTION pursuant to YOUR settlement in that action.

**REQUEST NO. 47:**

ALL DOCUMENTS CONCERNING COMMUNICATIONS between YOU and the *SNOW* ACTION Plaintiffs regarding any CLAIM FORMS submitted by members of the putative class in the *SNOW* ACTION pursuant to YOUR settlement in that action.

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

U.S. FIRE'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LENSCRAFTERS (SET THREE)

**REQUEST NO. 48:**

ALL DOCUMENTS CONCERNING the number of CLAIM FORMS submitted by members of the putative class in the *SNOW* ACTION who elected a cash payment pursuant to YOUR settlement in that action.

Dated: July 25, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Andrew L. Chang

Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

- 4 -

U.S. FIRE'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LENSCRAFTERS
(SET THREE)

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place. On July 25, 2008, a copy of the following document:

**UNITED STATES FIRE INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO LENSCRAFTERS, INC. (SET THREE)**

was served on:

Richard DeNatale, Esq.
Celia M. Jackson, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone:   (415) 772-6000
Facsimile:   (415) 772-6268

☒   **BY PERSONAL SERVICE VIA MESSENGER** - I caused such envelope to be served via messenger service on the interested parties in said action, at the office of the addressee, by delivering true and correct copies thereof to: First Legal, Inc., 1138 Howard St., San Francisco, California 94103.

Terrence R. McInnis, Esq.
Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614
Telephone:   (949) 622-2700
Facsimile:   (949) 622-2739

Alex F. Stuart, Esq.
Willoughby, Stuart & Bening
Fairmont Plaza
50 West San Fernando, Suite 400
San Jose, CA 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375

Chip Cox, Esq.
Long & Levitt
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:   (415) 438-4413
Facsimile:   (415) 397-6392
chipc@longlevit.com

☒   **BY FIRST CLASS MAIL** - I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service in the ordinary course of business on the same day it is processed for mailing. I caused such envelopes to be deposited in the mail at San Francisco, California. The envelopes were mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 25, 2008, at San Francisco, California.

*Tonette Danowski*
Tonette Danowski