RICHARD DeNATALE (Bar No. 121416)
CELIA M. JACKSON (Bar No. 124508)
DARREN S. TESHIMA (Bar No. 238875)
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: richard.denatale@hellerehrman.com
Email: celia.jackson@hellerehrman.com
Email: darren.teshima@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF
CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants, | Case No.: C-07-2853 SBA <br><br> **PLAINTIFF LENSCRAFTERS INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT UNITED STATES FIRE INSURANCE COMPANY'S INTERROGATORIES (SET TWO)** |

PROPOUNDING PARTY:   Defendant United States Fire Insurance Company

RESPONDING PARTY:   Plaintiff LensCrafters, Inc.

SET NO.:   Two

Pursuant to Federal Rule of Civil Procedure, Rule 33, Plaintiff LensCrafters, Inc. ("LensCrafters") hereby serves the following objections and responses to the United States Fire Insurance Company's ("U.S. Fire") Interrogatories to EYEXAM (Set Two) ("Interrogatories").

## **GENERAL OBJECTIONS**

1. LensCrafters objects to the definition of "YOU" and YOUR" as being overbroad, vague and ambiguous, and to the extent the definition encompasses documents not in the possession, custody or control of LensCrafters. LensCrafters will construe the terms "YOU" and "YOUR" to mean LensCrafters, Inc. only.

2. LensCrafters objects to these Interrogatories to the extent they seek information or documents beyond the scope of discovery contemplated by the Federal Rules.

3. LensCrafters has not yet completed its investigation of the facts related to this case and has not completed discovery in this action. LensCrafters responds to these Interrogatories on the basis of information presently known at the time of its responses, and within the limits and subject to the objections set forth herein.

4. By objecting to and/or responding to these Interrogatories, LensCrafters does not concede the relevancy or materiality of any particular Interrogatory or the subjects to which the Interrogatories refer.

5. LensCrafters has construed these Interrogatories in a manner consistent with the Federal Rules of Civil Procedure, as well as other applicable law.

6. LensCrafters objects to these Interrogatories to the extent that they seek information protected from discovery by the attorney-client privilege, the work-product doctrine, or other similar protection from production. LensCrafters will not produce any such information and inadvertent disclosure by LensCrafters of such information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to such information, or of LensCrafters' rights to object to the use of any such information during this litigation or otherwise.

7. LensCrafters objects to these Interrogatories to the extent they seek information that is privileged and protected from discovery pursuant to applicable privileges related to settlement and mediation. LensCrafters will not produce any such information, and inadvertent disclosure by

LensCrafters of such information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to such information, or of LensCrafters' rights to object to the use of any such information during this litigation or otherwise.

8. LensCrafters objects to these Interrogatories to the extent that they seek private and/or confidential information of LensCrafters' customers, the disclosure of which would violate these customers' right to privacy. LensCrafters will not produce any such information and inadvertent disclosure by LensCrafters of such information shall not constitute a waiver of any privilege or any other ground for objecting to discovery with respect to such information, or of LensCrafters' rights to object to the use of any such information during this litigation or otherwise.

9. LensCrafters objects to these Interrogatories to the extent that they seek information that is proprietary, commercially sensitive, trade secret, confidential, private, or otherwise protected from disclosure and to the extent LensCrafters discloses such information, it will only do so subject to the April 18, 2008 Stipulation and Protective Order in this action.

10. LensCrafters objects to these Interrogatories on the grounds that they are overly broad, burdensome, oppressive, and seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 16:**

State the aggregate number of CLAIM FORMS submitted by putative class members in the *SNOW* ACTION that elected a cash payment pursuant to the terms of YOUR settlement in that action.

**RESPONSE TO INTERROGATORY NO. 16:**

LensCrafters incorporates its general objections as if fully set forth herein. LensCrafters objects to this request as premature, as LensCrafters has not yet obtained the final number of settlement claimants. LensCrafters further objects to this request on the grounds that disclosure of information related to the settlement of the *SNOW* ACTION before that settlement is final may prejudice LensCrafters by undermining the settlement. LensCrafters further objects on the basis that the request seeks confidential and proprietary information, including private and confidential

information regarding LensCrafters' customers, the disclosure of which may violate the customers' right to privacy. LensCrafters further objects to this request on the basis that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 17:**

STATE ALL FACTS that support YOUR response to Interrogatory No. 16.

**RESPONSE TO INTERROGATORY NO. 17:**

LensCrafters incorporates its objections and response to Interrogatory No. 16 as though fully set forth herein.

**INTERROGATORY NO. 18:**

State the aggregate number of putative class members who submitted CLAIM FORMS in the *SNOW* ACTION electing a cash payment in settlement of that action, whose claims were based, in whole or in part, on visits to YOU that occurred between January 1, 2000 and February 1, 2001.

**RESPONSE TO INTERROGATORY NO. 18:**

LensCrafters incorporates its general objections as if fully set forth herein. LensCrafters objects to this request as premature, as LensCrafters has not yet obtained the final number of settlement claimants. LensCrafters further objects to this request on the grounds that disclosure of information related to the settlement of the *SNOW* ACTION before that settlement is final may prejudice LensCrafters by undermining the settlement. LensCrafters further objects on the basis that the request seeks confidential and proprietary information, including private and confidential information regarding LensCrafters' customers, the disclosure of which may violate the customers' right to privacy. LensCrafters further objects to this request on the basis that it seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO. 19:**

STATE ALL FACTS that support YOUR response to Interrogatory No. 18.

**RESPONSE TO INTERROGATORY NO. 19:**

LensCrafters incorporates its objections and response to Interrogatory No. 18 as though fully set forth herein.

Dated: August 25, 2008                              HELLER EHRMAN LLP

                                                    By _____
                                                        Darren S. Teshima

                                                    Attorneys for Plaintiffs
                                                    LENSCRAFTERS, INC. and EYEXAM OF
                                                    CALIFORNIA, INC.

---

4

LENSCRAFTERS' OBJECTIONS AND RESPONSES TO UNITED STATES FIRE INSURANCE COMPANY'S
INTERROGATORIES (SET TWO); CASE NO. C-07-2853 SBA