RICHARD DeNATALE (Bar No. 121416)
CELIA M. JACKSON (Bar No. 124508)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email:  richard.denatale@hellerehrman.com
Email:  celia.jackson@hellerehrman.com

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, EXECUTIVE RISK SPECIALTY INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants,<br><br>AND RELATED COUNTER- AND CROSS-CLAIMS. | Case No.:  C-07-02853 SBA<br><br>**STIPULATION AND  ORDER DISMISSING CERTAIN CLAIMS, COUNTER-CLAIMS AND CROSS-CLAIMS *WITHOUT PREJUDICE*** |

The parties to this action hereby stipulate to the following matters and request the Court to enter an Order dismissing certain claims, counter-claims, and cross-claims without prejudice, as set forth below.

A.     In this action, Plaintiffs LensCrafters, Inc. and EYEXAM of California, Inc. (together, "LensCrafters") seek insurance coverage for claims asserted against them in a class action lawsuit entitled *Snow, et al. v. LensCrafters, Inc., et al.,* San Francisco Superior Court Case No. CGC-02-405544 ("*Snow*").  On May 31, 2007, LensCrafters filed a Complaint for Declaratory Relief against its insurers, Liberty Mutual Fire Insurance Company ("Liberty"), Executive Risk Specialty Insurance Company ("ERSIC"), Westchester Fire Insurance Company ("Westchester"), United States Fire Insurance Company ("U.S. Fire") and Markel American Insurance Company ("Markel).  All defendants other than U.S. Fire filed answers to the complaint.

B.     Markel filed counter-claims against LensCrafters and cross-claims against the other insurers.  ERSIC also filed cross-complaints against the other insurers.  Westchester filed counter-claims against LensCrafters and cross-complaints against the other insurers.

C.     On October 2, 2007, LensCrafters filed a First Amended Complaint, which alleged additional claims for relief.  ERSIC filed an answer to the First Amended Complaint.  Westchester, U.S. Fire and Markel moved to dismiss the Second and Third Claims for Relief in the First Amended Complaint.  On February 8, 2008, Westchester withdrew its motion to dismiss.  On February 11, 2008, the Court granted the motions of U.S. Fire and Markel and dismissed the Second and Third Claims for Relief.

D.     On March 3, 2008, U.S. Fire filed an answer to the amended complaint.  On July 31, 2008, U.S. Fire filed answers to the cross-complaints of ERSIC and Markel and counter-claims against ERSIC and Markel.

E.     LensCrafters has reached a settlement with the plaintiffs in *Snow*.  On August 6, 2008, the Court hearing the *Snow* case entered an Order Granting Final Approval of Settlement, Dismissing Action With Prejudice, and Directing Judgment To Be Entered.  The Court entered a judgment on the same date.

F.     Earlier this year, Liberty, ERSIC and Westchester consented to the *Snow* settlement.

1

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS, COUNTER-CLAIMS AND CROSS-CLAIMS WITHOUT PREJUDICE, CASE NO. C-07-02853 SBA

LensCrafters entered into written settlement agreements with those insurers, pursuant to which Liberty and ERSIC agreed to contribute to the *Snow* settlement fund and Westchester agreed to pay money to LensCrafters.

      G.      On March 20, 2008, this Court granted LensCrafters' motion to dismiss its claims against Liberty, ERSIC and Westchester.  The Court dismissed Westchester's claims against LensCrafters and the other insurers on February 26, 2008, and Markel's claims against Westchester on April 24, 2008.  ERSIC's claims against Liberty and Westchester were dismissed on April 14, 2008.  The above dismissals were without prejudice.  Due to these dismissals, Westchester is no longer a party to this litigation.

      H.      LensCrafters has now reached a written settlement with Markel, pursuant to which Markel has consented to the *Snow* settlement and agreed to pay money to LensCrafters, and the parties have released claims against one another.  As part of the settlement, LensCrafters has agreed to file a dismissal of its claims against Markel without prejudice, and Markel has agreed to file a dismissal of its counter-claims against LensCrafters without prejudice.  When the *Snow* settlement becomes final, as defined in the *Snow* settlement agreement, the parties will file dismissals with prejudice.

      I.      As part of the settlement, Markel has assigned to LensCrafters rights that Markel has or may have against U.S. Fire related to the *Snow* action, including claims for contribution, subrogation and indemnity (the "Assigned Claims").

      J.      Markel also wishes to dismiss its cross-claims against Liberty, ERSIC and U.S. Fire without prejudice.  Markel's dismissal without prejudice of its cross-claims against U.S. Fire is not intended to release the Assigned Claims or in any way impair LensCrafters' right to pursue the Assigned Claims.

      THEREFORE, LensCrafters, Liberty, ERSIC, Markel and U.S. Fire, by and through their attorneys of record, stipulate that:

      1.      LensCrafters may dismiss all claims against Markel *without prejudice*;

      2.      Markel may dismiss all counter-claims against LensCrafters *without prejudice*;

      3.      Markel may dismiss all cross-claims against Liberty, ERSIC and U.S. Fire *without*

*prejudice*; and

    4.    The parties agree that the dismissal of Markel's claims against U.S. Fire is not a dismissal of the Assigned Claims.

DATED: September 24, 2008    HELLER EHRMAN LLP

    By _/s/ Celia M. Jackson_
        Celia M. Jackson
    Attorneys for Plaintiffs
    LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

DATED: September 24, 2008    WILLOUGHBY, STUART & BENING

    By _/s/ Alexander F. Stuart_
        Alexander F. Stuart
    Attorneys for Defendant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: September 24, 2008    ROSS, DIXON & BELL, LLP

    By _/s/ Monique Fuentes_
        Monique Fuentes
    Attorneys for Defendant
    EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

DATED: September 24, 2008    LONG & LEVIT LLP

    By _/s/ Chip Cox_
        Chip Cox
    Attorneys for Defendant
    MARKEL AMERICAN INSURANCE COMPANY

DATED: September 24, 2008    SQUIRE SANDERS & DEMPSEY L.L.P.

    By _/s/ David A. Gabianelli_
        David A. Gabianelli
    Attorneys for Defendant
    UNITED STATES FIRE INSURANCE COMPANY

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1. LensCrafters' claims against Markel are dismissed *without prejudice*;

2. Markel's counter-claims against LensCrafters are dismissed *without prejudice,* and

3. Markel's cross-claims against Liberty, ERSIC and U.S. Fire are dismissed *without prejudice.*

DATED: 10/7/08

_____
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS, COUNTER-CLAIMS AND CROSS-CLAIMS WITHOUT PREJUDICE, CASE NO. C-07-02853 SBA