1   IRENE K. YESOWITCH  State Bar #111575
    CHIP COX  State Bar #159681
2   LONG & LEVIT LLP
    465 California Street, Suite 500
3   San Francisco, CA  94104
    TEL: (415) 397-2222   FAX: (415) 397-6392
4   iyesowitch@longlevit.com
    ChipC@longlevit.com
5

6   Attorneys for Defendant
    MARKEL AMERICAN INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  LENSCRAFTERS, INC.; and EYEXAM OF        CASE No. CV-07-2853 SBA
    CALIFORNIA, INC.,
12                                            **STIPULATION AND  ORDER**
                          Plaintiffs,
13
           vs.
14
    LIBERTY MUTUAL FIRE INSURANCE
15  COMPANY; EXECUTIVE RISK
    SPECIALTY INSURANCE COMPANY;
16  UNITED STATES FIRE INSURANCE
    COMPANY; MARKEL AMERICAN
17  INSURANCE COMPANY; and
    WESTCHESTER FIRE INSURANCE
18  COMPANY,

19                          Defendants.

20  ─────────────────────────────────
    AND RELATED CROSS ACTIONS
21

22          WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire

23  Insurance Company ("U.S. Fire") filed an Answer and Counterclaim responding to the

24  Counterclaim of Defendant and Counter-Claimant Markel American Insurance Company

25  ("Markel");

26          WHEREAS, Markel's response to U.S. Fire's Counterclaim was due on August 20, 2008

27  and extended to September 19, 2008 by stipulation between the parties and ordered by this

28  Court; and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER

1    WHEREAS Markel has requested and U.S. Fire has agreed to another extension of time

2  for Markel to respond to the Counterclaim;

3    THEREFORE, Markel and U.S. Fire stipulate and request that this Court order that the

4  time for Markel to respond to U.S. Fire's Counterclaim is extended to October 17, 2008.

5

6  Dated:  September 17, 2008                    LONG & LEVIT LLP

7

8                                                By        /s/
                                                          _____
9                                                         IRENE K. YESOWITCH
                                                         Attorneys for Defendant,
10                                                        MARKEL AMERICAN
                                                         INSURANCE COMPANY
11

12  Dated:  September 17, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.

13

14                                               By        /s/
                                                          _____
15                                                        ANDREW L. CHANG
                                                         Attorneys for Defendant and Counter-
16                                                       Claimant UNITED STATES FIRE
                                                         INSURANCE COMPANY

17  IT IS SO ORDERED

18

19
    DATED: 10/7/08                               _____
20                                               HON. SAUNDRA BROWN ARMSTRONG
                                                 United States District Court Judge
21

22  DOCS\S6560-015\554225.V1

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

STIPULATION AND PROPOSED ORDER

Case No. C 07-02853 SBA