Terrence R. McInnis (#155416)
    (tmcinnis@rdblaw.com)
Monique M. Fuentes (#205501)
    (mfuentes@rdblaw.com)
Siavash Daniel Rashtian (#228644)
    (drashtian@rdblaw.com)
ROSS, DIXON & BELL, LLP
5 Park Plaza, Suite 1200
Irvine, California  92614-8529
Telephone:  (949) 622-2700
Facsimile:  (949) 622-2739

*Attorneys for Defendant Executive Risk Specialty Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | No. C07-02853 SBA<br><br>[Related Case No. C 04-01001 SBA]<br><br>**STIPULATION AND [ORDER EXTENDING TIME FOR EXECUTIVE RISK SPECIALTY INSURANCE COMPANY TO RESPOND TO UNITED STATES FIRE INSURANCE COMPANY'S COUNTERCLAIM** |

WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed its Answer and Counterclaim in response to the Cross-Claim of Defendant and Cross-Claimant Executive Risk Specialty Insurance Company ("ERSIC").

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(B), ERSIC's response to U.S. Fire's Counterclaim was initially due August 20, 2008;

WHEREAS, ERSIC was granted an extension of time to and including September 19, 2008 in which to respond to the Counterclaim;

WHEREAS, ERSIC and U.S. Fire have reached an agreement in principle that will result in the dismissal without prejudice of U.S. Fire's Counterclaim against ERSIC and ERSIC's Cross-Claim against U.S. Fire;

WHEREAS, U.S. Fire has agreed to grant an additional extension of time for ERSIC to answer or otherwise respond to the Counterclaim while the aforementioned agreement is documented and the stipulation of dismissal is prepared;

NOW THEREFORE, ERSIC and U.S. Fire hereby STIPULATE to and REQUEST that the Court grant an extension of time, to and including October 17, 2008, for ERSIC to answer or otherwise respond to U.S. Fire's Counterclaim.

Date: September 19, 2008                    Respectfully submitted,

ROSS, DIXON & BELL, LLP

  /s/ Terrence R. McInnis
Terrence R. McInnis
*Attorneys for Defendant Executive Risk Specialty Insurance Company*

SQUIRE, SANDERS & DEMPSEY L.L.P.

  /s/ David A. Gabianelli
David A. Gabianelli
*Attorneys for Defendant United States Fire Insurance Company*

**IT IS SO ORDERED:**

Date: October 7, 2008                       *[signature]*
                                            Hon. Saundra Brown Armstrong
                                            United States District Court Judge