IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendants. | CASE No. CV-07-2853 SBA <br><br> **STIPULATION AND  ORDER** |
| AND RELATED CROSS ACTIONS | |

WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed an Answer and Counterclaim responding to the Counterclaim of Defendant and Counter-Claimant Markel American Insurance Company ("Markel");

WHEREAS, Markel's response to U.S. Fire's Counterclaim was initially extended to September 19, and extended again to October 17, 2008 by stipulation between the parties and ordered by this court; and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER

1   WHEREAS Markel has requested and U.S. Fire has agreed to another extension of time
2   for Markel to respond to the Counterclaim;
3   THEREFORE, Markel and U.S. Fire stipulate and agree that the time for Markel to
4   respond to U.S. Fire's Counterclaim is extended to November 17, 2008.

Dated: October 17, 2008                LONG & LEVIT LLP


                                       By    /s/
                                          CHIP COX
                                          Attorneys for Defendant,
                                          MARKEL AMERICAN
                                          INSURANCE COMPANY


DATED: October___, 2008                SQUIRE, SANDERS & DEMPSEY L.L.P.


                                       By    /s/
                                          DAVID A. GABIANELLI
                                          Attorneys for Defendant and Counter-
                                          Claimant UNITED STATES FIRE
                                          INSURANCE COMPANY

IT IS SO ORDERED


DATED: _10/17/08                       /s/ Saundra B. Armstrong
                                       HON. SAUNDRA BROWN ARMSTRONG
                                       United States District Court Judge

DOCS\S6560-012\553198.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

Case No. C 07-02853 SBA
STIPULATION AND PROPOSED ORDER