IRENE K. YESOWITCH  State Bar #111575
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
ChipC@longlevit.com

Attorneys for Counterclaim Defendant
MARKEL AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENSCRAFTERS, INC.; and EYEXAM OF CALIFORNIA, INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　vs. <br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY; and WESTCHESTER FIRE INSURANCE COMPANY, <br><br>　　　　　　　　Defendants. <br><br>AND RELATED CROSS ACTIONS | CASE No. CV-07-2853 SBA <br><br>**STIPULATION TO DISMISS, WITHOUT PREJUDICE, COUNTERCLAIM OF UNITED STATES FIRE INSURANCE COMPANY** |

　　　　Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") and Counterclaim Defendant Markel American Insurance Company ("Markel") stipulate and agree as follows:

　　　　WHEREAS, on July 31, 2008, Defendant and Counter-Claimant United States Fire Insurance Company ("U.S. Fire") filed an Answer and Counterclaim responding to the Counterclaim of Defendant and Counter-Claimant Markel American Insurance Company ("Markel");

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER

WHEREAS, U.S. Fire and Markel have reached a Tolling Agreement regarding the claims made in U.S. Fire's Counterclaim, in which U.S. Fire agreed to dismiss, without prejudice, its Counterclaim against Markel;

NOW THEREFORE, U.S. Fire and Markel stipulate that U.S. Fire may and hereby does dismiss its Counterclaim against Markel, without prejudice.

Dated:  November 4, 2008                    LONG & LEVIT LLP

By    /s/
CHIP COX
Attorneys for Counterclaim Defendant
MARKEL AMERICAN
INSURANCE COMPANY

DATED:  November 4, 2008                    SQUIRE, SANDERS & DEMPSEY L.L.P.

By    /s/
DAVID A. GABIANELLI
Attorneys for Defendant and Counter-Claimant UNITED STATES FIRE INSURANCE COMPANY

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2
STIPULATION AND PROPOSED ORDER

Case No. C 07-02853 SBA

# ORDER

For good cause, IT IS HEREBY ORDERED that United States Fire Insurance Company's Counterclaim against Markel American Insurance Company is hereby dismissed without prejudice.

DATED: 11/13/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

DOCS\S6560-012\556209.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

Case No. C 07-02853 SBA

STIPULATION AND PROPOSED ORDER