1  Terrence R. McInnis (#155416)
       (tmcinnis@rdblaw.com)
2  Monique M. Fuentes (#205501)
       (mfuentes@rdblaw.com)
3  Siavash Daniel Rashtian (#228644)
       (drashtian@rdblaw.com)
4  ROSS, DIXON & BELL, LLP
   5 Park Plaza, Suite 1200
5  Irvine, California 92614-8529
   Telephone: (949) 622-2700
6  Facsimile: (949) 622-2739

7  *Attorneys for Defendant*
   *Executive Risk Specialty Insurance Company*
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   LENSCRAFTERS, INC., and EYEXAM OF          No. C07-02853 SBA
12 CALIFORNIA, INC.,
                                              [Related Case No. C 04-01001 SBA]
13                 Plaintiffs,
                                              **STIPULATION AND [PROPOSED]**
14        v.                                  **ORDER DISMISSING CERTAIN**
                                              **COUNTERCLAIMS AND CROSS-**
15 LIBERTY MUTUAL FIRE INSURANCE              **CLAIMS *WITHOUT PREJUDICE***
   COMPANY; EXECUTIVE RISK SPECIALTY
16 INSURANCE COMPANY; UNITED STATES
   FIRE INSURANCE COMPANY; MARKEL
17 AMERICAN INSURANCE COMPANY and
   WESTCHESTER FIRE INSURANCE
18 COMPANY,

19                 Defendants.

20 AND RELATED CROSS ACTIONS

21

22
          Pursuant to Fed. R. Civ. P. 41(a), the parties to this action hereby stipulate as set forth
23
   below.
24
          WHEREAS, on September 4, 2007, defendant/cross-claimant Executive Risk Specialty
25
   Insurance Company ("ERSIC") filed a Counterclaim against Plaintiff/Counter-Defendants
26
   LensCrafters, Inc. and EYEXAM of California, Inc. (collectively "LensCrafters") and a Cross-
27
   Complaint against Liberty Mutual Fire Insurance Company ("Liberty"), United States Fire
28

1   Insurance Company ("U.S. Fire"), Markel American Insurance Company ("Markel") and

2   Westchester Fire Insurance Company ("Westchester") in this matter;

3       WHEREAS, ERSIC previously dismissed its Counterclaim against LensCrafters and its

4   Cross-Complaint as against Liberty and Westchester;

5       WHEREAS, on July 31, 2008, defendant and counter-claimant U.S. Fire filed an Answer

6   and Counterclaim in response to ERSIC's Cross-Complaint.

7       WHEREAS, ERSIC and U.S. Fire have agreed to dismiss their respective claims against

8   each other without prejudice, pursuant to a tolling agreement, in order to avoid potentially

9   unnecessary litigation costs;

10       NOW THEREFORE, is it hereby STIPULATED by and between the remaining parties to

11   the present action, through their attorneys of record, that

12       (1) ERSIC's September 4, 2007 Cross-Complaint is and shall be DISMISSED *without*

13   *prejudice* as to U.S. Fire, and

14       (2) U.S. Fire's July 31, 2008 Counterclaim against ERSIC is and shall be DISMISSED

15   *without prejudice* as to ERSIC.

16

17   DATED: November 2̲0̲ 2008      ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19                             By

20                               Darren Teshima
                            Attorneys for Plaintiffs

21                               LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA,
                            INC.

22

23   DATED: November __, 2008      ROSS, DIXON & BELL, LLP

24

25                             By
                            Terrence R. McInnis

26                               Attorneys for Defendant
                            EXECUTIVE RISK SPECIALTY INSURANCE

27                               COMPANY

28

---

862587 v 1

                                  Stipulation of Dismissal
                                    (No. C 07 2853 SBA)

1 Insurance Company ("U.S. Fire"), Markel American Insurance Company ("Markel") and

2 Westchester Fire Insurance Company ("Westchester") in this matter;

3   WHEREAS, ERSIC previously dismissed its Counterclaim against LensCrafters and its

4 Cross-Complaint as against Liberty and Westchester;

5   WHEREAS, on July 31, 2008, defendant and counter-claimant U.S. Fire filed an Answer

6 and Counterclaim in response to ERSIC's Cross-Complaint.

7   WHEREAS, ERSIC and U.S. Fire have agreed to dismiss their respective claims against

8 each other without prejudice, pursuant to a tolling agreement, in order to avoid potentially

9 unnecessary litigation costs;

10   NOW THEREFORE, is it hereby STIPULATED by and between the remaining parties to

11 the present action, through their attorneys of record, that

12   (1) ERSIC's September 4, 2007 Cross-Complaint is and shall be DISMISSED *without*

13 *prejudice* as to U.S. Fire, and

14   (2) U.S. Fire's July 31, 2008 Counterclaim against ERSIC is and shall be DISMISSED

15 *without prejudice* as to ERSIC.

16

17 DATED: November __, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP

18

19            By _____

             Darren Teshima

20              Attorneys for Plaintiffs

             LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA,

21              INC.

22

23 DATED: December 11, 2008     ROSS, DIXON & BELL, LLP

24

25            By */s/* Terrence R. McInnis

             Terrence R. McInnis

26              Attorneys for Defendant

             EXECUTIVE RISK SPECIALTY INSURANCE

27              COMPANY

28

862587 v 1                      Stipulation of Dismissal

2                     (No. C 07 2853 SBA)

1  DATED: December 11, 2008          LONG & LEVIT LLP

2

3                                    By  /s/ Chip Cox
                                         Chip Cox
4                                    Attorneys for Defendant
5                                    MARKEL AMERICAN INSURANCE COMPANY

6

7  DATED: December 11, 2008          SQUIRE SANDERS & DEMPSEY L.L.P.

8

9                                    By  /s/ Amy Rose
                                         Amy E. Rose
10                                   Attorneys for Defendant
                                     UNITED STATES FIRE INSURANCE COMPANY
11

12                                   **ORDER**

13         Good cause appearing, IT IS HEREBY ORDERED that:

14         1.      ERSIC's September 4, 2007 Cross-Complaint is and shall be DISMISSED *without*

15  *prejudice* as to U.S. Fire, and

16         2.      U.S. Fire's July 31, 2008 Counterclaim against ERSIC is and shall be

17  DISMISSED *without prejudice* as to ERSIC.

18

19  DATED:  1/9/09

20                                             _Sandra B. Armstrong_
                                               UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

862587 v 1

                                            3