1  RICHARD DENATALE (Bar No. 121416)
   rdenatale@orrick.com
2  DARREN S. TESHIMA (Bar No. 238875)
   dteshima@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Attorneys for Plaintiffs
7  LENSCRAFTERS, INC. and EYEXAM OF
   CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTER- AND CROSS- CLAIMS. | Case No.  C-07-2853 SBA <br><br> Assigned to Chief Magistrate Judge James Larson for All Discovery Purposes <br><br> **STIPULATION AND ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' CLAIMS AGAINST DEFENDANT UNITED STATES FIRE INSURANCE COMPANY** |

        Plaintiffs LensCrafters, Inc. and EYEXAM of California, Inc. (together, "LensCrafters") and Defendant United States Fire Insurance Company ("U.S. Fire") hereby stipulate to the following matters and respectfully request that the Court enter an order dismissing LensCrafters' claims against U.S. Fire *with prejudice*, as set forth below.

        A.    In this action, Plaintiffs seek insurance coverage for claims asserted against them in a class action lawsuit entitled *Snow, et al. v. LensCrafters, Inc., et al.,* San Francisco Superior Court Case No. CGC-02-405544 ("*Snow*").  The *Snow* action plaintiffs, on behalf of a class of more than one million customers, alleged that LensCrafters violated California's Confidentiality of Medical Information Act ("COMIA") by disclosing private medical information.  After years of negotiations, LensCrafters reached a settlement with the plaintiffs in *Snow*.  The *Snow* settlement was approved by the Superior Court and became effective on October 11, 2008.

        B.    In this action, LensCrafters asserted claims against U.S. Fire regarding its obligations under its insurance policies to indemnify LensCrafters and settle the *Snow* action. U.S. Fire denied these claims.

        C.    After extensive negotiations, LensCrafters and U.S. Fire have reached a settlement.  Pursuant to the settlement, LensCrafters has agreed to dismiss its claims against U.S. Fire with prejudice.

\\\

\\\

\\\

\\\

\\\

THEREFORE, LensCrafters and U.S. Fire, by and through their attorneys of record, stipulate that LensCrafters may dismiss all claims against U.S. Fire *with prejudice*.

DATED:  February 5, 2009    ORRICK, HERRINGTON & SUTCLIFFE LLP

By */s/ Richard DeNatale*
   Richard DeNatale
Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

DATED:  February 5, 2009    SQUIRE, SANDERS & DEMPSEY LLP

By */s/ Mark C. Goodman*
   Mark C. Goodman
Attorneys for Defendant
UNITED STATES FIRE INSURANCE COMPANY

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Plaintiffs LensCrafters, Inc. and EYEXAM of California, Inc.'s claims against Defendant United States Fire Insurance Company are *dismissed with prejudice*.

DATED: 2/6/09

_____
UNITED STATES DISTRICT JUDGE