RICHARD DENATALE (Bar No. 121416)
rdenatale@orrick.com
DARREN S. TESHIMA (Bar No. 238875)
dteshima@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTER- AND CROSS- CLAIMS. | Case No.  C-07-2853 SBA <br><br> Assigned to Chief Magistrate Judge James Larson for All Discovery Purposes <br><br> **STIPULATION AND  ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE** |

The undersigned parties to this action hereby stipulate to the following matters and respectfully request that the Court to enter an order dismissing certain claims *with prejudice*, as set forth below.

A. In this action, Plaintiffs LensCrafters, Inc. and EYEXAM of California, Inc. (together, "LensCrafters") seek insurance coverage for claims asserted against them in a class action lawsuit entitled *Snow, et al. v. LensCrafters, Inc., et al.,* San Francisco Superior Court Case No. CGC-02-405544 ("*Snow*"). The *Snow* action plaintiffs, on behalf of a class of more than one million customers, alleged that LensCrafters violated California's Confidentiality of Medical Information Act ("COMIA") by disclosing private medical information.

B. After years of negotiations, LensCrafters reached a settlement with the plaintiffs in *Snow*. The *Snow* settlement became effective on October 11, 2008. Each of the defendant insurers, with the exception of United States Fire Insurance Company ("U.S. Fire"), has consented to the settlement. In connection with the *Snow* settlement, LensCrafters has signed settlement agreements with each of the defendant insurers, with the exception of U.S. Fire. Specifically, LensCrafters has settled with Liberty Mutual Fire Insurance Company ("Liberty"), Executive Risk Specialty Insurance Company ("ERSIC"), Westchester Fire Insurance Company ("Westchester"), and Markel American Insurance Company ("Markel").

C. Pursuant to these settlement agreements, LensCrafters, Liberty, ERSIC, Westchester, and Markel agreed to dismiss certain claims against certain parties without prejudice. The Court dismissed these claims without prejudice in orders dated March 19, 2008, April 23, 2008 and October 7, 2008 (Docket Nos. 124, 136, 137, 149).

D. The settlement agreements further provided that the parties would file dismissals with prejudice. Accordingly, LensCrafters, Liberty, ERSIC, Westchester, and Markel now seek to dismiss certain claims against each other with prejudice.

E. As part of LensCrafters's settlement with Markel, Markel has assigned to LensCrafters rights that Markel has or may have against U.S. Fire related to the *Snow* action, including claims for contribution, subrogation and indemnity (the "Assigned Claims"). The Assigned Claims are unaffected by this stipulation.

Stipulation and [Proposed] Order Dismissing with Prejudice Certain Claims   1   CASE NO. C-07-2853 SBA

THEREFORE, LensCrafters, Liberty, ERSIC, Westchester, and Markel, by and through their attorneys of record, stipulate that:

1. LensCrafters may dismiss all claims against Liberty *with prejudice*;
2. LensCrafters may dismiss all claims against ERSIC *with prejudice*;
3. LensCrafters may dismiss all claims against Westchester *with prejudice*;
4. LensCrafters may dismiss all claims against Markel *with prejudice*.
5. Westchester may dismiss all claims against LensCrafters *with prejudice*;
6. Markel may dismiss all claims against LensCrafters *with prejudice*;

DATED: November 7, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP

By  */s/ Richard DeNatale*_____
      Richard DeNatale
Attorneys for Plaintiffs
LENSCRAFTERS, INC. and EYEXAM OF CALIFORNIA, INC.

DATED: November 20, 2008    WILLOUGHBY, STUART & BENING

By  */s/ Alexander F. Stuart*___
      Alexander F. Stuart
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

DATED: November 10, 2008    ROSS, DIXON & BELL, LLP

By  */s/ Monique Fuentes*_____
      Monique Fuentes
Attorneys for Defendant
EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

DATED: February 11, 2009    LONG & LEVIT LLP

By  */s/ Irene Yesowitch*_____
      Irene Yesowitch
Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | DATED: November 14, 2008 | HARRIS, GREEN & DENNISON |
| 2 | | |
| 3 | | By  /s/ Robert D. Dennison<br>     Robert D. Dennison<br>Attorneys for Defendant |
| 4 | | WESTCHESTER FIRE INSURANCE COMPANY |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1. LensCrafters's claims against Liberty are *dismissed with prejudice*;
2. LensCrafters's claims against ERSIC are *dismissed with prejudice*;
3. LensCrafters's claims against Westchester are *dismissed with prejudice*;
4. LensCrafters's claims against Markel are *dismissed with prejudice*;
5. Westchester's claims against LensCrafters are *dismissed with prejudice*;
6. Markel's claims against LensCrafters are *dismissed with prejudice*.

DATED: 2/17/09

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE