1  Terrence R. McInnis (#155416)
      (tmcinnis@rdblaw.com)
2  Monique M. Fuentes (#205501)
      (mfuentes@rdblaw.com)
3  Siavash Daniel Rashtian (#228644)
      (drashtian@rdblaw.com)
4  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1200
5  Irvine, California 92614-8529
   Telephone: (949) 622-2700
6  Facsimile: (949) 622-2739

7  *Attorneys for Defendant*
   *Executive Risk Specialty Insurance Company*

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LENSCRAFTERS, INC., and EYEXAM OF CALIFORNIA, INC., | No. C07-02853 SBA |
|---|---|
| Plaintiffs, | [Related Case No. C 04-01001 SBA] |
| v. | **STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS *WITH PREJUDICE*** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; EXECUTIVE RISK SPECIALTY INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; MARKEL AMERICAN INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED CROSS ACTIONS | |

        Pursuant to Fed. R. Civ. P. 41(c), the remaining parties to this action hereby stipulate as set forth below.

        WHEREAS, on July 27, 2007, defendant/cross-claimant Markel American Insurance Company ("Markel") filed a Cross-Complaint against Executive Risk Specialty Insurance Company ("ERSIC") in this action;

WHEREAS, on September 4, 2007, defendant/cross-claimant ERSIC filed a Cross-Complaint Markel American Insurance Company ("Markel") in this action;

WHEREAS, Markel previously dismissed its Cross-Complaint against ERSIC without prejudice by stipulation of the parties;

WHEREAS, pursuant to the terms of a settlement reached between ERSIC and Markel, ERSIC has agreed to dismiss its Cross-Complaint against Markel *with prejudice*, and Markel has agreed to request that its dismissal of its Cross-Complaint against ERSIC be made *with prejudice*.

NOW THEREFORE, is it hereby STIPULATED by and between the remaining parties to the present action, through their attorneys of record, that:

- ERSIC's September 4, 2007 Cross-Complaint shall be DISMISSED *with prejudice* as to Markel; and
- Markel's July 27, 2007 Cross-Complaint shall be DISMISSED *with prejudice* as to ERSIC.

Respectfully submitted,

DATED: April 6, 2009       TROUTMAN SANDERS LLP


By */s/ Terrence R. McInnis*
Terrence R. McInnis
Attorneys for Defendant
EXECUTIVE RISK SPECIALTY INSURANCE COMPANY

DATED: February 11, 2009        LONG & LEVIT LLP

By _____
Irene Yesowitch
Attorneys for Defendant
MARKEL AMERICAN INSURANCE COMPANY

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

- ERSIC's September 4, 2007 Cross-Complaint is and shall be DISMISSED *with prejudice* as to Markel; and

- Markel's July 27, 2007 Cross-Complaint is and shall be DISMISSED *with prejudice* as to ERSIC.

DATED: 4/6/09

_____
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\178\Local Settings\Temporary Internet Files\OLKF\Eyemed_ Stip and Proposed Order to dismiss Markel.DOC
DRAFT 02/11/09 4:51 PM